UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

JUDITH THIBEAU
and GEORGE THIBEAU,
          Plaintiffs,

v.

UNITED STATES OF AMERICA
          Defendant.

C.A. No. 04-10643 MLW

FILED IN CLERK'S OFFICE
2004 JUL 20 P 11: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

## PLAINTIFFS' ASSENTED TO MOTION TO JOIN ADDITIONAL DEFENDANT AND CONSOLIDATE CASES

    Pursuant to Rule 20 of the Federal Rules of Civil Procedure, plaintiffs hereby move this court to join as defendant in this action the following entity: East Boston Neighborhood Health Center Corporation, which is the defendant in an action originally brought in Massachusetts Superior Court and which was removed to the U.S. District Court For The Eastern District Of Massachusetts. The case against the East Boston Neighborhood Health Center Corporation is currently pending in this court and has been assigned Docket Number 04CV10951MLW. In the alternative and in addition plaintiffs move to consolidate the case against East Boston Neighborhood Health Center Corporation with the instant case, making the instant case the lead case.

    As grounds for this motion plaintiffs state that the right to relief that they assert against the United States of America and the East Boston Neighborhood Health Center Corporation arise out of the same occurrence, and that there are questions of fact common to all defendants that will arise in both cases. In particular, plaintiffs claims arise out of an accident suffered by plaintiff Judith Thibeau on September 24, 2002 on premises owned or maintained by the East Boston Neighborhood Health Center Corporation, just after she had been treated at the Vision Center of the East Boston Neighborhood Health Center, which is funded and administered by the United States Department of Health and Human Services.

Plaintiffs,<br>
Judith and George Thibeau,<br>
by their attorney,

*/s/ James L. Frederick*

James L. Frederick, Esq.<br>
BBO #543597<br>
Koufman & Frederick<br>
1330 Beacon Street, Suite 311<br>
Brookline, MA 02446-3202

Assented To:

    Defendant, United States<br>
    by its attorney:

    */s/ Christopher Alberto*<br>
    Christopher Alberto, Esq.<br>
    Assistant U.S. Attorney<br>
    United States Attorney for The District of Massachusetts<br>
    U.S. Courthouse, Suite 9200<br>
    1 Courthouse Way<br>
    Boston, MA 02210

    Defendant, East Boston Neighborhood Health Center Corporation<br>
    by its attorney

    */s/ Tory A. Weigand*<br>
    Tory A. Weigand, Esq.<br>
    Morrison, Mahoney & Miller<br>
    250 Summer Street<br>
    Boston, MA 02210

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on July 19, 2004.

Christopher Alberto, Esq.
Assistant U.S. Attorney
United States Attorney for The District of Massachusetts
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Tory A. Weigand, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

James L. Frederick, Esq.
BBO #543597
Koufman & Frederick
1330 Beacon Street, Suite 311
Brookline, MA 02446
(617) 738-7880