UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

JUDITH THIBEAU
and GEORGE THIBEAU,
      Plaintiffs,

v.

UNITED STATES OF AMERICA
      Defendant.

C.A. No. 04-10643 MLW

### RULE 7.1 (A) (2) CERTIFICATE OF COUNSEL

Pursuant to Rule 7.1 (A) (2) of the Local Rules of the United States District Court plaintiffs' counsel hereby certifies that he has conferred with counsel for the United States and the East Boston Neighborhood Health Center Corporation and attempted in good faith to resolve or narrow the issues raised by and regarding plaintiffs' proposed Motion To Join Additional Defendant And Consolidate Cases, and Motion To File Second Amended Complaint of the Federal Rules of Civil Procedure. As a result of such conference the defendants have agreed to assent to the aforementioned motions.

Plaintiffs<br>
Judith and George Thibeau,<br>
by their attorney,<br>
<br>
_____<br>
James L. Frederick, Esq.<br>
BBO #543597<br>
Koufman & Frederick<br>
1330 Beacon Street, Suite 311<br>
Brookline, MA 02446-3202

A-1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on July 19, 2004.

Christopher Alberto, Esq.
Assistant U.S. Attorney
United States Attorney for The District of Massachusetts
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Tory A. Weigand, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

James L. Frederick, Esq.
BBO #543597
Koufman & Frederick
1330 Beacon Street, Suite 311
Brookline, MA 02446
(617) 738-7880