UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THIBEAU ET AL
        Plaintiff

v.                    Case Number: CV 04-10643-LPC/CBS

UNITED STATES OF AMERICA
        Defendant

**ORDER OF INTERIM REASSIGNMENT**
**January 27, 2005**

SWARTWOOD, CMJ

      The above captioned case, previously assigned to Magistrate Judge Lawrence P. Cohen, is reassigned to Magistrate Judge     Charles B. Swartwood III     solely for the purpose of handling any emergency matters that may arise between this date and the date of appointment of the Court's new Magistrate Judge.

      Until such time as the case is permanently reassigned or referred to the new Magistrate Judge, all documents filed with the court in this case should be labeled with the case number followed by Magistrate Judge Cohen's initials <u>and</u> the initials of the interim Magistrate Judge. (Example: 04-10001-LPC/JGD)  Should any emergency business arise, counsel are directed to contact the courtroom clerk for the interim Magistrate Judge.

                                        /s/ *Charles B. Swartwood* III
                                        Charles B. Swartwood III
                                        Chief Magistrate Judge