UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH THIBEAU, <br> And GEORGE THIBEAU, <br>     Plaintiffs <br> <br> VS. <br> <br> UNITED STATES OF AMERICA <br> and EAST BOSTON NEIGHBORHOOD <br> HEALTH CENTER CORPORATION, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> )    **CIVIL ACTION** <br> )    **NO. 04-10643 LTS** <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Tory A. Weigand, of Morrison Mahoney LLP, on behalf of the defendant, the East Boston Neighborhood Health Center.

Respectfully Submitted,
The defendant,
THE EAST BOSTON NEIGHBORHOOD
HEALTH CENTER CORPORATION
By its attorneys

MORRISON MAHONEY LLP

/s/ Tory A. Weigand
_____
Tory A. Weigand, B.B.O. No. 548553
250 Summer Street
Boston, MA 02210
(617) 439-7500

Dated: May 6, 2005

1

964111v1