UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10643 MLW

JUDITH THIBEAU
and GEORGE THIBEAU,
    Plaintiffs,

v.

UNITED STATES OF AMERICA
and EAST BOSTON NEIGHBORHOOD
HEALTH CENTER CORPORATION
    Defendants.

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Plaintiffs and defendants hereby jointly move this court to continue the status conference that is currently scheduled for July 26, 2005 until August 10 at 2:00 p.m.. As grounds for this motion the parties state that counsel for the United States is unavailable on July 26 and all counsel will be available on August 10 at 2:00 p.m..

Plaintiffs,
Judith and George Thibeau
by their attorney,

*/s/ James L. Frederick*
James L. Frederick
Koufman & Frederick, LLP
1330 Beacon St., Suite 311
Brookline, MA 02446

Defendant,
United States of America
by its attorney,

*/s/ Christopher Alberto*
Christopher Alberto, Esq.
Assistant U.S. Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Defendant,
East Boston Neighborhood Health Center Corporation
by its attorney,

*/s/ Tory Weigand / Chuck Urso*
Tory A. Weigand, Esq.
Charles M. Urso, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210

# KOUFMAN & FREDERICK, LLP

Attorneys at Law
1330 Beacon Street, Suite 311
Brookline, Massachusetts 02446

617.738-7880
Fax: 617.738-9497
e-mail: jfrederick@kflawyers.com

Victor J. Koufman
James L. Frederick
Mary Eiro-Bartevyan
Elizabeth M. Rennard
Melissa J. Garrand

Of Counsel
David J. Hallinan
Patrick J. DeIulis

265 Essex Street, Suite 301
Salem, Massachusetts 01970
978.745-2212
Fax: 978.745-9157

July 25, 2005

By Facsimile 617-748-9096 and First Class Mail

Maria Simeone, Clerk to Magistrate Sorokin
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

re:     Judith Thibeau and George Thibeau
        v
        United States of America and
        East Boston Neighborhood Health Center Corporation
        U.S. District Court / Eastern District Massachusetts
        Docket No. 04-10643MLW
        Our File: #02/43

Dear Ms. Simeone:

Enclosed in the above-referenced matter please find and file the following:

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

Thank you.

Very truly yours,

James L. Frederick /sk

James L. Frederick

cc:     Christopher Alberto, Esq.
        Assistant U.S. Attorney
        Charles M. Urso, Esq.
        Tory A. Weigand, Esq.