UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10643 MLW

JUDITH THIBEAU
and GEORGE THIBEAU,
       Plaintiffs,

v.

UNITED STATES OF AMERICA
and EAST BOSTON NEIGHBORHOOD
HEALTH CENTER CORPORATION
       Defendants.

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Plaintiffs and defendants hereby jointly move this court to continue the status conference that is currently scheduled for July 26, 2005 until August 10 at 2:00 p.m.. As grounds for this motion the parties state that counsel for the United States is unavailable on July 26 and all counsel will be available on August 10 at 2:00 p.m..

Plaintiffs,
Judith and George Thibeau
by their attorney,

_____
James L. Frederick
Koufman & Frederick, LLP
1330 Beacon St., Suite 311
Brookline, MA 02446

Defendant,
United States of America
by its attorney,

_____
Christopher Alberto, Esq.
Assistant U.S. Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Defendant,
East Boston Neighborhood Health Center Corporation
by its attorney,

_____
Tory A. Weigand, Esq.
Charles M. Urso, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210