# EXHIBIT  B

# NORTH SHORE CONTACT LENS & VISION CONSULTANTS, P.C.

ONE EXPRESSWAY PLAZA
SUITE 100
ROSLYN HEIGHTS, NY 11577

TEL: (516) 299 4540
FAX: (516) 299 4542
E-MAIL: NSCLA@AOL.COM

ARTHUR B. EPSTEIN, O.D. F.A.A.O.
JOSEPH M. FREED, O.D., O.D.

      I have reviewed certain information with regard to the above case,
which serves as the bases and reasons for the opinions and facts that I would
testify to.  I would also base my testimony on my education and experience in
the field of optometry, my experience in treating optometric patients over a
period of 28 years and the research that I have engaged in over the past 25
years, that has in part resulted in various publications that I have
authored.  My experience, education and publications are listed in my
curriculum vitae.

      The information that I reviewed includes:

   1.      Transcripts of the depositions of Judith and George Thibeau;

   2.      Transcript of the deposition of Dr. John Pietrantonio;

   3.      Vision Center protocol regarding dilation exams;

   4.      Judith Thibeau's treatment records from the eye clinic,
           including the records from 9/26/02;

   5.      Defendant United States' Answers to Interrogatories.

      I have been paid approximately $1500 for my review and study of this
case which has resulted in the opinions set forth in this report.
Furthermore, if called to testify at trial, I will charge $3,500 as
compensation for the time necessary for such testimony [assuming one half day
of testimony.]

1.      Dilating eye drops usually cause loss of contrast sensitivity,
decreased depth perception, blurry vision, glare, sensitivity to light and
disorientation.

2.      Warnings regarding the effects of dilation should be given prior to
the application of dilating drops.

3.      If evidence confirms that warnings were not given as to the effects of
dilation that would be a breach of the accepted standards of care.

4.      On the date of the accident Ms. Thibeau was suffering from a
unilateral dense cataract.  The presence of this condition can reduce
contrast sensitivity and interfere with depth perception.  The dilation of
her eyes on 9/26/02 likely caused additional loss of contrast sensitivity,
decreased depth perception, blurry vision, glare, sensitivity to light and
disorientation.  In combination, the effects of the cataract and dilation
caused Ms. Thibeau to suffer a greater increase in loss of contrast
sensitivity, loss of depth perception and disorientation than would be
expected from the standard effects of dilation.

# NORTH SHORE CONTACT LENS & VISION CONSULTANTS, P.C.

ONE EXPRESSWAY PLAZA
SUITE 100
ROSLYN HEIGHTS, NY 11577

TEL: (516) 299-4540
FAX: (516) 299-4542
E-MAIL: NSCLA@AOL.COM

ARTHUR B. EPSTEIN, O.D. F.A.A.O.
JOSEPH M. FREEMAN, O.D.

5.      Considering Ms. Thibeau's existing diminished vision (due to her cataract) as she entered the eye clinic on 9/26/02, it would have been logical and prudent for the examining optometrist to consider the particular problems with Ms. Thibeau's vision and the combined effects of dilation and unilateral dense cataract in determining her need to be warned regarding the effects of dilation.

6.      The eye clinic and the examining optometrist probably should have considered that the stairs posed a risk to all patients, including Ms. Thibeau, who had been dilated; and either posted warning signs or given verbal warning to all patients, or notified them of the existence of an elevator and suggested that they use the elevator rather than take the stairs.

Arthur B. Epstein, OD., F.A.A.O.

# CURRICULUM VITAE
—
## Arthur B. Epstein, O.D., **F.A.A.O.**

**Personal Data**

Date of Birth:      May 28, 1951

Home Address:    501 W. Port Royale Ln.
Phoenix, AZ 85023
(602) 218-8593 (home office)
(516) 482-8840 (home office)
(516) 885-2020 (cell phone)

Email:                artepstein@artepstein.com
artepstein@attglobal.net

Office Address:   North Shore Contact Lens & Vision Consultants, P.C.
One Expressway Plaza – Suite 100
Roslyn Heights, NY 11577
(516) 299-4540
(516) 299-4542 (fax)
NSCLA@aol.com

**Education**

| | | |
|---|---|---|
| O.D. | State University of N.Y., State College of Optometry New York, NY | 1977 |
| B.S. | City College of N.Y., City University of New York New York, NY | 1973 |

**Professional Experience**

| | |
|---|---|
| Residency in Ocular Pathology under Jerry Sherman, OD, FAAO | 1977 |
| Clinical Instructor of Optometry, SUNY State College of Optometry | 1977-1978 |
| Private Practice: Primary Care Optometry | 1978-1982 |
| Private Practice: Specializing in Contact Lenses | 1982-present |
| Attending Staff, North Shore University Hospital, NYU School of Medicine | 1990-present |
| Co-Director - Contact Lens Service, North Shore University Hospital, NYU School of Medicine | 1992-1995 |
| Director - Contact Lens Service, North Shore University Hospital, NYU School of Medicine | 1995-present |
| Clinical Adjunct Assistant Professor, Northeastern State University College of Optometry | 1997-present |
| Chair, Exhibits Committee, American Academy of Optometry | 2001-2002 |
| Co-Editor Photo Clinic Section, Contact Lens Forum | 1989-1991 |
| Contributing Editor, Contact Lens Forum | 1990-1991 |
| Clinical Editor, Optometric Management | 1995 |
| Directing Editor, Optometric Management | 1995-1997 |
| Chief Optometric Editor, Optometric Management | 1998-2000 |

| | |
|---|---|
| Director of Optometric Programs, Review of Optometry | 2001-present |
| Executive Editor, Review of Contact Lenses | 2001-present |
| Chief Medical Editor, Optometric Physician | 2001-present |
| Editorial Board, Eye & Contact Lens: Science and Clinical Practice | 2002-present |

Reviewer:

- Review of Optometry
- Optometry (JAOA)
- Cornea
- Eye & Contact Lens: Science and Clinical Practice
- American Journal of Ophthalmology (AJO)
- Indian Journal of Ophthalmology (IJO)

| | |
|---|---|
| Editor, Cross Section, AOA Contact Lens Section Newsletter | 1999-2001 |
| Columnist, National Keratoconus Foundation Newsletter | 1997-present |
| Network Director, 20/20 Laser Services (TLC), Garden City, NY | 1997 |

-3-

**Memberships, Affiliations and Activities**

Distinguished Practitioner, National Academies of Practice

Fellow, American Academy of Optometry

Fellow, New York Academy of Optometry

Member, American Optometric Association

Associate Member, International Society of Contact Lens Specialists

Member, American Optometric Association, Contact Lens & Cornea Section

Member, New York State Optometric Association

Member, Nassau County Optometric Society

Chair, AOA, Contact Lens & Cornea Section Council                    2005-
2006

Member, Optometric Dry Eye Society

Member, Optometric Editors Association

President, Optometric Dry Eye Society (ODES)                    2004-
present

Member, Association for Research in Vision and Ophthalmology

Associate Member, Contact Lens Association of Ophthalmologists

Member, British Contact Lens Association

Prior Member, International Society of Refractive Surgery

Member, Heart of American Contact Lens Society

Sustaining Member, American Optometric Students Association

Member, International Academy of Sports Vision

-4-

Past President and Founder, Long Island Contact Lens Society

Board of Directors,
Lions Eye Bank for Long Island at North Shore University Hospital          1997
1998

