91.     Dry Eyes and Contact Lenses: Presented at the Wisconsin Optometric Association – Spring Seminar 2000, Waukesha, WI, April 27, 2000.

92.     Keratitis: Current Management Strategies: Presented at the Wisconsin Optometric Association – Spring Seminar 2000, Waukesha, WI, April 27, 2000.

93.     The Optometric Business Profile in the US: Presented at the New Opportunities in Optometry meeting, Alcon Laboratories, Inc, Fort Worth, TX, May 3, 2000.

94.     The Contact Lens Market in the U.S. – Present and Future: Presented at the New Opportunities in Optometry meeting, Alcon Laboratories, Inc, Fort Worth, TX, May 3, 2000.

95.     The Future Role of the Optometrist in the US: Presented at the New Opportunities in Optometry meeting, Alcon Laboratories, Inc, Fort Worth, TX, May 3, 2000.

96.     Current Concepts in Contact Lens Complications: Management & Prevention: Presented at the Primary Eyecare Conference 2000, Glens Falls, NY, May 7, 2000.

97.     Contact Lenses for the Millennium and Beyond: Presented at the Primary Eyecare Conference 2000, Glens Falls, NY, May 7, 2000.

98.     Contact Lens Complications: Prevention and Management Update: Presented at the Northeastern State University College of Optometry 7th Annual Ocular Disease Update, Branson, MO, June 3, 2000.

99.     Diagnosis and Management of the Red Eye: Presented at the Northeastern State University College of Optometry 7th Annual Ocular Disease Update, Branson, MO, June 4, 2000.

100.    Cornea & Contact Lens Curiosities: Diagnostic Decision Making: Presented at the Northeastern State University College of Optometry 7th Annual Ocular Disease Update, Branson, MO, June 4, 2000.

101.    Patanol® (olopatadine 0.1%) versus Placebo - 16-Hour Efficacy in the Antigen Challenge Model: Presented at the Ocular Allergy Speaker Alliance Symposium, Alcon Laboratories, Inc, Fort Worth, TX, June 10, 2000.

102.    Solutions for the Next Millennium: Contact Lens Care Update: Presented at the American Optometric Association 103rd Congress, Las Vegas, NV June 23, 2000.

-33-

103.   <u>Keratitis: Current Management Strategies:</u> Presented at the American Optometric Association 103rd Congress, Las Vegas, NV June 23, 2000.

104.   <u>Clinical Pearls for the Contact Lens Practice:</u> Presented with Michael D. DePaolis, OD at the American Optometric Association 103rd Congress, Las Vegas, NV June 23, 2000.

105.   <u>Extended Wear – The Laser Alternative:</u> Presented with Milton Hom, OD at the American Optometric Association 18th Annual Joint Section Symposium, Phoenix, AZ, September 8, 2000.

106.   <u>Allergy Update:</u> Presented with George Wm. Bensch, MD at the Richard L. Hopping Academic Center, Southern California College of Optometry, Fullerton CA, September 10, 2000.

107.   <u>Clinical Ocular Ecology – Dry Eyes and Ocular Surface Disease:</u> Presented at Vision Expo West, Las Vegas, NV, September 14, 2000.

108.   <u>Diagnosis & Management of the Red Eye:</u> Presented at Vision Expo West, Las Vegas, NV, September 15, 2000.

109.   <u>Contact Lens Spectrum Presents a Blockbuster Panel – Contact Lenses State of the Art 2000:</u> Presented with Joseph T. Barr, OD, Patrick J. Caroline, Jerome A. Legerton, OD at Vision Expo West, Las Vegas, NV, September 15, 2000.

110.   <u>Current Concepts in Contact Lens Complications and Management:</u> Presented with Michael D. DePaolis, OD at Vision Expo West, Las Vegas, NV, September 15, 2000.

111.   <u>Contact Lens Complications: Prevention and Management:</u> Presented at Therapy by the Sea (New Jersey Society of Optometric Physicians), Atlantic City NJ, September 22, 2000.

112.   <u>Keratitis and the Red Eye:</u> Presented at Therapy by the Sea (New Jersey Society of Optometric Physicians), Atlantic City, NJ, September 22, 2000.

113.   <u>Current Concepts in Ocular Surface Disease:</u> Presented at Therapy by the Sea (New Jersey Society of Optometric Physicians), Atlantic City, NJ, September 21, 2000.

114.  Current Concepts in Contact Lens Complications: Management and Prevention: Presented at the Pittsburgh Primary Eye Care Conference. Coraopolis, PA. October 7, 2000.

115.  Refractive Surgery Gone Bad: Optometry to the Rescue: Presented with Miltor Hom, OD at the EastWest Eye Conference, Cleveland, OH, October 27, 2000.

116.  Cornea and Contact Lens Curiosities: Presented with Milton Hom, OD at the EastWest Eye Conference, Cleveland, OH, October 27, 2000.

117.  Keratitis: Current Management Strategies: Presented at the EastWest Eye Conference, Cleveland, OH, October 28, 2000.

118.  Therapeutic Strategies for the Refractive Surgery Patient: Presented at the EastWest Eye Conference, Cleveland, OH, October 28, 2000.

119.  Contact Lens Complications: Prevention & Management: Presented at the Alabama Optometric Association 2000 Annual Convention, Birmingham, AL, November 12, 2000.

120.  Contact Lens Complications: Prevention & Management Update: Presented at the Maryland Optometric Association 2000 Convention & Continuing Education Baltimore, MD December 2, 2000.

121.  Contact Lens Curiosities: Diagnostic Decision Making: Presented at the Maryland Optometric Association 2000 Convention & Continuing Education, Baltimore, MD December 2, 2000.

122.  Keratitis: Current Management Strategies: Presented at the University of Houston College of Optometry 17th Annual Symposium: Cornea, Contact Lenses and Contemporary Vision Care, Houston TX, December 3, 2000.

123.  Keratitis: Current Management Strategies: Presented at the American Academy of Optometry Annual Meeting Ellerbrock Courses. Orlando, FL, December 7, 2000.

124.  Soft and RGP Extended Wear Contact Lenses - Lotrafilcon: Presented at the Contact Lens Association of Ophthalmologists Annual Meeting, Las Vegas, NV, February 14, 2001.

125.  Advances in the Management of Allergic Eye Disease: Presented with Dennis Spangler, M.D. for Alcon, Atlanta, GA, February 22, 2001.

-35-

126.  Anterior Segment Disorders: Case Presentations: Presented at the Excellence in Education Conference 2001, Pennsylvania College of Optometry, Philadelphia, PA, March 4, 2001.

127.  Current Concepts in Contact Lens Complications - Prevention and Management: Presented at Vision Expo East, New York, NY, March 22, 2001.

128.  Keratitis - Current Management Strategies: Presented at Vision Expo East, New York, NY, March 22, 2001.

129.  Management of the Dry Eye Contact Lens Patient: Presented at Vision Expo East, New York, NY, March, 23 2001.

130.  Ask The Experts - Problem Solving In Cornea, Contact Lens & Refractive Surgery: Presented with Michael D. DePaolis, OD at Vision Expo East, New York, NY, March 23, 2001.

131.  Ocular Allergy Update: Presented for the Visiting Clinical Scholars Program, UAB School of Optometry, Birmingham, AL, March 26, 2001.