Medical Director, SurgicalEyes Foundation                    1998-2001

Co-Medical Director, SurgicalEyes Foundation                  2002-2003

Chairman, Medical Advisory Board, Center for Keratoconus

Medical Advisory Board, National Keratoconus Foundation

Editorial Advisory Board, AllAboutVision.com

Advisory Committee, Rigid Gas Permeable Lens Institute

Advisory Board, TLC Laser Centers, Garden City, NY              1997-1999

OD Advisory Panel, Tomey Corp, Cambridge MA

Advisory Board, Volk Optical, Mentor, OH

Advisory Board, Menicon USA, San Mateo, CA

Advisory Panel – Speaker's Bureau, Gelflex USA, Danbury, CT

Advisory Board & Speaker's Alliance, Alcon Vision Care, Fort Worth, TX

Professional Advisory Panel & Speaker's Bureau, Vistakon, Johnson & Johnson
Vision Products, Inc., Jacksonville, FL

Vision Care Advisory Panel, Bausch & Lomb, Rochester, NY

Restasis Advisory Board, Allergan Inc, Irvine CA

Biographee, Marquis' "Who's Who in the East - 1997"

Biographee, Marquis' "Who's Who in the East - 1999-2000"

Biographee, Marquis' "Who's Who in the East - 2000-2001"

Biographee, Marquis' "Who's Who in America - 1998"

Biographee, Marquis' "Who's Who in America - 1999"

Biographee, Marquis' "Who's Who in America - 2000"

Biographee, Marquis' "Who's Who in America - 2001"

Biographee, Marquis' "Who's Who in America - 2002"

Biographee, Marquis' "Who's Who in America - 2003"

Biographee, Marquis' "Who's Who in America - 2004"

Biographee, Marquis' "Who's Who in World  - 1998"

Biographee, Marquis' "Who's Who in World  - 2000"

Biographee, Marquis' "Who's Who in World  - 2001"

Biographee, Marquis' "Who's Who in World  - 2002"

Biographee, Marquis' "Who's Who in World  - 2003"

Biographee, Marquis' "Who's Who in Medicine and Health Care  - 1999-2000"

Biographee, Marquis' "Who's Who in Medicine and Health Care  - 2002-2003"

Listed in Guide to America's Top Optometrists – 2002 - 2003

Listed in Guide to America's Top Optometrists – 2004 - 2005

**Awards**

Commissioned as Colonel - Honorable Order of Kentucky Colonels - 2003

Optometric Editors Association: First Place - Best Editorial of 1999

Optometric Management Practice Management Article of the Year 1995

North Shore University Hospital, Recognition Award (for Resident Education),
Presented by the North Shore Ophthalmology Residents 1991

New York State Regents Scholarship 1969

# BIBLIOGRAPHY

## JOURNAL ARTICLES & EDITORIALS

1.    Berdy GJ, Stoppel JO, Epstein AB: Comparison of the clinical efficacy and tolerability of olopatadine hydrochloride 0.1% ophthalmic solution and loteprednol etabonate 0.2% ophthalmic suspension in the conjunctival allerge challenge model. Clin Ther. 2002;24(6):918-929.

2.    Buffington, R., Dubow, B., Epstein, A.B., Ghormley, R., Snyder, R.P., Szczotka, L.B.: RGPs: Moving Up to Hyper-Dk (Published Roundtable). Optometric Management 34(4):1s-7s, 1999.

3.    Buscemi, P., Cutler, S.I., Epstein, A.B., Ghormley, R., Hom, M., Shaw, R.: All Solutions Are Not Created Equal (Published Roundtable). Optometric Management 34(6):1s-23s, 1999.

4.    Brodsky M., Berger W.E., Butrus S., Epstein A.B., Irkec M..: Evaluation of comfor using olopatadine hydrochloride 0.1% ophthalmic solution in the treatment of allergic conjunctivitis in contact lens wearers compared to placebo using the conjunctival allergen-challenge model. Eye Contact Lens. 29(2):113-6, 2003.

5.    Cutler, S.I., Epstein, A.B.: Contact Lens Management: Maximize Postsurgical Success. Optometric Management. 33(12):24, 1998.

6.    Donnenfeld, E.D., Farber, B.F., Hsich, H.C., Wolf. A., Epstein, A., Perry, H.D.: Biofilm and Bacterial Adherence Inhibition with Sodium Salicylate. Invest Oph Vis Sci. 35(4):2164, 1994.

7.    Donnenfeld, E.D., Schrier, A., Perry, H.D., Lasonde, R., Epstein, A., Farber, B.: Infectious keratitis with corneal hydrops and contact lens wear in keratoconus. British J Ophthalmol. 80:409-412, 1997.

8.    DePaolis, M.D., Bloomenstein, M.R., Epstein, A.B., Fuerst, R.F., Kabat, A.G., Onofrey, B.E., Sorrenson, L.L.: The Antibiotic Evolution: The Forth Generation is Here. Primary Care Optometry News 8(7):1-16 (supplement), 2003.

9.    DePaolis, M.D., Catania, L..J., Epstein, A.B., Lebow, K.A., Prouty, R.E.., Schachet, J.L., West, W.D.: Therapeutic Building Blocks: A Focus on Allergy. <u>Primary Care Optometry News</u> 8(3):1-16 (supplement), 2003.

10.   DePaolis, M.D., Bartlett, J., Eldridge D.C., Epstein A.B., Katz, H.R., Onofrey, B.E., Prouty, R.E.: Optometric Applications of Fluoroquinolones. <u>Primary Care Optometry News</u> 6(6):1-16 (supplement), 2001.

11.   DePaolis, M.D., Bansal, J., Christensen B., Eldridge D.C., Epstein A.B., Fromer M.D., Katz H.R.: The Evolution of Roles in Comanagement. <u>Primary Care Optometry News</u> 5(5):1-16 (supplement), 2000.

12.   Dubow, B., Epstein, A.B., Juras, D., Seibel, D., Vincent, C.: Planning for Success with Torics. (Published Roundtable). <u>Optometric Management</u> 34(10):1s-7s, 1999.

13.   Epstein, A.B., The Big Picture: A Sticky Situation. <u>Review of Contact Lenses.</u> May: 40, 2005.

14.   Epstein, A.B., The Big Picture: Corneal Infiltrates. <u>Review of Contact Lenses.</u> April: 40, 2005.

15.   Epstein, A.B., The Big Picture: A Scratchy Situation. <u>Review of Contact Lenses.</u> March: 40, 2005.

16.   Epstein, A.B., New Concepts in Dry Eye and the Ocular Surface. <u>Review of Contact Lenses.</u> January-February: 36-42, 2005.

17.   Epstein, A.B., The Big Picture: Epithelial Splitting. <u>Review of Contact Lenses.</u> January-February: 48, 2005.

18.   Epstein, A.B., The Big Picture: Intracorneal Hemorrhage. <u>Review of Contact Lenses.</u> November-December: 40, 2004.

19.   Epstein, A.B., The Big Picture: Meibomian Gland Dysfunction. <u>Review of Contact Lenses.</u> October: 40, 2004.

20.   Epstein, A.B., The Big Picture: Intracorneal Hemorrhage. <u>Review of Contact Lenses.</u> Sept: 40, 2004.

21.   Epstein, A.B., Allergy Challenge Series III. The Other Allergy Season. <u>Review of Optometry.</u> 141(8) 34-35, 2004.

22.  Epstein, A.B., Kabat, A.G., Karpecki, P., Onofrey, B., Bartlett, J.: The Ocular Surface: The Advancement of Fluoroquinolone Therapy For a New Generation. Review of Optometry 141(7): 1s-16s, 2004.