132.  Keratitis: Current Management Strategies: Presented at Iowa Optometry – Whatever It Takes – Iowa Optometric Association, Des Moines, Iowa, April 6, 2001.

133.  Refractive Surgery Gone Bad: Optometry to the Rescue: Presented at Iowa Optometry – Whatever It Takes – Iowa Optometric Association, Des Moines, Iowa, April 6, 2001.

134.  Clinical Ocular Ecology: Current Thinking in Ocular Surface Disease: Presented at Iowa Optometry – Whatever It Takes – Iowa Optometric Association, Des Moines, Iowa, April 6, 2001.

135.  Keratitis: Current Management Strategies: Presented at Professional Education 2001 ProCare Vision Centers - Ohio Optometric Association annual Meeting, April 22, 2001.

136.  Refractive Surgery Gone Bad: Optometry to the Rescue: Presented at Professional Education 2001 ProCare Vision Centers - Ohio Optometric Association annual Meeting, Columbus, OH, April 22, 2001.

137.  Clinical Ocular Ecology: Current Thinking in Ocular Surface Disease: Presented at Professional Education 2001 ProCare Vision Centers - Ohio Optometric Association annual Meeting, Columbus, OH, April 22, 2001.

138.   Keratitis and the Red Eye: Presented at Empire Vision Meeting, Syracuse, NY
       April 30, 2001.

139.   Current Concepts in Ocular Surface Disease: Presented at Empire Vision
       Meeting, Syracuse, NY, April 30, 2001.

140.   Ocular Allergy Update: Presented at EyeQuest, Chicago, IL, May 17, 2001.

141.   Keratitis & the Red Eye: Presented at EyeQuest, Chicago, IL, May 17, 2001.

142.   Management of the Dry Eye Contact Lens Patient: Presented at EyeQuest,
       Chicago, IL, May 17, 2001.

143.   Anterior Segment Inflammation -- Putting Out the Fire: Presented at EyeQuest
       Chicago, IL, May 18, 2001.

144.   Therapeutic Strategies for the Refractive Surgery Patient: Presented at
       EyeQuest, Chicago, IL, May 18, 2001.

145.   Ask the Experts -- Problem Solving in Cornea, Contact Lens & Refractive
       Surgery: Presented at EyeQuest, Chicago, IL, May 18, 2001.

146.   Putting a Halt to CL Dropouts. Presented for Ciba Vision, Columbus, OH, June
       21, 2001.

147.   Ocular Inflammation: Putting out the Fire. Presented at the 104th Annual
       American Optometric Congress. Boston, MA, June 28, 2001

148.   Keratitis: Current Management Strategies: Presented "in the round" at the 104th
       Annual American Optometric Congress Exhibition Hall. Boston, MA, June 29,
       2001

149.   Interactive Grand Rounds: Contact Lens and Anterior Segment Dilemmas,.
       Presented by Michael DePaolis, OD, FAAO and Arthur B. Epstein, OD, FAAO at
       the 104th Annual American Optometric Congress, June 29, 2001.

150.   Clinical Concepts in Ocular Surface Disease. Presented at the 104th Annual
       American Optometric Congress. Boston, MA, June 30, 2001

151.   Refractive Surgery vs. Extended Wear Contact Lenses: Court Case Presented by John Amos, OD, FAAO, Michael DePaolis, OD, FAAO, Arthur B. Epstein, OD FAAO and Paul Karpecki, OD, FAAO at the 104th Annual American Optometric Congress. Boston, MA, June 30, 2001

152.   Microbial Keratitis: Concepts in Prevention and Treatment. Presented for Alcon Laboratories, Oak Brook, IL, July 18, 2001.

153.   Current Controversies in Ocular Infection Management. Presented for Alcon Laboratories, Oak Brook, IL, July 18, 2001.

154.   Microbial Keratitis: Concepts in Prevention and Treatment. Presented for Alcon Laboratories, Fargo, ND, October 17, 2001.

155.   Current Controversies in Ocular Infection Management. Presented for Alcon Laboratories, Fargo, ND, October 17, 2001.

156.   Microbial Keratitis: Concepts in Prevention and Treatment. Presented for Alcon Laboratories, Grand Forks, ND, October 18, 2001.

157.   Current Controversies in Ocular Infection Management. Presented for Alcon Laboratories, Grand Forks, ND, October 18, 2001.

158.   Advances in Anterior Segment Therapy. Presented at the Optometry Continuing Professional Education Program, Alcon Laboratories, Fort Worth, TX, October 19, 2001.

159.   Microbial Keratitis: Concepts in Prevention and Treatment. Presented to Davis Vision CE Program, Long Island, NY, October 22, 2001.

160.   Current Controversies in Ocular Infection Management. Presented to Davis Vision CE Program, Long Island, NY, October 22, 2001.

161.   Contact Lens Complications: Prevention and Management. Presented at the Virginia Optometric Assn. Contact Lens & Anterior Segment Meeting, Wintergreen, VA, October 27, 2001.

162.   Keratitis Current Management Strategies. Presented at the Virginia Optometric Assn. Contact Lens & Anterior Segment Meeting, Wintergreen, VA, October 27, 2001.

163.  Current Controversies in Ocular Infection Management. Presented at the Virginia Optometric Assn. Contact Lens & Anterior Segment Meeting, Wintergreen, VA, October 27, 2001.

164.  Current Controversies in Ocular Infection Management. Presented for Alcon Laboratories, Oak Brook, IL, Oct 27, 2001.

165.  Microbial Keratitis: Concepts in Prevention and Treatment. Presented to Davis Vision CE Program, Hershey, PA, October 29, 2001.

166.  Current Controversies in Ocular Infection Management. Presented to Davis Vision CE Program, Hershey, PA, October 29, 2001.

167.  Presentation Skills Seminar: Presented to the Ocular Sciences Speakers Panel Meeting, Chicago, IL. November 3, 2001.

168.  Anterior Segment Disasters: Five Cases to Learn From.  Presented at the American Academy of Optometry Annual Meeting Ellerbrock Courses. Philadelphia, PA, December 6, 2001.

169.  Current Controversies in Ocular Infection Management. Presented at the Greater Atlanta Optometric Meeting. Georgia Optometric Association, Atlanta, GA, January 15, 2002.

170.  Keratitis: Current Management Strategies. Presented at the Greater Atlanta Optometric Meeting. Georgia Optometric Association, Atlanta, GA, January 15, 2002.

171.  Soft and RGP Extended Wear Contact Lenses – Focus Night & Day: Presented at the Contact Lens Association of Ophthalmologists Annual Meeting, Anaheim, CA,  February 1, 2002.

172.  Soft and RGP Extended Wear Contact Lenses – Focus Night & Day: Presented at the Contact Lens Association of Ophthalmologists Annual Meeting, Anaheim, CA, February 2, 2002.

173.  New Techniques & Technology for Your Contact Lens Practice & Patients: Presented with Walter West & Julie Schornack at the Heart of America Contact Lens Society, Contact Lens & Primary Care Congress, Kansas City, MO, Feb 15, 2002.

174.   Pharmaceuticals in Contact Lens Practice: Combining Two Strengths – Part  :
       Presented at the Heart of America Contact Lens Society, Contact Lens &
       Primary Care Congress, Kansas City, MO, Feb 16, 2002.