23.  Epstein, A.B., The Big Picture: Central Corneal Edema. Review of Contact Lenses. June: 40, 2004.

24.  Epstein, A.B., The Big Picture: Limbal Epithelial Hypertrophy. Review of Contact Lenses. May: 40, 2004.

25.  Epstein, A.B., The Big Picture: Recurrent Herpes Simplex. Review of Contact Lenses. April: 32, 2004.

26.  Epstein, A.B., The Big Picture: Lice Infestation. Review of Contact Lenses. March: 40, 2004.

27.  Epstein, A.B., Allergy Challenge Series III. Ocular Allergy Management and Contact Lenses. Review of Contact Lenses. March: 14-15, 2004.

28.  Epstein, A.B.: Have Forth-Generation Fluoroquinolones Abolished the Firepower Debate. Review of Optometry 141(1):48-50, 2004.

29.  Epstein, A.B., The Big Picture: Coated Gas Permeable Lens. Review of Contact Lenses. January: 40, 2004.

30.  Epstein, A.B.: Ocular Allergy. Optometry: Journal of the American Optometric Association. 74(12): 795-797, 2003.

31.  Epstein, A.B.: Contact Lens Dropout: How lens care products and poor communication can sabotage your practice. Review of Contact Lenses. July: 28-32, 2003.

32.  Epstein, A,B.: Forth Generation Fluoroquinolones: Next Generation Effectiveness. SECO Daily Vision. Pages 1-2, Friday, February 21, 2003.

33.  Epstein, A.B.: Fluoroquinolones the Next Generation. Review of Optometry. 140(1):56-60, 2003.

34.  Epstein, A.B.: SPK with Daily Wear of Silicone Hydrogel Lenses and MPS. Contact Lens Spectrum. 17(11): 30, 2002.

35.  Epstein, A.B.: Another Perspective: The Real Scientists Behind What We Do (editorial). Review of Optometry. 139(10):25, 2002.

36.  Epstein, A.B.: Allergy: A Comanagement Situation. Review of Optometry. 139(8):48-49, 2002.

37.  Epstein, A.B.: Another Perspective: Everyone Has a Favorite Uncle (editorial). Review of Optometry. 139(6):25, 2002.

38.  Epstein, A.B.: Another Perspective: Why They Do It Better in Oklahoma (editorial). Review of Optometry. 139(5):25, 2002.

39.  Epstein, A.B.: Touched by the Luck of the Irish (editorial). Review of Optometry 139(4):25, 2002.

40.  Epstein, A.B.: New Horizons in Ocular Allergy: Clinical Grand Rounds. Review of Optometry 139(3)Suppl:1A-8A, 2002.

41.  Epstein, A.B.: Another Perspective: The Long, Ugly Battle for Truth (editorial). Review of Optometry. 139(3):25, 2002.

42.  Epstein, A.B.: Another Perspective: The Excitement Has Returned (editorial). Review of Optometry. 139(2):25, 2002.

43.  Epstein, A.B., Karpecki: Point Counterpoint – LASIK vs. Extended Wear – 10 Second Laser or 30 Day Extended Wear? Review of Contact Lenses. Supplement to Review of Optometry, January 2002.

44.  Epstein, A.B.: Another Perspective: Reciprocity Can Move Us Forward (editoria) Review of Optometry. 139(1):25, 2002.

45.  Epstein, A.B.: Another Perspective: Optometry: The Next Generation (editorial). Review of Optometry. 138(11):23, 2001.

46.  Epstein, A.B.: Emotional Responses to LASIK Letdowns. Review of Optometry 138(10):64, 2001.

47.  Epstein, A.B.: Another Perspective: Life is Always About Change (editorial). Review of Optometry. 138(10):26, 2001.

48.  Epstein, A.B.: Another Perspective: A Malpractice Feeding Frenzy (editorial). Review of Optometry. 138(9):27, 2001.

-11-

49.    Epstein, A.B.: 40 Great Tips – Lessons learned over a quarter-century of fitting contact lenses. Review of Contact Lenses. August: 26-28, 2001.

50.    Epstein, A.B.: Another Perspective: Extended Wear: Will We Get It? (editorial). Review of Optometry. 138(8):23, 2001.

51.    Epstein, A.B.: Extended Wear: Where Are We Now? Refractive Eyecare For Ophthalmologists. 5(7):1-38, 2001.

52.    Epstein, A.B.: Another Perspective: Finding the Person Within (editorial). Review of Optometry. 138(7):23, 2001.

53.    Epstein, A.B.: Another Perspective: The Compliance Conundrum: Optometric Study Center. Review of Optometry. 138(7):66-75, 2001.

54.    Epstein, A.B.: Editor's Message: Change in the Wind. Cross Section – The Newsletter of the AOA Contact Lens Section. Page 13. June. 1, 2001.

55.    Epstein, A.B.: Another Perspective: A Blind Eye On Refraction (editorial). Review of Optometry. 138(6):23, 2001.

56.    Epstein, A.B.: Another Perspective: The Hubbub About No-Rub (editorial). Review of Optometry. 138(5):23, 2001.

57.    Epstein, A.B.: Another Perspective: Reeling in the Years (editorial). Review of Optometry. 138(4):23, 2001.

58.    Epstein, A.B.: Allergy, Eyedrops and Contact Lenses. Contact Lens Spectrum. 16(4):30-38, 2001.

59.    Epstein, A.B.: Industry In-Sight: Howard Purcell, OD, FAAO. Cross Section – The Newsletter of the AOA Contact Lens & Cornea Section. Page 19. March 1, 2001

60.    Epstein, A.B.: Editor's Message: Where are we headed? Cross Section – The Newsletter of the AOA Contact Lens Section. Page 17. March. 1, 2001.

61.    Epstein, A.B.: Another Perspective: The Case of Comanagement (editorial). Review of Optometry. 138(3):27, 2001.

62.    Epstein, A.B.: Another Perspective: Has Optometry Become Myopic (editorial). Review of Optometry. 138(2):25, 2001.

63.    Epstein, A.B.: OD to OD: Parting Words (editorial). Optometric Management. 36(1):6, 2001.

64.    Epstein, A.B.: OD to OD: Secret of Your Success (editorial). Optometric Management. 35(12):6, 2000.

65.    Epstein, A.B.: Industry In-Sight: Rick Franz. Cross Section – The Newsletter of the AOA Contact Lens & Cornea Section. Page 23. December 1, 2000.

66.    Epstein, A.B.: Editor's Message: Refractive Surgery And The Contact Lens Practice (editorial). Cross Section – The Newsletter of the AOA Contact Lens Section. Page 21. December. 1, 2000.

67.    Epstein, A.B.: OD to OD: Foray into Refractive Surgery (editorial). Optometric Management. 35(11):6, 2000.

68.    Epstein, A.B.: OD to OD: Are We Powerless? (editorial). Optometric Management. 35(10):6, 2000.

69.    Epstein, A.B.: Industry In-Sight: Nikki Iravani. Cross Section – The Newsletter of the AOA Contact Lens & Cornea Section. Page 8. Sept 1, 2000.

70.    Epstein, A.B.: From the Editor: The Future of Contact Lenses (editorial). Cross Section – The Newsletter of the AOA Contact Lens Section. Page 3. Sept. 1, 2000.

71.    Epstein, A.B.: OD to OD: Preparing for Your Future (editorial). Optometric Management. 35(9):6, 2000.

72.    Epstein, A.B.: OD to OD: Simmer Down Now (editorial). Optometric Management. 35(8):6, 2000.

73.    Epstein, A.B.: OD to OD: Tracking Prescriptions (editorial). Optometric Management. 35(7):6, 2000.

74.    Epstein, A.B.: Industry In-Sight: Jon K. Hayashida, OD, FAAO. Cross Section – The Newsletter of the AOA Contact Lens Section. Page 20-23. December 1, 1999.