175.   Pharmaceuticals in Contact Lens Practice: Combining Two Strengths – Part  2
       Presented at the Heart of America Contact Lens Society, Contact Lens &
       Primary Care Congress, Kansas City, MO, Feb 16, 2002.

176.   Keratitis & The Red Eye: Presented at Vision Expo, New York, NY, March 16,
       2002.

177.   Refractive Surgery Gone Bad: Optometry to the Rescue: Presented at Vision
       Expo, New York, NY, March 16, 2002.

178.   Contact Lens & Anterior Segment Grand Rounds: Presented at Vision Expo,
       New York, NY, March 17, 2002.

179.   Dry Eyes & Contact Lenses:  Contact Lens & Anterior Segment Grand Round: :
       Presented at Vision Expo, New York, NY, March 17, 2002.

181.   Current Controversies in Ocular Anti-Infective Therapy: Presented to the
       Oklahoma Association of Optometric Physicians Annual Education Congress
       Oklahoma City, OK, April 6, 2002.

182.   Contact Lens Complications: Management & Prevention: Presented to the
       Oklahoma Association of Optometric Physicians Annual Education Congress
       Oklahoma City, OK, April 6, 2002.

183.   Ocular Allergy Update: Presented at the Visionworks Continuing Education
       Meeting, Tampa, FL, April 9, 2002.

184.   Keratitis: Current Management Strategies: Presented at the Visionworks
       Continuing Education Meeting, Tampa, FL, April 9, 2002.

185.   Ocular Allergy Update: Presented at the Visionworks Continuing Education
       Meeting, Orlando, FL, April 10, 2002.

186.   Keratitis: Current Management Strategies: Presented at the Visionworks
       Continuing Education Meeting, Orlando, FL, April 10, 2002.

187.   Clinical Concepts In Ocular Surface Disease, Presented at EyeQuest, Chicago,
       IL, May 18, 2002.

-40-

188.   Refractive Surgery Gone Bad: Optometry to the Rescue, Presented at EyeQuest, Chicago, IL, May 18, 2002.

189.   As the Experts – Problem Solving in Cornea, Contact Lens & Refractive Surgery, Presented with Frank Fontana at EyeQuest, Chicago, IL, May 18, 2002.

190.   Ocular Inflammation – Putting Out The Fire, Presented at EyeQuest, Chicago, IL, May 18, 2002.

191.   Current Controversies in Ocular Anti-Infective Therapy, Presented at EyeQuest, Chicago, IL, May 18, 2002.

192.   Our 100 Best Clinical Pearls For 2002, Presented with Dr. Murray Fingert and John Potter at EyeQuest, Chicago, IL, May 19, 2002.

193.   Current Concepts in Ocular Allergy, Presented to the Tennessee Optometric Society, Memphis, TN, May 20, 2002.

194.   Focus Night and Day: Clinical Concepts, Presented for Ciba Vision at the American Optometric Association 105th Annual Congress, New Orleans, LA June 28, 2002.

195.   Current Thinking in Contact Lens Complications: Management and Prevention, Presented at the American Optometric Association 105th Annual Congress, New Orleans, LA, June 28, 2002

196.   Current Controversies in Ocular Anti-Infective Therapy, Presented at the American Optometric Association 105th Annual Congress, New Orleans, LA June 29, 2002.

197.   Anterior Segment Grand Rounds, Presented With Aaron Mancuso, OD at the American Optometric Association 105th Annual Congress, New Orleans, LA June 29, 2002.

198.   Keratitis: Current Management Strategies: Presented at the Philips Eye Center Continuing Education Meeting, Monroe NY, July 24, 2002.

199.   Ocular Allergy Update: Presented at the Cambridge Eye Continuing Education Meeting, Dedham, MA July 29, 2002.

200.   The Case for Continuous Wear: Presented at the Continuous Wear Contact Lenses for the New Millennium – World Summit Symposium, San Diego, CA, August 17, 2002.

201.   Dry Eyes & Contact Lenses. Presented at Vision Expo West. Las Vegas, NV
       September 11, 2002.

202.   Refractive Surgery Gone Bad: Optometry to the Rescue. Presented at Vision
       Expo West. Las Vegas, NV, September 12, 2002.

203.   Hot Topics – Problem Solving in Cornea, Contact Lens & Refractive Surgery
       Presented with Dr. Michael DePaolis at Vision Expo West. Las Vegas, NV,
       September 12, 2002.

204.   Complications of Extended Wear – Diagnosis & Management. Presented at
       Vision Expo West. Las Vegas, NV, September 12, 2002.

205.   "How to" Contact Lens Panel – Managing Common Problems. Presented w t
       Drs. Michael DePaolis & John Schachet at Vision Expo West. Las Vegas, N\ ,
       September 11, 2002.

206.   Advances in the Management of Allergic Eye Disease. Presented at the Phil i| ;
       Eye Center Continuing Education Meeting.  South Orange, NJ, September 2 ),
       2002.

207.   Antibiotic Resistance – Next Generation Antibiotics. Presented at the Great
       Western Council of Optometry Congress 2002. Portland, OR, October 17, 2( ( .

208.   Antibiotics in Primary Care Optometric Practice. Presented at the Great Wes ∈ ㄱ
       Council of Optometry Congress 2002. Portland, OR, October 17, 2002.

209.   Continuous Wear Update 2002.  Presented at the Vision Source CE Meetinɡ,
       San Diego, CA, October 23, 2002.

210.   Ocular Trauma: In-Office Management. Presented at the C.P.R.O. Internatioᴎ ɑ
       Symposium on the Eye & Vision, Palais des Congrès de Montréal, Quebec,
       Canada, October 25, 2002.

211.   Anterior Segment Inflammation: Putting Out the Fire.  Presented at the C.P.R.(
       International Symposium on the Eye & Vision, Palais des Congrès de Montrɜ ,
       Quebec, Canada, October 25, 2002.

212.   Refractive Surgery Gone Bad: Optometry to the Rescue.  Presented at the
       C.P.R.O. International Symposium on the Eye & Vision, Palais des Congrès c
       Montréal, Quebec, Canada, October 25, 2002.

213.  The "Art" of Effective Presenting. Presented at the Alcon Speaker Workshop, Palm Springs, CA, October, 26, 2002.

214.  Practice Management Pearls: Presented at Northeastern State University College of Optometry, Tahlequah, OK, November 7-8, 2002.

215.  Contact Lens Complications Review and Ocular Care Systems Update: Presented at Northeastern State University College of Optometry, Tahlequah, OK, November 8, 2002.

216.  Grand Rounds: Interesting Case Presentations. Presented at the Cornea, Contact Lenses and Contemporary Vision Care, Houston, TX, December 7, 2002.

217.  Anterior Segment Infection Management: Critical Issues: Presented at the American Academy of Optometry Annual Meeting Ellerbrock Courses, San Diego, CA, December 13, 2002.

218.  Contact Lens Related Ocular Surface Disease: Cause & Cure: Presented a the CLES Contact Lens & Eyecare Symposium, Orlando, FL, January, 23, 20 ( 5.

219.  Dry Eyes & Contact Lenses: Presented at the Arizona Optometric Associatic n 29th Annual Invitational Bronstein Contact Lens Seminar, Scottsdale, AZ, January 31, 2003.