75.     Epstein, A.B.: From the Editor: The Future of Contact Lenses (editorial). Cross Section – The Newsletter of the AOA Contact Lens Section. Page 10. June 1, 2000.

76.     Epstein, A.B.: OD to OD: ABOP Reconsidered (editorial). Optometric Management. 35(6):6, 2000.

77.     Epstein, A.B.: OD to OD: When Things Aren't as They Seem (editorial). Optometric Management. 35(5):8, 2000.

78.     Epstein, A.B.: Clinical Consult: Resistance Isn't Always Futile (Antibiotic Resistance). Optometric Management. 35(4):80-86, 2000.

79.     Epstein, A.B.: Custom Care. Optometric Management. 35(4):59, 2000.

80.     Epstein, A.B.: OD to OD: Remembering to Say "Thanks" (editorial). Optometric Management. 35(4):7, 2000.

81.     Epstein, A.B.: Industry In-Sight: Jon K. Hayashida, OD, FAAO. Cross Section – The Newsletter of the AOA Contact Lens Section. Page 20-23. March 1, 2000.

82.     Epstein, A.B.: From the Editor: What's So Hard About Rigid Lenses? (editorial). Cross Section – The Newsletter of the AOA Contact Lens Section. Page 12. March 1, 2000.

83.     Epstein, A.B.: OD to OD: Conspiracy Theory (editorial). Optometric Management. 35(3):11, 2000.

84.     Epstein, A.B.: OD to OD: Rising to the Occasion (editorial). Optometric Management. 35(2):7, 2000.

85.     Epstein, A.B.: OD to OD: Simple Reminders (editorial). Optometric Management. 35(1):7, 2000.

86.     Epstein, A.B.: From the Editor (editorial). Cross Section – The Newsletter of the AOA Contact Lens Section. Page 17. December 1, 1999.

87.     Epstein, A.B.: Industry In-Sight: Wesley Jessen Focuses on Specialty Lenses. Cross Section – The Newsletter of the AOA Contact Lens Section. Page 20-23. December 1, 1999.

88.  Epstein, A.B.: The Current State of Extended Wear. Contact Lens Spectrum. 14(11):19-22, 1999.

89.  Epstein, A.B.: OD to OD: Losing our Edge (editorial). Optometric Management. 34(12):1, 1999.

90.  Epstein, A.B.: OD to OD: Before Your Next Refractive Surgery Referral (editorial). Optometric Management. 34(11):7, 1999.

91.  Epstein, A.B.: OD to OD: Do You Let Patients Make Prescribing Decisions? (editorial). Optometric Management. 34(10):7, 1999.

92.  Epstein, A.B.: From the Editor (editorial). Cross Section – The Newsletter of the AOA Contact Lens Section. Page 3. Sept 1, 1999.

93.  Epstein, A.B.: Industry In-Sight. Cross Section – The Newsletter of the AOA Contact Lens Section. Page 3. Sept 1, 1999.

94.  Epstein, A.B.: OD to OD: Anything's Possible (editorial). Optometric Management. 34(9):5, 1999.

95.  Epstein, A.B.: OD to OD: Shooting the Messenger (editorial). Optometric Management. 34(8):5, 1999.

96.  Epstein, A.B.: OD to OD: Finding Meaning in Loss (editorial). Optometric Management. 34(7):5, 1999.

97.  Epstein, A.B.: OD to OD: Is It Managed Care or Modern Times? (editorial). Optometric Management. 34(6):5, 1999.

98.  Epstein, A.B.: OD to OD: Who's Entitled (editorial). Optometric Management. 34(5):6, 1999.

99.  Epstein, A.B.: Dry Eye: The Contact Lens Wearer's Nightmare. Optometric Management. 34(4):10s-11s, 1999.

100. Epstein, A.B.: OD to OD: Meetings of the Minds (editorial). Optometric Management. 34(4):4, 1999.

101. Epstein, A.B.: Current Concepts in Ocular Surface Infection. Contact Lens Spectrum 14(3):23-26, 1999.

102.  Epstein, A.B.: OD to OD: Something About Mary (editorial). Optometric Management. 34(3):4, 1999.

103.  Epstein, A.B.: OD to OD: A Lesson in Flight (editorial). Optometric Management. 34(2):5, 1999.

104.  Epstein, A.B.: OD to OD: Co-Management Battles (editorial). Optometric Management. 34(1):5, 1999.

105.  Epstein, A.B.: OD to OD: When Off Label is On Target (editorial). Optometric Management. 33(12):5, 1998.

106.  Epstein, A.B.: OD to OD: Is Optometry Lost? (editorial). Optometric Management. 33(11):5, 1998.

107.  Epstein, A.B.: OD to OD: When Colleagues Become Competitors (editorial). Optometric Management. 33(10):6, 1998.

108.  Epstein, A.B.: OD to OD: Contact Lenses: Where Do We Go From Here? (editorial). Optometric Management. 33(9):6, 1998.

109.  Epstein, A.B.: OD to OD: The Angry OD (editorial). Optometric Management. 33(8):2, 1998.

110.  Epstein, A.B.: OD to OD: Turning a Blind Eye (editorial). Optometric Management. 33(7):1, 1998.

111.  Epstein, A.B.: OD to OD: The Luckiest Man in the World (editorial). Optometric Management. 33(6):5, 1998.

112.  Epstein, A.B.: OD to OD: Fighting the Latest Media Attack (editorial). Optometric Management. 33(5):5, 1998.

113.  Epstein, A.B.: Providing Full Scope UV Protection. Optometric Management. 33(4):48-53, 1998.

114.  Epstein, A.B.: OD to OD: The Era of Optometry and Lasers (editorial). Optometric Management. 33(4):5, 1998.

115.  Epstein, A.B.: Sharing Practice Management Strategies with Flair. Optometric Management. 33(3):62-64, 1998.

116.  Epstein, A.B.: OD to OD: Coming Full Circle with Eyeglass Dispensing (editorial). <u>Optometric Management.</u> 33(3):5, 1998.

117.  Epstein, A.B.: OD to OD: The Doctor Jekylls and Mr. Hydes of Managed Care (editorial). <u>Optometric Management.</u> 33(2):8, 1998.

118.  Epstein, A.B.: Atlas of Contact Lens Complications in The Ocular Impact of Contact Lenses. <u>Optometric Management.</u> 33(1):S26-S31, 1998.

119.  Epstein, A.B.: OD to OD: Growing Stronger with Each Other's Help (editorial). <u>Optometric Management.</u> 33(1):5, 1998.

120.  Epstein, A.B.: Contact Lens Business: How to Launch a Lucrative Lens Practice. <u>Ophthalmology Management.</u> 1(3) [11]:29, 1997.

121.  Epstein, A.B.: Don't Be Forced Into Torics. <u>Optometric Management.</u> 32(11):S2-S3, 1997.

122.  Epstein, A.B.: Contact Lens Management: How to Drive Down Complications. <u>Optometric Management.</u> 32(1):21, 1997.

123.  Epstein, A.B.: Clinical Consult: Managing Iris Atrophy. <u>Optometric Management.</u> 31(12):39, 1996

124.  Epstein, A.B.: Contact Lens Management: Balancing Care and Efficiency. <u>Optometric Management.</u> 31(11):25, 1996.

125.  Epstein, A.B.: Insights on Drugs: Using NSAIDs to Their Full Potential. <u>Optometric Management.</u> 31(11):90, 1996.

126.  Epstein, A.B.:Clinical Consult: Diagnosing and Managing Episcleritis. <u>Optometric Management.</u> 31(10):88, 1996.