220.  Complications of Silicone Hydrogel Continuous Wear Diagnosis and Management. Presented at the Arizona Optometric Association 29th Annual Invitational Bronstein Contact Lens Seminar, Scottsdale, AZ, February 1, 200K

221.  Superior Patient Care: How the Contact Lens Experts Do It: Presented with Joseph Barr, Gary Gerber, Rex Ghormley, and Douglas Becherer at SECO International 2003, Atlanta, GA, February 20, 2003.

222.  Current Controversies in Ocular Anti-Infective Therapy: Presented at SECO International 2003, Atlanta, GA, February 21, 2003.

223.  Current Thinking in Contact Lens Complications: Management and Prevent o : Presented at SECO International 2003, Atlanta, GA, February 21, 2003.

224.  SECO Squares: Advanced Clinical Challenges: Presented with Dr. Louis Catania, Dr. Jim Colgain, Dr. Christopher Quinn at SECO International 2003 Atlanta, GA, February 21, 2003.

225.   Contact Lens Grand Rounds: What's Hot and What's Not: Presented with Milton Hom at SECO International 2003, Atlanta, GA, February 22, 2003.

226.   Therapeutic Applications of NSAIDs: Presented for Novartis, A.G. at SECO International 2003, Atlanta, GA, February 22, 2003.

227.   What's Wrong with the FDA?: Presented at the Southwest Council of Optometry Meeting in Dallas, TX, March 7, 2003

228.   Dry Eye Management Pearls: Presented at the Southwest Council of Optometry Meeting in Dallas, TX, March 7, 2003.

229.   Forth Generation Fluoroquinolones: A Revolution in Ocular Anti-infective Therapy. Presented at the Alcon Laboratories, CPE meeting, Ft. Worth, TX, March 7, 2003.

230.   Anterior Segment Disasters: Presented at the Southwest Council of Optometry Meeting in Dallas, TX, March 7, 2003.

231.   Keratitis: Current Management Strategies: Presented at the Southwest Council of Optometry Meeting in Dallas, TX, March 7, 2003.

232.   Ask the Expert: Problem Solving in Cornea, CLs and Refractive Surgery: Presented at the Southwest Council of Optometry Meeting in Dallas, TX, March 8, 2003.

233.   Ocular Allergy Update: Presented at the Southwest Council of Optometry Meeting in Dallas, TX, March 8, 2003.

234.   Anterior Segment Inflammation: Putting Out the Fire: Presented at the Southwest Council of Optometry Meeting in Dallas, TX, March 8, 2003.

235.   Anterior Segment Disasters - Cases To Learn From: Presented at Vision Expo East, New York, NY, March 21, 2003.

236.   Refractive Surgery Complications & How To Avoid Them: Presented with John Schachet at Vision Expo East, New York, NY, March 21, 2003.

237.   Current Controversies In Ocular Anti-Infective Therapy: Presented at Vision Expo East, New York, NY, March 21, 2003.

238.   How To" Contact Lens Panel - Solving Common Problems: Presented with
       Michael DePaolis and John Schachet at Vision Expo East, New York, NY, March
       22, 2003.

239.   Interactive Diagnosis & Management Of The Red Eye: Presented at Vision Expo
       East, New York, NY, March 22, 2003.

240.   Ocular Allergy & Inflammation: Presentation and Section Moderator at the Ciba
       Vision – Novartis Educators Meeting, Scottsdale, AZ, March 28, 2003.

241.   Complications of Continuous Wear Contact Lenses:  Presented with Drs. Peter
       Bergenske, Ron Melton, Bruce Onofrey, Joel Silbert Presented at the Ciba
       Vision – Novartis Educators Meeting, Scottsdale, AZ, March 29, 2003.

242.   30 Day Continuous Wear Lenses: Presented at the Kansas State Optometric
       Association Spring 2003 Meeting, Louisville, KY, April 26, 2003.

243.   Ocular Allergy Update: Presented at the Kansas State Optometric Association
       Spring 2003 Meeting, Louisville, KY, April 26, 2003.

244.   Dry Eyes and Ocular Surface Disease: Presented at the Kansas State
       Optometric Association Spring 2003 Meeting, Louisville, KY, April 27, 2003.

245.   Keratitis: Current Management Strategies: Presented at the Kansas State
       Optometric Association Spring 2003 Meeting, Louisville, KY, April 27, 2003.

246.   Refractive Surgery Gone Bad: Optometry to the Rescue: Presented at the
       Kansas State Optometric Association Spring 2003 Meeting, Louisville, KY, April
       27, 2003.

247.   Current Concepts in Contact Lens Complications: Prevention and
       Management: Presented at the Midwest Vision Congress & Expo, , Chicago Il,
       May 17, 2003

248.   Antibiotic Therapy in Primary Eye Care: Presented at the Midwest Vision
       Congress & Expo, Chicago, IL, May 17, 2003.

249.   Ocular Inflammation: Putting Out the Fire: Presented at the Midwest Vision
       Congress & Expo, Chicago, IL, May 17, 2003.

250.   Dry Eyes & Contact Lenses: Presented at the Midwest Vision Congress & Expo,
       Chicago, IL, May 18, 2003.

251.   Keratitis: Current Management Strategies: Presented at the Midwest Vision
       Congress & Expo, Chicago, IL, May 18, 2003.

252.   Current Concepts in Contact Lens Complications: Prevention and
       Management: Presented at the Essex County Optometric Society Meeting, West
       Orange, NJ, May 20, 2003.

253.   Forth Generation Fluoroquinolones in Ophthalmic Practice: Presented to
       Medco Health Solutions – Formulary Committee, Franklin Lakes, NJ, May 27,
       2003.

254.   Contact Lens Comfort: Solutions and Beyond: Presented at the British Contact
       Lens Association Annual Meeting, Brighton, England, June 8, 2003.

255.   Solution Related Cytotoxicity: Presented at the British Contact Lens Association
       Annual Meeting, Brighton, England, June 8, 2003.

256.   Allergy – Review of Phase IV Studies: Presented at the Alcon Allergy Education
       Meeting, San Diego, CA, June 17, 2003.

257.   Meet the Editors: Presented with Drs. Peter Bergenske, Joseph Barr, Michael
       DePaolis, Paul Freeman, and Walt West at the 106th Annual AOA Congress,
       San Diego, CA , June 18, 2003.

258.   Innovations in Technology: Presented with: Drs. Paul Karpecki, Kenneth
       Lebow, Daryl Mann, Kirk Smick, June 19, 2003, at the 106th Annual AOA
       Congress, San Diego, CA. June 18, 2003.

259.   Anterior Segment Disasters: Cases to Learn From: Presented at the
       106th Annual AOA Congress, San Diego, CA, June 18, 2003.

260.   The Ultimate "How To" Contact Lens Patient and Practice Management
       Symposium: Presented with Drs. Doug Becherer, Carmen Castellano, Doug.
       Kay, David Seibel, Jack Schaeffer, Louise Sclafani at the 106th Annual AOA
       Congress, San Diego, CA, June 19, 2003.

261.   The Ultimate Continuous Wear Symposium: 2003 Update: Presented with
       Carmen Castellano, Michael DePaolis, Rex Ghormley, Jack Schaeffer at the
       106th Annual AOA Congress, San Diego, CA, June 19, 2003.

262.   Allergies and the Contact Lens Patient: Presented at the AOA-CLCS
       Educational Forum, Chicago, IL, September 3, 2003.