127.  Epstein, A.B.: Insights on Drugs: Antibiotics That Pack a Wallop. <u>Optometric Management.</u> 31(6):45, 1996.

128.  Epstein, A.B.: Responding to Ocular Emergencies. <u>Optometric Management.</u> 31(3):50-52, 1996.

129.  Epstein, A.B.: Test Yourself On PRK. <u>Optometric Management.</u> 31(1):29-38, 1996.

130. Epstein, A.B.: Contact Lens Management: Responding to After-Hours Callers Optometric Management. 30(11):16, 1995.

131. Epstein, A.B.: Survivors Guide for Your Contact Lens Practice. Optometric Management. 30(9):27-32, 1995.

132. Epstein, A.B., Bennett, E.S.: Contact Lens Management: Revisiting Extended Wear. Optometric Management. 32(9):37-43, 1997.

133. Epstein, A., Blake, G.: Reviewing the role of mast cell stabilizers. Optometric Management. 30(6)42, 1995.

134. Epstein, A.B., Donnenfeld, E.D.: Ultra-Thin High-Water Content Lenses And Epithelial Fractures. Contact Lens Forum. 16(2):32, 1991.

135. Epstein, A.B., Donnenfeld, E.D.: Pellucid Marginal Degeneration. Contact Lens Forum. 16(1):35, 1991.

136. Epstein, A.B., Donnenfeld, E.D.: Limbal Girdle of Vogt. Contact Lens Forum. 15(12):40, 1990.

137. Epstein, A.B., Donnenfeld, E.D.: Epithelial Splitting. Contact Lens Forum. 15(10):66, 1990.

138. Epstein, A.B., Donnenfeld, E.D.: Edematous Corneal Formations. Contact Lens Forum. 15(8):32-33, 1990.

139. Epstein, A.B., Donnenfeld, E.D.: Keratoconus in a Soft Contact Lens Wearer. Contact Lens Forum. 15(6):56-57, 1990.

140. Epstein, A.B., Donnenfeld, E.D.: Hypercalcemia and Contact Lens Deposits. Contact Lens Forum. 15(3):55, 1990.

141. Epstein, A.B., Donnenfeld, E.D.: Hudson Stahli Line. Contact Lens Forum. 15(2):46-47, 1990.

142. Epstein, A.B., Donnenfeld, E.D.: Peripheral Corneal Epithelial Hypertrophy. Contact Lens Forum. 14(11):54, 1989.

143. Epstein, A.B., Donnenfeld, E.D.: Epithelial Basement Membrane Dystrophy. Contact Lens Forum. 14(10):75-76, 1989.

144. Epstein, A.B., Donnenfeld, E.D.: Peripheral Corneal Thinning Disorders. Contact Lens Forum. 14(9):82-84, 1989.

145. Epstein, A.B., Donnenfeld, E.D.: Epithelial Microcysts Associated With the Acuvue Disposable CL. Contact Lens Forum. 14(3):35-36, 1989.

146. Epstein, A.B., Donnenfeld, E.D.: Immune Ring Infiltrates in a Soft CL Wearer. Contact Lens Forum. 13(10):45-46, 1988.

147. Epstein, A.B., Donnenfeld, E.D., Stroh, E.M.: Thygeson's Superficial Punctate Keratopathy. Contact Lens Forum. 16(4):29, 1991.

148. Epstein, A.B., Donnenfeld, E.D., Van Valkenburg, K.: Interaction Between Lens Material And Solution Causes Punctate Keratitis. Contact Lens Forum. 15(11):54, 1990.

149. Epstein, A.B., Franz, R.P: Modern Optics for the Contact Lens Practitioner. Review of Contact Lenses. April: 24-27, 2004.

150. Epstein, A.B., Freedman, J.M..: Strategies for Success: The Four Cs for Preventing Contact Lens Dropout. Review of Contact Lenses. March: 20-23, 2003.

151. Epstein, A.B., Freedman, J.M..: Clinical Considerations When Making the Switch to Focus Night & Day. Review of Contact Lenses., November: 25, 2002

152. Epstein, A.B., Freedman, J.M.: Putting the Biomedics Toric to the Test. Review of Contact Lenses. November: 32-33, 2001.

153. Epstein, A.B. Freedman, J.M.: Investigating Contact Lens Interchangeability. Contact Lens Spectrum. 13(1):41-44, 1998.

154. Epstein, A.B., Freedman, J.M.: The Impact of Overnight Wear on the Risk of Contact Lens Associated Ulcerative Keratitis. Archives of Ophthalmology 112:1404-1405, 1994.

155. Epstein, A.B., Freedman, J.M.: Target of Relentless Attacks (editorial). Contact Lens Spectrum. 8(3):60, 1993.

156. Epstein, A.B., Freedman, J.M.: Instant Ortho-K. Contact Lens Spectrum. 7(3):19-20, 1992.

157. Epstein, A.B., Freedman, J.M.: Ulcerative Keratitis Among Users of Contact Lenses. N Engl J Med. 322(10):700, 1990.

158. Epstein, A.B., Freedman, J.M.: Keratitis Associated with Hydrogen Peroxide Disinfection in Soft Contact Lens Wearers. I.C.L.C. 17(3&4):74-82, 1990.

159. Epstein, A.B., Freedman, J.M.: Vertical Striae in a Soft Contact Lens Wearer. Contact Lens Forum. 13(12):61, 1988.

160. Epstein, A.B., Freedman, J.M.: The Two Sides of The Dry Eye Syndrome. Contact Lens Forum. 10(8):33-34, 1985.

161. Epstein, A.B., Freeman, M.I., Key, J.E., et. al.: Handling Clinical Complications. Contact Lens Forum. 16(3):11-15, 1991.

162. Epstein, A.B. Lebow, K., Marossy, S., Schachet, J., Sclafani, L., Sindt, C., Solutions to Contact Lens Care Problems: A Frank Discussion About Toxicity, Staining and Patient Comfort (Published Roundtable), Review of Optometry, 140(5):1-16 (Supplement), 2003.

163. Epstein, A.B., Karpecki, P.: LASIK vs. Extended Wear Point-Counterpoint. Review of Contact Lenses. January, 22-24, 2002.

164. Epstein, A.B., Maino, J.H.: Desktop Publishing - A Better Way To Patient Communications? Optometric Management. 26(9):66-68, 1991.

165. Epstein, A.B., Perry, H.D., Freedman, J.M., Donnenfeld, E.D.: The Case for Continuous Wear. Eye & Contact Lens. 29(1S): S147-S148, 2003.

166. Epstein, A.B., Saviola, J.F.: The FDA and Contact Lenses. Review of Contact Lenses. January: 32-37, 2004.

167. Epstein, A.B., Schwartz, C.A., Are We Giving Ourselves Away? Optometric Management. 32(10):74-78, 1997.

168. Farber BF, Hsi-Chia H, Donnenfeld ED, Perry HD, Epstein AB, Wolff BS: A Novel Antibiofilm Technology for Contact Lens Solutions. Ophthalmology 1995;102(5):831-836.

169. Horn, D., Laifer, N.J., Richter, S., Epstein, A.: Diabetic Retinopathy: A Review. Optometric Monthly. 74(11):554-559, 1983.

170.    Ingraham, H.J., Perry, H.D., Epstein, A.B., Donnenfeld, E.D., Gwinn, T.D., Carlson, N., Moadel K., Mariani, R.E.: Suction Cup/Contact Lens Complications Following Penetrating Keratoplasty. CLAO J. 24(1)59-62, 1998.

171.    Ingraham, H.J., Perry, H.D., Donnenfeld, E.D., Epstein, A.B.: Glued-on, Rigid Gas-permeable Contact Lens for Severe Radiation-induced Keratitis. Am J Ophthalmol. (113)5:538-540, 1992.