-46-

263.    Disruptive Technologies and the Future of the GP Industry: Presented at the
        CLMA meeting, Bal Harbor, FL, September 6, 2003.

264.    Clinical Ocular Ecology. Presented at the Empire Vision Annual Continuing
        Education Meeting, Syracuse, NY, September 8, 2003.

265.    What's New In Antibiotics?: Presented at the Empire Vision Annual Continu r
        Education Meeting, Syracuse, NY, September 8, 2003.

266.    Forth Generation Fluoroquinolones in Ophthalmic Practice: Presented to the
        Tulsa District, Oklahoma Association of Optometric Physicians, Tulsa, OK,
        September 11, 2003.

267.    What's New In Antibiotics?: Presented at Alcon Continuing Professional
        Education Program, Fort Worth, TX, September 12, 2003.

268.    Clinical Ocular Ecology. Presented at the Empire Vision Annual Continuing
        Education Meeting, Albany, NY, September 15, 2003.

269.    What's New In Antibiotics?: Presented at the Empire Vision Annual Continu n
        Education Meeting, Albany, NY, Sept 15, 2003.

270.    Contact Lens & Anterior Segment Grand Rounds: Presented at Vision Expo
        West, Las Vegas, NV, September 18, 2003.

271.    Refractive Surgery Complications & How To Avoid Them: Presented at Vision
        Expo West, Las Vegas, NV, September 18, 2003.

272.    Management Of The Dry Eye Contact Lens Wearer: Presented at Vision Expo
        West, Las Vegas, NV, September 18, 2003.

273.    Contact Lenses - What's Hot & What's Not: Presented at Vision Expo West, Las
        Vegas, NV, September 18, 2003.

274.    "How To" Contact Lens Panel-Solving Common Problems: Presented with D.
        Michael DePaolis, Jerry Ledgerton, and John Schachet at Vision Expo West,
        Las Vegas, NV, September 19, 2003.

275.    Current & Future Directions in Dry Eye, Ocular Surface Disease and Contact
        Lenses: Presented at the International Society of Contact Lens Specialists
        Educational Seminar, Delmar, CA, September 22, 2003.

-47-

276.  Complications of Silicone Hydrogel Continuous Wear - Diagnosis & Management: Presented at the Illinois Optometric Association Convention 2003: The Magic of Optometry, Itasca, IL, October 10, 2003.

277.  Anterior Segment Infection Management: Critical Issues: Presented at the Illinois Optometric Association Convention 2003: The Magic of Optometry, Itasca, IL, October 10, 2003.

278.  Management of the Contact Lens Patient With Dry Eye & Allergies: Presented at the Illinois Optometric Association Convention 2003: The Magic of Optometry, Itasca, IL, October 11, 2003.

279.  Current Concepts in Ocular Surface Disease: Presented at the Optometric at Sea Continuing Education Course on the Golden Princess Canada/New England 2003 – October 12 - 19, 2003.

280.  Refractive Surgery Gone Bad: Optometry to the Rescue: Presented at the Optometric at Sea Continuing Education Course on the Golden Princess – October 12 - 19, 2003.

281.  Diagnosis and Management of the Red Eye: Presented at the Optometric at Sea Continuing Education Course on the Golden Princess Canada/New England 2003 – October 12 - 19, 2003.

282.  Ocular Allergy Update: Presented at the Optometric at Sea Continuing Education Course on the Golden Princess Canada/New England 2003 - October 12 - 19, 2003.

283.  Keratitis: Current Management Strategies: Presented at the Optometric at Sea Continuing Education Course on the Golden Princess Canada/New England 2003  - October 12 - 19, 2003.

284.  Current Concepts on Contact Lens Complications: Prevention and Management: Presented at the Optometric at Sea Continuing Education Course on the Golden Princess Canada/New England 2003  - October 12 - 19, 2003.

285.  Anterior Segment Grand Rounds: Presented at the Optometric at Sea Continuing Education Course on the Golden Princess Canada/New England 2003  - October 12 - 19, 2003.

286.    ER: Management of Ocular Trauma: Presented at the Optometric at Sea Continuing Education Course on the Golden Princess Canada/New Englai ( 2003 – October 12 - 19, 2003.

287.    Contact Lens Roundtable: Presented at the East-West Eye Conference, Cleveland, OH, October 23, 2003.

288.    The FDA From the Inside and Out: What Works and What Doesn't: Presente ( with Captain James Saviola, OD, FAAO at the East-West Eye Conference, Cleveland, OH, October 23, 2003.

289.    Ocular Disease Roundtable: Presented at the East-West Eye Conference, Cleveland, OH, October 23, 2003.

290.    Therapeutic Strategies for Refractive Surgery: Presented at the East-West E y Conference, Cleveland, OH, October 23, 2003.

291.    Ocular Allergy Update: Presented at the East-West Eye Conference, Clevelar , OH, October 23, 2003.

292.    Antibiotic Therapy in Primary Eye Care: Presented at the East-West Eye Conference, Cleveland, OH, October 24, 2003.

293.    Clinical Ocular Ecology: Presented at the East-West Eye Conference, Cleveland, OH, October 24, 2003.

294.    Practice Management Pearls: Presented at Northeastern State University College of Optometry, Tahlequah, OK, November 30-31, 2003.

295.    Contact Lens Complications Review and Ocular Care Systems Update: Presented at Northeastern State University College of Optometry, Tahlequali, OK, November 31, 2003.

296.    Contact Lens Complications: Management & Prevention: Presented at the Arizona Optometric Association Fall Congress, Sedona, Arizona, November 7 2003.

297.    Diagnosis and Management of the Red Eye: Presented at the Arizona Optometric Association Fall Congress, Sedona, Arizona, November 7, 2003

298.    Anterior Segment Disasters: Cases to Learn From: Presented at the Arizona Optometric Association Fall Congress, Sedona, Arizona, November 8, 2003

299.   ER: Optometric Management of Ocular Trauma: Presented at the Arizona Optometric Association Fall Congress, Sedona, Arizona, November 8, 2003.

300.   Antibiotic Therapy in Primary Eye Care: Presented at the Arizona Optometric Association Fall Congress, Sedona, Arizona, November 8, 2003.

301.   Dry Eye and Ocular Surface Disease: A dinner CE meeting presented for Allergan Labs, Orlando, Florida, November 12, 2003.

302.   Make the Choice: Next Generation Fluoroquinolones: Moving to the Future vs the Safety of the Past: Presented with William Townsend, OD, FAAO at the University of Houston College of Optometry 20th Annual Cornea, Contact Lens & Contemporary Vision Care Symposium, Houston, Texas, November 22, 2003

303.   Ocular Allergy Update: Presented with John Yanni, PhD. at the American Academy of Optometry Annual Alcon Pre-Meeting Education Program,. Fort Worth, TX, December 3, 2003.

304.   Contact Lenses Inside and Out: Research and Development Through Clinical Application: Presented with Milton Hom, OD, FAAO at the American Academy of Optometry Annual Meeting Ellerbrock Courses. Dallas, TX, December 4, 2003

305.   Infectious Disease in Optometry:  Presented at the American Academy of Optometry Annual Meeting Ellerbrock Courses. Dallas, TX, December 7, 2003

306.   Optometry 2004: The American Perspective. Presented at the Alcon Informed OD Educators Meeting – International Section. Fort Worth, TX, January 10, 2004.