172.    Kabat, A.G., Epstein, A.B., Corbin, G.S., Rumpakis, J.M.B.: Scientific Foundations of Clinical Practice in Allergic Eye Disease in The Clinician's Guide to Ocular Allergy.  Review of Optometry 142(4): 1s-16s, 2005.

173.    Lanier, R., Finegold, I., D'Arienzo, P., Granet, D., Epstein, A.B., Ledgerwood, G.: The Clinical Efficacy of Patanol® (olopatadine hydrochloride 0.1%) Ophthalmic Solution Compared to Elestat™ (epinastine hydrochloride 0.05%) Ophthalmic Solution in the Conjunctival Allergen Challenge Model. In Press 2004.

174.    Morier A.M., Davis, R.L., Epstein, A.B.: At Issue: Punctal Occlusion: Clinicians encourage its use, whether in the upper or lower puncta. Primary Care Optometry News. 5(12)10-11, 2000.

175.    Nelson, D.B., Epstein, A.B.: Sutureless cataract surgery: Increasing your role. Optometric Management. 30(7):44-48, 1995.

176.    Perry, H.D., Donnenfeld E.D., Grossman G.A., Stein M., Epstein, A.B.: Retained Aspergillus-Contaminated Contact Lens Inducing Mass and Keratoconjunctivitis in an Immunocompetent Patient.  CLAO J. 24(1):57-58, 1998.

177.    Roberts, E.L., Donnenfeld, E.D., Farber, B.F., Hsich, H.C., Wolff, A., Epstein, A., Perry, H.D. The Role of Sodium Salicylate in the Prevention of the Adherence of Acanthamoeba Castellanii to Unworn Contact Lenses. Invest Oph Vis Sci. 35(4):2150, 1994.

178.    Russell, R.S., Epstein, A.B., Donnenfeld, E.D.: Soft Contact Lens Overwear and Corneal Neovascularization. Contact Lens Forum. 16(3):31, 1991.

179.    Schmidt, E.E., Caffery, B., Gilbard, J.P., Epstein, A.B., Mathers, W.D., Schachet, J.L., Lemp, M.A., Morier, A.M.: At Issue: What Tests Should be used to Diagnose Eye? Primary Care Optometry News. 4(5)14-15, 1999.

180. Schwartz, C.A., Epstein, A.B.: The Big Media Push. Optometric Management. 33(3):42-46, 1998.

181. Shachet, J., Kabat, A.G., Epstein, A.B., Ramsey, W., West, W.: Building Blocks of a Therapeutic Practice. Review of Optometry 141(8) 1-15 (Supplement), 2004.

182. Sherman, J., Richter, S.J., Epstein, A.: The Differential Diagnosis of Visual Disorders in Patients Presenting with Marked Symptoms but with No Observable Ocular Abnormality. Am J Optom Physiol Opt. 57(8):516-522, 1980

## SCIENTIFIC POSTERS AND PAPERS

1.  Ingraham HJ, Perry HD, Epstein AB, Donnenfeld ED, Moadel K, Mariani RE: Suction cup/contact lens complications following penetrating keratoplasty. Presented as a poster at the American Academy of Ophthalmology annual meeting, November 2-4, 1994.

2.  Ghafouri, A., Schwartz, B.H., Hrdlicka, Z.K., Epstein, A.B., Perry, H.D. Donnenfeld, E.D.: The Use of Glued -on Modern Rigid Gas Permeable Contact Lenses as Epikeratoprosthesis Using a Rabbit Model. Presented at the Association for Research in Vision and Ophthalmology Annual Meeting 1997. (Invest Oph Vis Sci. 38(4):S507, 1997).

3.  Epstein AB, Perry HD, Donnenfeld ED, Ghafouri A, Schwartz BH, Hrdlicka ZK: Glued-on high dk rigid gas permeable contact lenses as artificial epithelium (epikeratoprosthesis) in a rabbit model Presented as a poster at the American Academy of Optometry Annual Meeting (Poster 17), Dec. 14, 1997.

4.  Iravani N, Edwards G, Epstein AB: The Dyne test method: A simple and reproducible technique for measuring the wettability of rigid contact lens materials. Presented as a poster at the American Academy of Optometry Annual Meeting (Poster 146), Dec. 13, 1998.

5.  Epstein AB, Iravani N: Epicon™ an important new option for the contact lens management of keratoconus . Presented as a poster at the American Academy of Optometry Annual Meeting (Poster 169), Dec. 13, 1998.

6.  Epstein AB, Hom MM. Irregular Astigmatism related to lid imbrication syndrome. Presented as a poster at the American Academy of Optometry Annual Meeting (Poster 25), Dec. 11, 1999.

7.  Semes L, Greiner J, Schachet J, Epstein AB. Clinical evaluation of a liquid punctal occlusion system. Presented as a paper at the American Academy of Optometry Annual Meeting, December 12, 1999.

8.  Greiner J, Schachet J, Epstein AB, Semes L. Clinical evaluation of a liquid punctal occlusion delivery system. Presented as a poster at the CLAO Annual Meeting, January 25, 2000.

9.    Semes L, Greiner J, Schachet J, Epstein AB: Clinical Evaluation of a Liquid Punctal Occlusion Delivery System. Presented as a poster at the BCLA Annual Meeting, May 26-28, 2000.

10.   Epstein, AB: Asymptomatic corneal staining associated with daily wear of silicone hydrogel lenses and a PHMB care regimen. Presented as a poster at the BCLA Annual Meeting, Birmingham, England, May 24, 2002.

11.   Epstein, AB. Lens Care Products and Silicon Hydrogel Lenses. Presented as a paper at the International Society of Contact Lens Specialists Meeting, Belfast Northern Ireland, June 9, 2002,

12.   Epstein, AB: Improving Comfort in Soft Lens Wearers Reporting Dryness: Differences in Rewetting Drop Effectiveness. Presented as a multimedia poster at the SECO International 2003, Atlanta, GA, February 20-23, 2003.

13.   Epstein, AB: Evaluation of Comfort Using Olopatadine (Patanol®) in the Treatment of Allergic Conjunctivitis in Contact Lens Wearers. Presented as a multimedia poster at the SECO International 2003, Atlanta, GA, February 20-23, 2003.

**BOOK CHAPTERS**

1.  Epstein, A.B.: Complications of Contact Lens Wear, in Schwartz, C.A. (ed):
    <u>Specialty Contact Lenses: The Fitter's Guide</u>, Philadelphia, W.B. Saunders.
    1996.

2.  Epstein, A.B.: Post Surgical Contact Lens Fitting - Penetrating Keratoplasty, in
    Schwartz, C.A. (ed): <u>Specialty Contact Lenses: The Fitter's Guide</u>, Philadelphia,
    W.B. Saunders. 1996.

3.  Epstein, A.B. Current Issues in Practice: Clinical Controversies — Toric Soft
    Contact Lens Over-Refraction Revisited  - Chap. 68 pp.1-5 in Bennett, E.S. and
    Weissman, B.A. (eds): <u>Clinical Contact Lens Practice</u>, Philadelphia, J.B.
    Lippincott Company. 1997.

4.  Epstein, A.B., Remba, M.J., Blaze, P.: Toric Soft Contact Lens Correction in
    Bennett, E.S. and Weissman, B.A. (eds): <u>Clinical Contact Lens Practice</u>,
    Philadelphia, J.B. Lippincott Company. 1999.

5.  Epstein, A.B.: Preoperative Management of Contact Lens-Wearing LASIK
    Candidates, in Hom, M.M. (ed): <u>LASIK: Clinical Comanagement</u>, Boston,
    Butterworth-Heinemann. 2000.