307.   What's Up in Eye Care? Presented at the Alcon Laboratories CPE Student Education Program, Fort Worth, TX, January 30, 2004.

308.   What's Hot in Contact Lenses? Presented with Ken Lebow, OD at the 30th Anniversary Invitational Bronstein Contact Lens Seminar, Scottsdale, AZ, January 31, 2004.

309.   Contact Lens Complications – How to Prevent Them. at the 30th Anniversary Invitational Bronstein Contact Lens Seminar, Scottsdale, AZ, February 1, 2004

310.   Clinical Ocular Ecology: Concepts of Dry Eye & Surface Disease. Presented at the Contact Lens & Eyecare Symposium, Orlando, FL, January 23, 2004.

-50-

311.   Optometry 2004: The American Perspective. Presented at the Alcon Japan Vision Care SOVA Meeting. Fort Worth, TX, February 9, 2004.

312.   Current & Future Directions in Dry Eye & Ocular Surface Disease. Presented at the Indiana Central State Society Meeting, Indianapolis IN, February 17, 2004

313.   Sex, Lies and CRT. Presented to Paragon CRT Laboratories/ CLMA at SECO 2004. Atlanta, GA Feb 19, 2004.

314.   Restasis Press Conference – A Clinical Perspective. Presented for Allergan at the World Congress Centre, SECO 2004, Atlanta, GA, Feb 19, 2004.

315.   Keratitis: Current Management Strategies. Presented at the Big Sky Conference 2004. Big Sky, MT, Feb 28, 2004.

316.   Diagnosis and Management of the Red Eye. Presented at the Big Sky Conference 2004. Big Sky, MT, Feb 28, 2004.

317.   Infectious Disease for Optometrists. Presented at the Big Sky Conference 2004. Big Sky, MT, Feb 28, 2004.

318.   ER - Optometric Management of Ocular Trauma. Presented at the Big Sky Conference 2004. Big Sky, MT, Feb 28, 2004.

319.   Clinical Ocular Ecology – Dry Eyes and Ocular Surface Disease. Presented a the Big Sky Conference 2004. Big Sky, MT, Feb 29, 2004.

320.   Ocular Allergy Update. Presented to the Western Pennsylvania Optometric Society, Pittsburgh, PA, March 7, 2004.

321.   Anterior Segment Infection Management: Critical Issues. Presented to the Western Pennsylvania Optometric Society, Pittsburgh, PA, March 7, 2004.

322.   Current & Future Directions in Dry Eye & Ocular Surface Disease. Presented the Mid-Jersey Optometric Society, Somerset NJ, March 9, 2004.

323.   What's Up in Eye Care? Presented at the Alcon Laboratories CPE Student Education Program, Fort Worth, TX, March 12, 2004.

324.   Refractive Surgery Gone Bad - Optometry to the Rescue. Presented at Vision Expo East 2004, New York, NY, March 26, 2004.

325.   <u>Strategies for Clinical Management of Refractive Correction</u>. Presented with Drs. Michael DePaolis and Joseph Shovlin at Vision Expo East 2004, New York, NY, March 27, 2004.

326.   <u>Anterior Segment Infection Management - Critical Issues</u>. Presented at Vision Expo East 2004, New York, NY, March 27, 2004.

327.   <u>Contact Lens Grand Rounds</u>: What's Hot and What's Not. Presented at Vision Expo East 2004, New York, NY, March 27, 2004.

328.   <u>Ocular Allergy Update</u>.  Presented at an Alcon sponsored dinner meeting, Memphis, TN, April 7, 2004.

329.   <u>Clinical Ocular Ecology: Dry Eyes & Ocular Surface Disease</u>. Presented at the Arkansas Optometric Association Spring Convention 2004. Little Rock, AR, April 16, 2004.

330.   <u>Keratitis: Current Management Strategies</u>. Presented at the Arkansas Optometric Association Spring Convention 2004. Little Rock, AR, April 16, 2004.

331.   <u>Ocular Allergy Update</u>. Presented at the Arkansas Optometric Association Spring Convention 2004. Little Rock, AR, April 16, 2004.

332.   <u>Dry Eye Update</u>. Presented at the Kaiser ECP meeting, Berkeley, CA. April 17 2004.

333.   <u>Current Controversies in Allergic Eye Disease Management: Topical Antihistamine-mast Cell Stabilizer Combinations.</u> Presented with Michael A Ganz, MD and Mark Bloomenstein, OD at the Ocular Surface Disease Symposium, Nova Southeastern University, Ft. Lauderdale, FL, April 18 2004.

334.   <u>Clinical Ocular Ecology</u>. Presented at the 2004 Kansas Optometric Association Convention. Topeka, KS, April 22, 2004.

335.   <u>Antibiotic Therapy in Primary Eye Care</u>. Presented at the 2004 Kansas Optometric Association Convention. Topeka, KS, April 22, 2004.

336.   <u>Clinical Management of Dry Eye:</u> Presented at the Optometry Dry Eye Summit Miami, FL. April 23, 2004.

337.   <u>Management Of The Dry Eye Contact Lens Wearer,</u> Presented at the Midwest Vision Conference, Chicago, IL, May 14, 2004.

338.    Antibiotic Therapy In Primary Eye Care. Presented at the Midwest Vision
        Conference, Chicago, IL, May 14, 2004.

339.    Therapeutic Strategies For The Refractive Surgery Patient. Presented at the
        Midwest Vision Conference, Chicago, IL, May 14, 2004.

340.    Current Concepts In Contact Lens Complications, Prevention And
        Management. Presented at the Midwest Vision Conference, Chicago, IL, May
        15, 2004.

341.    Ocular Allergy Update.  Presented at an Alcon sponsored dinner meeting, New
        Orleans, LA, May 20, 2004.

342.    Disruptive Technology in Eyecare – Keynote Address. Presented at the
        Inaugural ASCRT Meeting, Phoenix, AZ, June 4, 2004.

343.    What's Up in Eye Care? Presented at the Alcon Laboratories CPE Resident
        Education Program, Fort Worth, TX, June 18, 2004.

344.    Clinical Ocular Ecology: Dry Eyes and Ocular Surface Disease: Presented at
        Snowmass - MSCO/COA Conference & Exposition, July 9, 2004.

345.    Antibiotic Therapy in Primary Eye Care: Presented at Snowmass - MSCO/COA
        Conference & Exposition, July 10, 2004.

346.    Antibiotic Therapy in Primary Eye Care: Presented at the Indiana Optometric
        Association Formulary Seminar, Indianapolis, Indiana, July 15, 2004.

347.    Ocular Allergy Update: Presented at the Indiana Optometric Association
        Formulary Seminar, Indianapolis, Indiana, July 15, 2004.

348.    Meet the Editors. Presented at the 107th Annual AOA Congress. Orlando, FL
        July 23, 2004.

349.    The Ultimate "How To" Contact Lens Patient and Practice Management
        Symposium: Presented with Drs. Carmen Castellano, Doug. Kay, Paul Klein,
        David Seibel, Jack Schaeffer, Louise Sclafani at the 107th Annual AOA
        Congress, San Diego, CA, June 24, 2004

350.    Current Controversies in Ocular Anti-Infective Therapy: Presented with Drs. Alan
        Kabat and Robert Pinkert at the 107th Annual AOA Congress. Orlando, FL,
        June 25, 2004.