6.  Ryan, R.A., Epstein, A.B.: Post Procedure Management, in Hom, M.M. (ed):
    <u>LASIK: Clinical Comanagement</u>, Boston, Butterworth-Heinemann. 2000.

7.  Epstein, A.B., Quinn, C.J.: Diseases of the Conjunctiva – Chapter 25, in Bartlett
    J.D. and Jaanus S.D. (eds): Clinical Ocular Pharmacology (4th edition), Boston
    Butterworth-Heinemann. 2001.

8.  Epstein, A.B.: Soft Contact Lens Fitting – Volume 1-B, Chapter 31, in Agarwal,
    S., Agarwal, A., Apple, D.J., Buratto, L., Alio J.L. and Agarwal, A. (eds): Dr.
    Agarwal's Textbook of Ophthalmology, London, Slack. 2001.

9.  Epstein, A.B., Remba, M.J.: Toric Soft Contact Lens Correction in Bennett, E.S.
    and Weissman, B.A. (eds): <u>Clinical Contact Lens Practice</u>, Philadelphia, J.B.
    Lippincott Company. 2003.

## INVITED PRESENTATIONS

1.  Contact Lens Complications. Presented at the NY State Society of Opticians
    Meeting. Jericho, NY, March 9, 1995.

2.  Contact Lens Complications: Causes and Prevention. Presented to the
    Optometric Society of the City of New York Meeting. New York City, May 9, 1995

3.  Refractive Surgery - Why Optometry Should be Involved. Presented at the
    SurgiCare Refractive Surgery Seminar. Woodbridge, NJ, April 24, 1996.

4.  Contact Lens Complications – Diagnosis and Treatment. Presented at SUNY,
    State College of Optometry, New York, NY, May 2, 1996.

5.  20/20 Laser Centers: Clinical Training Program: Post Operative Protocols and
    Complications Management – Review of Summit Results. Presented at 20/20
    Laser Vision Centers, Garden City, NY, September 19, 1996.

6.  Key Concepts in Refractive Surgery. Presented at the NY State Society of
    Opticians Meeting. Jericho, NY, November 14, 1996.

7.  The Future of Contact Lenses: Will the Doctor be Dispensable? Presented at
    the American Optometric Association Contact Lens & Anterior Segment
    Symposium, San Francisco, CA, September 6, 1997.

8.  Alcon Vision Care Ocular Impact of Contact Lenses  Round Table Moderator.
    Woodside, NY, October 5, 1997.

9.  Comprehensive Optometry: Maximizing Your Prescribing Potential. Presented
    at the First Optometric Management Practice Builder's Conference. Princeton,
    NJ, November 2, 1997.

10. Contact Lens Complications: Prevention & Management. Presented at the
    American Academy of Optometry Annual Meeting Ellerbrock Courses. San
    Antonio, TX, December 11, 1997.

11. Contact Lens Complications: Prevention & Management. Presented at the
    America's Best National Meeting 1998, Dallas, TX,  January 12, 1998.

12. Disposable Contact Lenses: Making the Right Choice. Presented at the
    America's Best National Meeting 1998, Dallas, TX,  January 12, 1998.

-26-

13. Contact Lens Complications: Prevention & Management. Presented at Alcon Vision Care, Fort Worth, TX, January 13, 1998.

14. Contact Lens Complications: Prevention. Presented at Professional Education 1998 ProCare Vision Centers - Ohio Optometric Association annual Meeting. Columbus OH, April 19, 1998.

15. Management & Ocular Allergy. Presented at Professional Education 1998 ProCare Vision Centers - Ohio Optometric Association annual Meeting. Columbus OH, April 19, 1998.

16. Anterior Segment Complications of Contact Lens Wear. Presented at the Empire Vision Annual Continuing Education Meeting, Albany, NY, May 12, 1998

17. Ocular Allergy. Presented at the Empire Vision Annual Continuing Education Meeting, Albany, NY, May 12, 1998.

18. Disposable Contact Lens Update. Presented at the Empire Vision Annual Continuing Education Meeting, Albany, NY, May 12, 1998.

19. Contact Lens Complications: Prevention & Management. Presented at the N.Y Academy of Optometry Meeting, New York City, May 19,1998.

20. Anterior Segment Complications of Contact Lens Wear. Presented at the Davis Vision Annual Continuing Education Meeting, Melville, NY, June 8, 1998.

21. Disposable Contact Lens Update. Presented at the Davis Vision Annual Continuing Education Meeting, Melville, NY, June 8, 1998.

22. Mysteries of the Red Eye. Presented at the Atlantic Seaboard CE Conference, Virginia Optometric Assn, Wintergreen, VA, June 19, 1998.

23. Managing Keratitis and Corneal Disease. Presented at the Atlantic Seaboard CE Conference, Virginia Optometric Assn, Wintergreen, VA, June 19, 1998.

24. Contact Lens Complications: Identification, Prevention, and Treatment. Presented at the Atlantic Seaboard CE Conference, Virginia Optometric Assn, Wintergreen, VA, June 19, 1998.

25. Anterior Segment Complications of Contact Lens Wear. Presented at the South Jersey Optometric Society Meeting, Buena, NJ, October 5, 1998.

-27-

26.   Complications of Contact Lens Wear: Prevention and Management. Presented at the Sight Resources Continuing Education Meeting, Boston, MA, November 22, 1998.

27.   Dry Eye Management.  Presented at the Sight Resources Continuing Education Meeting, Boston, MA, November 22, 1998.

28.   Punctal Plug Wet Lab.  Conducted at the Sight Resources Continuing Education Meeting, Boston, MA, November 22, 1998.

29.   Current Concepts in Contact Lens Complications: Management & Prevention Presented at the American Academy of Optometry Annual Meeting Ellerbrock Courses. San Francisco, CA, December 11, 1998.

30.   Contact Lenses and Dry Eyes Presented with Milton Hom, O.D. at the American Academy of Optometry Annual Meeting Ellerbrock Courses. San Francisco, CA, December 12, 1998.

31.   Dry Eye Management. Presented at the America's Best National CE Meeting, Dallas, TX, January 8, 1999.

32.   Ocular Allergy Update. Presented at the America's Best National CE Meeting, Dallas, TX, January 8, 1999.

33.   Contact Lens Curiosities Grand Rounds. Presented at the America's Best National CE Meeting, Dallas, TX, January 8, 1999.

34.   Diagnosis and Management of the Red Eye. Presented at the America's Best National CE Meeting, Dallas, TX, January 8, 1999.

35.   Current Concepts in Keratitis Management.  Presented at the America's Best National CE Meeting, Dallas, TX, January 8, 1999.

36.   Diagnosis & Management of the Red Eye.  Presented at Vision Quest 99, San Antonio, TX, January 23, 1999.

37.   Solutions for the Next Millennium. Presented at the CLAO annual Meeting, Las Vegas, NV, January 26, 1999.

38.   The CLAZ at CLAO - Contact Lenses From A to Z Made EZ. Presented with Joseph Hallak, O.D., Ph.D. and Rick E. Weisbarth, O.D. at the CLAO annual Meeting, Las Vegas, NV, January 27, 1999.

-28-

39. A Next Generation Approach to the Contact Lens Management of Keratoconus. Presented with Nikki Iravani, O.D. at the CLAO annual Meeting, Las Vegas, NV, January 27, 1999.

40. Contact Lens Complications: Prevention & Management. Presented at the NYSOA Continuing Education Program, Stratton, VT, February 5, 1999.

41. Current Strategies for Management of Anterior Segment Disease. Presented a the NYSOA Continuing Education Program, Stratton, VT, February 5, 1999.