-53-

351.  Anterior Segment Infection Management – Critical Issues. Presented at the SeaVision 2004 Conference, At Sea, June 6-12, 2004.

352.  Clinical Ocular Ecology – Dry eyes & Ocular Surface Disease. Presented at the SeaVision 2004 Conference at Sea, June 6-12, 2004.

353.  Anterior Segment Infection Management – Critical Issues. Presented at the SeaVision 2004 Conference at Sea, June 6-12, 2004.

354.  Ocular Allergy Update. Presented with Dr. John Schachet at the SeaVision 2004 Conference at Sea, June 6-12, 2004.

355.  Clinical Ocular Ecology – Dry Eyes & Ocular Surface Disease. Presented at the Mountain States Congress of Optometry/Colorado Optometric Association – Snowmass in 2004 Conference.  Snowmass, CO, July 9, 2004.

356.  Antibiotic Therapy in Primary Eye Care. Presented at the Mountain States Congress of Optometry/Colorado Optometric Association – Snowmass in 2004 Conference.  Snowmass, CO, July 10, 2004.

357.  Antibiotic Therapy in Primary Eyecare. Presented at the Indiana Optometric Association Ocular Pharmacology Seminar, Indianapolis, IN, July 15, 2004

358.  Ocular Allergy Update. Presented at the Indiana Optometric Association Ocular Pharmacology Seminar, Indianapolis, IN, July 15, 2004

359.  Clinical Ocular Ecology: Dry Eye & Ocular Surface Disease; Presented at the Optometric at Sea Continuing Education Course on the Royal Princess Canada/New England 2003 – August 1 - 11. 2004.

360.  Therapeutic Strategies for the Refractive Surgery Patient: Presented at the Optometric at Sea Continuing Education Course on the Royal Princess European Explorer 2004 – August 1 - 11. 2004.

361.  Antibiotic Therapy in Primary Eye Care: Presented at the Optometric at Sea Continuing Education Course on the Royal Princess European Explorer 2004 – August 1 - 11. 2004.

362.  Ocular Allergy Update: Presented at the Optometric at Sea Continuing Education Course on the Royal Princess European Explorer 2004   - August 1 - 11. 2004.

-54-

363.   Keratitis: Current Management Strategies: Presented at the Optometric at Sea Continuing Education Course on the Royal Princess European Explorer 2004 - August 1 - 11. 2004.

364.   Current Concepts in Contact Lens Complications: Prevention and Management: Presented at the Optometric at Sea Continuing Education Course on the Royal Princess European Explorer 2004 - August 1 - 11. 2004

365.   Contact Lens Grand Rounds – What's Hot and What's Not: Presented at the Optometric at Sea Continuing Education Course on the Royal Princess European Explorer 2004 - August 1 - 11. 2004.

366.   ER: Optometric Management of Ocular Trauma: Presented at the Optometric at Sea Continuing Education Course on the Royal Princess European Explorer 2004 - August 1 - 11. 2004

367.   The Latest Innovations in Primary Care Optometry: Presented with Drs. Paul C. Ajamian, Bobby J. Christensen and Paul M. Karpecki at Vision Expo West, Las Vegas, NV, September 8, 2004.

368.   Complications of Silicone Hydrogel Continuous Wear - Diagnosis & Management: Presented at Vision Expo West, Las Vegas, NV, September 9 2004.

369.   Anterior Segment Clinical Grand Rounds: Presented at Vision Expo West, Las Vegas, NV, September 9, 2004.

370.   "How To" Contact Lens Panel - Solving Common Problems: Presented with Drs. Michael D. DePaolis and John L. Schachet. at Vision Expo West, Las Vegas, NV, September 10, 2004.

371.   Presented at Vision Expo West, Las Vegas, NV, September 9, 2004.

372.   New Antibiotic Therapies in Primary Eye Care: an Optometric Physician Course: Presented online (http://optometricphysician.digiscript.com/presentation/index.cfm?media_id= 668) for NSU College of Optometry, Sep 16, 2004.

373.   What This Means to Optometry: Presented at the Alcon Contact Lens Care Development & Technology meeting, Boston, MA, September 18, 2004.

374.   Antibiotic Therapy in Primary Eyecare. Presented at the 2004 New Mexico Optometric Association Mid-Year Convention, Ruidoso, NM, October 2, 2004

375.   Corneal Refractive Therapy: Presented at the 2004 New Mexico Optometric
       Association Mid-Year Convention, Ruidoso, NM, October 2, 2004

376.   Wavefront Technology and Perfect Vision: Presented at the 2004 New Mexico
       Optometric Association Mid-Year Convention, Ruidoso, NM, October 2, 2004

377.   What's Up in Eye Care? Presented at the Alcon Laboratories CPE Resident
       Education Program, Fort Worth, TX, October 8, 2004.

378.   Current Controversies in Anti-infective Therapy: Presented at the Oklahoma
       Society of Optometric Physicians, Pioneers in Optometry, Tulsa, OK, October ,
       2004.

379.   Interactive Jeopardy: Presented with Scott Morris, OD at the Oklahoma Society
       of Optometric Physicians, Pioneers in Optometry, Tulsa, OK, October 9, 2004

380.   Clinical Ocular Ecology-Dry Eyes and Ocular Surface Disease: Presented at the
       Oklahoma Society of Optometric Physicians, Pioneers in Optometry, Tulsa, OK,
       October 9, 2004.

381.   Disruptive Technologies and the Future of Eye Care: Keynote address
       Presented at the 43rd annual Contact Lens Manufacturers Association meeting,
       Palm Springs, CA October 23, 2004.

382.   Solutions for the Dry Eye: Presented at the 43rd annual Contact Lens
       Manufacturers Association meeting, Palm Springs, CA October 23, 2004.

383.   Clinical Grand Rounds: Presented with Christopher J. Quinn, OD at OptoEast
       Atlantic City, NJ , October 31, 2004.

384.   Ocular Allergy Update: Presented at the Academy of Ophthalmic Education,
       Primary Eye Care Program for Optometrists, Ophthalmologists and Family
       Physicians, Toronto, Ontario, Canada, November, 14, 2004.

385.   Antibiotic Therapy in Primary Eye Care: Presented at the Academy of
       Ophthalmic Education, Primary Eye Care Program for Optometrists,
       Ophthalmologists and Family Physicians, Toronto, Ontario, Canada,
       November, 14, 2004.

386.   Ocular Allergy: Find it, Treat it, Code It: Presented with Dr. John Rumpakis at the
       4th Annual Primary Care Optometry News meeting, New York, November 20,
       2004.

387.  Clinical Comparisons: OD Messaging in Ocular Allergy: Presented at the Alcon Laboratories Allergy/Anti-Infective Key Opinion Leaders Meeting, Tampa Florida, December 8, 2004.

388.  Current Controversies in Dry Eye Management: Presented with Alan Kabat, OD at the American Academy of Optometry, Tampa, FL December 10, 2004.

389.  Eyecare Focus 2005, Presented at the Illinois Optometric Association Continuing Education Meeting, Lisle, IL January 9, 2005.