42. Contact Lenses & Dry Eyes. Presented at SECO 99 (Technician Program), Atlanta, GA, February 27, 1999.

43. Contact Lens Complications: Prevention and Management (OD Program). Presented at SECO 99, Atlanta, GA, February 27, 1999.

44. Current Contact Lens Controversies – Pathology Grand Rounds. Presented at Vision Expo East, New York City, March 19, 1999.

45. Contact Lens Complications. Presented at Vision Expo East, New York City, March 20, 1999.

46. Rare Corneal Infections. Presented at Vision Expo East, New York City, March 20, 1999.

47. Solutions for the Next Millennium. Presented at the CLSA annual Meeting, Newport Beach, CA, March 27, 1999.

48. Contact Lens Complications: Prevention and Management Parts I & II. Presented at the CLSA annual Meeting, Newport Beach, CA, March 27, 1999.

49. Tears Naturale™ Punctal Plug Wet Lab. Conducted at the ASCRS Annual Meeting. Seattle, WA, April 10, 1999.

50. Current Concepts in Presbyopic Contact Lens Correction. Presented at the NY State Society of Opticians Meeting. Jericho, NY, April 15, 1999.

51. Contact Lens Complications Current Concepts in Prevention and Management. Presented at the Southern College of Optometry, Memphis, TN, May 13,1999.

52. PureVision: Clinical Experiences. Presented at the B&L PureVision Breakthrough Tour. Teaneck, NJ, May 18, 1999.

53.    Solutions for the Next Millennium. Presented to Opticare of Connecticut. Westport, CT, July 17, 1999.

54.    Solutions for the Next Millennium. Presented to Wal-Mart Optometrists via Satellite. Fayetteville, AR, July 28, 1999.

55.    Modern High Dk Contact Lenses: The Quest for Safety.  Presented at the Menicon USA 30 Day Extended Wear Investigators Meeting, Lake Tahoe, NV, July 31, 1999.

56.    Therapeutic Strategies for the Laser Refractive Surgery Patient.  Presented at The Optometric Refractive Surgery Society Refractive Surgery Symposium, Akron, OH, August 18, 1999.

57.    Extended Wear: The Next Generation. Presented for Bausch & Lomb, Jericho NY, September 15, 1999.

58.    Contact Lens Complications: Prevention and Management. Presented at the Virginia Optometric Assn. Contact Lens & Anterior Segment Meeting, Wintergreen, VA, October 3, 1999.

59.    Keratitis: Current Management Strategies. Presented at the South Jersey Optometric Society Meeting, Buena, NJ, October 5, 1999.

60.    Extended Wear Revisited: Roundtable Brunch. Presented at the East-West Eye Conference. Cleveland, OH, October 14, 1999.

61.    Diagnosis and Management of the Red Eye. Presented at the East-West Eye Conference. Cleveland, OH, October 14, 1999.

62.    Current Concepts in Contact Lens Complications. Presented at the East-West Eye Conference. Cleveland, OH, October 14, 1999.

63.    Ocular Allergies and Contact Lenses. Presented with Milton Hom, OD at the East-West Eye Conference. Cleveland, OH, October 14, 1999.

64.    Keratitis: Current Management Strategies. Presented at the East-West Eye Conference. Cleveland, OH, October 15, 1999.

65.    Management of the Dry Eye Contact Lens Patient. Presented with Milton Hom, OD at the East-West Eye Conference. Cleveland, OH, October 15, 1999.

-30-

66.    The Quest for Contact Lens Hyper-Transmissibility Panel. Presented with
       Richard Hill, OD, PhD, Gary Orsborn, OD, MS, Loretta Szczotka, OD, MS, and
       Rick Weisbarth, OD at the East-West Eye Conference. Cleveland, OH, October
       16, 1999.

67.    Keratitis: Current Management Strategies. Presented at the Empire Vision
       Annual Continuing Education Meeting, Albany, NY, October 18, 1999.

68.    Extended Wear: The Next Generation. Presented for Bausch & Lomb, Jericho
       NY, October 21, 1999.

69.    Managing Keratitis: Presented at the Eyecare Professionals of Connecticut, Fa
       1999 Educational Program, Trumbull, CT, October 27, 1999.

70.    Current Concepts in Contact Lens Complications: Management and
       Prevention: Massachusetts Society of Optometrists, Membership Appreciation
       Day, Marlborough, MA, November, 7, 1999.

71.    Solutions for the Next Millennium: Optometric Management's 3td Annual
       Practice Builder's Conference, Princeton, NJ,  November 14, 1999.

72.    Dry Eye and Contact Lenses: Optometric Management's 3td Annual Practice
       Builder's Conference, Princeton, NJ,  November 14, 1999.

73.    Serious Contact Lens Complications: Keratitis Management: AOA-CLS
       Regional Meeting, Westborough, MA, December 1, 1999.

74.    Solutions for the Next Millennium: Contact Lens Care Update. Presented at the
       Cornea Contact Lenses & Contemporary Vision Care - The 16th Annual
       Symposium of the University of Houston College of Optometry, Houston, TX,
       December 5, 1999.

75.    Ocular Allergies: Current Therapeutic Strategies. Presented at the Cornea
       Contact Lenses & Contemporary Vision Care - The 16th Annual Symposium of
       the University of Houston College of Optometry, Houston, TX, December 5,
       1999.

76.    Cornea and Contact Lens Curiosities: Diagnostic Decision Making.  Presented
       with Milton Hom, O.D. at the American Academy of Optometry Annual Meeting
       Ellerbrock Courses. Seattle, WA, December 9, 1999.

77.    Keratitis: Current Management Strategies: Presented at the Precision
       Optometric Symposium, Tel-Aviv, Israel, January, 25, 2000.

78.    Practice Management and the Contact Lens Practice: Presented at the
       Precision Optometric Symposium, Tel-Aviv, Israel, January, 25, 2000.

79.    Contact Lens Complications: Prevention and Management: Presented at the
       Precision Optometric Symposium, Tel-Aviv, Israel, January, 25, 2000.

80.    Dry Eye and the Contact Lens Wearer: Presented at the Precision Optometric
       Symposium, Tel-Aviv, Israel, January, 25, 2000.

81.    Ocular Allergy Update: Presented at the Precision Optometric Symposium, Tel
       Aviv, Israel, January, 25, 2000.

82.    Keratitis: Current Management: Presented at the Nassau County Optometric
       Society Meeting, Long Island, NY, February 8, 2000.

83.    Contact Lenses in the Year 2000 and Beyond: Presented at the Heart of
       America Contact Lens & Primary Care Congress, Kansas City, MO, February
       11, 2000.

84.    Contact Lens and Anterior Segment Diagnosis & Decision Making: Presented
       at the Heart of America Contact Lens & Primary Care Congress, Kansas City,
       MO, February 12, 2000.

85.    Keratitis: Current Management Strategies: Presented at the Heart of America
       Contact Lens & Primary Care Congress, Kansas City, MO, February 12, 2000.

86.    Ocular Allergy Update: Presented at the Heart of America Contact Lens &
       Primary Care Congress, Kansas City, MO, February 12, 2000.

87.    Dry Eye and the Contact Lens Wearer: Presented at the Heart of America
       Contact Lens & Primary Care Congress, Kansas City, MO, February 12, 2000.

88.    Diagnosis and Management of the Red Eye: Presented at the Texas
       Optometric Association Meeting, Houston, TX, March 28, 2000.

89.    Keratitis: Current Management Strategies: Presented at the Texas Optometric
       Association Meeting, Houston, TX, March 28, 2000.

90.    Contact Lens Complications: Management & Prevention: Presented at the
       Wisconsin Optometric Association – Spring Seminar 2000, Waukesha, WI,
       April 27, 2000