390.  CLES Plenary Session - The 2005 Contact Lens Patient and Practice Symposium, Part 1 – Clinical Management New Drugs: Presented with Dian Broe, Michael Ward, Craig Norman, H. Dwight Cavanagh, MD, Kirk Smick, CD Lee Stock, MD, David Lamberts, MD, Jack Schaffer, OD and Paul Klein, OD, a CLES 2005, Dan Diego, CA January 20, 2005.

391.  Ocular Allergy and Contact Lenses: Presented with Kirk Smick, OD at CLES 2005, Dan Diego, CA January 20, 2005.

392.  The Dry Eye and Contact Lenses: Presented with Kirk Smick, OD at CLES 2005, Dan Diego, CA January 20, 2005.

393.  CLES Plenary Session – Contact Lenses in Ocular Surface Disease - Bancage Contact Lenses: New Perspectives in Managing the Compromised Cornea Presented with Phyllis Rakow, Christine Sindt, OD, Scheffer Tseng, MD and David Lamberts, MD at CLES 2005, Dan Diego, CA January 22, 2005.

394.  What's Up in Eye Care? Presented at the Alcon Laboratories CPE Student Education Program, Fort Worth, TX, January 28, 2005.

395.  Advances in Contact Lenses and Related Anterior Segment Disease: Where are We Now and Where Are We Going?: Presented at the 31st Annual Invitational Bronstein Contact Lens Seminar. Phoenix, AZ January 30, 2005.

396.  Optometry 2005: The American Perspective. Presented at the Alcon Japan Vision Care SOVA Meeting. Fort Worth, TX, February 8, 2005.

397.  Ocular Allergy Update: Presented on behalf of Alcon Laboratories, Baton Rouge, Louisiana, February 23, 2005.

398.  Current Controversies in Dry Eye Management. Presented with Drs. Alan Kabat and John Schachet at SECO, Atlanta GA, February 25, 2005.

-57-

399.  Study of Lubricating Eye Drops Offers Interesting Conclusions. Presented at SECO, Atlanta GA, February 25, 2005.

400.  The Science of Ocular Allergy. Presented at SECO, Atlanta GA, February 25, 2005.

401.  Ocular Pain Management. Presented on behalf of Alcon Laboratories in Brighton MI, March 2, 2005.

402.  Antibiotics in Primary Eye Care. Presented on behalf of Alcon Laboratories in Brighton MI, March 2, 2005.

403.  What's Up in Eye Care? Presented at Alcon Laboratories CPE Resident Education Program, Fort Worth, TX, March, 4, 2005

404.  Clinical Ocular Ecology: Dry Eyes and Ocular Surface Disease. Presented at the 4-State Area Symposium, NSU College of Optometry, Tahlequah, OK, March 5, 2005.

405.  Speaker Tips and Slide Kit Review. Presented as Faculty, Alcon Labs External Disease Optometric Speaker Summit, New York, NY, March 10, 2005

406.  Clinical Ocular Ecology: Dry Eyes and Ocular Surface Disease. Presented at Vision Expo East, New York, NY, March 12, 2005.

407.  Anterior Segment Infection Management: Critical Issues. Presented at Vision Expo East, New York, NY, March 12, 2005.

408.  Ocular Allergy Update. Presented on behalf of Alcon Laboratories, Ogden, UT March 16, 2005.

409.  Current Concepts in Ocular Surface Disease. Presented on behalf of Alcon Laboratories, Ogden, UT, March 16, 2005.

410.  Ocular Allergy Update. Presented at the Optometric Physicians of Washington Conference, Ogden, UT, March 18, 2005.

411.  Current Concepts in Ocular Surface Disease. Presented at the Optometric Physicians of Washington Conference, Ogden, UT, March 18, 2005.

412.  Ocular Allergy Update. Presented on behalf of Alcon Laboratories, Ogden, UT, March 22, 2005.

413.   Ocular Allergy Advisory Summit (Medication Overview). Presented with Dr. John Yanni at the Alcon Laboratories, Optometry Advisory Summit, Miami, FL. April 2, 2005.

414.   Ocular Allergy Advisory Summit (Ocular Allergy Clinical Comparisons). Presented with Dr. John Yanni at the Alcon Laboratories, Optometry Advisory Summit, Miami, FL. April 2, 2005.

415.   Ocular Allergy Update. Presented at the Minnesota Optometric Association Meeting, Minneapolis, MN, April, 7, 2005.

416.   Current Concepts in Ocular Surface Disease. Presented at the Minnesota Optometric Association Meeting, Minneapolis, MN, April, 7, 2005.

417.   Ocular Allergy Advisory Board (Medication Overview). Presented with Dr. John Yanni at the Alcon Laboratories, Optometry Advisory Summit, Columbus, OH. April 16, 2005.

418.   Ocular Allergy Advisory Broad (Ocular Allergy Clinical Comparisons). Presented with Dr. John Yanni at the Alcon Laboratories, Optometry Advisory Summit, Columbus, OH. April 16, 2005.

419.   Clinical Ocular Ecology. Presented at the Tropical See E meeting, Monrovia, Costa Rica, April 21, 2005.

420.   Antibiotic Therapy in Primary Eye Care. Presented at the Tropical See E meeting, Monrovia, Costa Rica, April 21, 2005.

421.   Refractive Surgery Complications and How to Avoid Them. Presented at the Tropical See E meeting, Monrovia, Costa Rica, April 22, 2005.

422.   Current Concepts in Contact Lens Complications: Management and Prevention. Presented at the Tropical See E meeting, Monrovia, Costa Rica, April 22, 2005.

423.   New Horizons in Ocular Allergy Management. Presented at the Tropical See E meeting, Monrovia, Costa Rica, April 23, 2005.

424.   Itching to Help: Ocular Allergy Management in the 21st Century. Presented with Dr. William Townsend at the 2005 New Mexico 100th Annual Convention, May 14, 2005.

425. <u>New Antibiotic Therapies in Primary Eye Care.</u> Presented with Dr. William Townsend at the 2005 New Mexico 100th Annual Convention, May 14, 2005.

426. <u>Contact Lens Case Reports Panel.</u> Presented with Drs. Joseph Shovlin, Lee Rigel, and John Shachet at Foresight East 2005, Hamilton, Bermuda, June 4 2005.

427. <u>Ocular Manifestations of Systemic Disease.</u> Presented with Dr. Joseph Shovlin, Paul Ajamian, Paul Karpecki and Jeffrey Gerson at Foresight East 2005, Hamilton, Bermuda, June 4, 2005.

428. <u>What's Up in Eye Care?</u> Presented at the Alcon Laboratories CPE Resident Education Program, Fort Worth, TX, June 17, 2005.

429. <u>Contact Lens Related Ocular Surface Disease:  Cause and Cure.</u> at the AO.\ Congress, Dallas Texas, June 23, 2005

430. <u>The Ultimate "How To" Contact Lens Patient and Practice Management Symposium.</u> Presented at the AOA Congress, Dallas Texas, June 24, 2005.

431. Allergy Clinical Science Update. Presented on behalf of Alcon Laboratories, Dallas Texas, June 24, 2005.

432. <u>Clinical Ocular Ecology:</u> Presented at the 109th Annual Michigan Optometric Association Convention & Summer Education Program, Mackinac Island, MI July 29, 2005.

433. <u>Ocular Allergy Update.</u> Presented at the 109th Annual Michigan Optometric Association Convention & Summer Education Program, Mackinac Island, MI July 29, 2005.