**EXHIBIT 7**

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH THIBEAU,<br>And GEORGE THIBEAU,<br>    Plaintiffs<br><br>VS.<br><br>UNITED STATES OF AMERICA<br>and EAST BOSTON NEIGHBORHOOD<br>HEALTH CENTER CORPORATION,<br>    Defendants | )<br>)<br>)<br>)<br>)   **CIVIL ACTION**<br>)   **NO. 04-10643 LTS**<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF TORY A. WEIGAND, ESQUIRE

I, Tory A. Weigand, do depose and swear as follows:

1. I am counsel for the defendant, East Boston Neighborhood Health Center Corporation ("EBNHC") and a partner at Morrison Mahoney LLP.

2. The above-entitled action is a consolidated action in which the plaintiffs have asserted various professional negligence claims against the EBNHC with regard to the provision of eye care to the plaintiff, Mrs. Judith Thibeau, on or about September 26, 2002. The plaintiff has also alleged that the handrail on the stairway was allegedly defective contributing to Mrs. Thibeau's fall.

3. The parties engaged in certain discovery primarily directed at the professional negligence claim and just recently exchanged expert reports. The plaintiffs just recently provided an expert report which for the first time set forth the basis for the alleged defect in the premises claim apart from the professional negligence claims.

973814v1

4. As set forth in the deposition excerpts and the affidavit of James Taylor, M.D., the EBNHC is a non-profit charitable organization which provides healthcare services to the public primarily in the Chelsea, Revere, East Boston and Winthrop area since 1970.

5. Following the review of plaintiffs' expert report and the review of the defendant's own retained experts, which reports which were just recently provided to the plaintiffs, undersigned counsel contacted plaintiff's counsel by telephone on Friday, November 11, 2005, to advise him of the applicability of G.L. c. 231 §85K to the allegedly faulty handrail design claim, but which cap does not otherwise apply to the professional negligence claims. Undersigned counsel for EBNHC informed plaintiffs' counsel that the EBNHC would be filing a motion to amend its answer to add the statutory cap as an affirmative defense.

6. In my discussions with plaintiffs' counsel, I offered and agreed to provide plaintiffs with EBNHC's articles of incorporation and mission statement which I have since provided. I also offered to provide any other relevant documents in EBNHC's possession related to its charitable status that plaintiffs might wish to review. I likewise offered to allow plaintiffs to submit additional document requests and interrogatories as to the charitable status of EBNHC, with EBNHC providing responses within seven (7) days of the receipt of the request. I also offered to allow plaintiffs to take any additional depositions of EBNHC personnel desired by plaintiffs as to the charitable status at issue and believe that any such discovery can be completed in a matter of days.

7. Plaintiff's counsel informed the undersigned that he would review the motion upon receipt but that he would be opposing the requested amendment.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14TH DAY OF NOVEMBER, 2005.

/s/ Tory A. Weigand
_____
Tory A. Weigand, BBO #548553
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
Direct Tel:  617-737-8827
Direct Fax:  617-342-4947

I hereby certify that on November 14, 2005, a true copy of the above document was served upon each counsel of record electronically through filing with the ECF system.

/s/ Tory A. Weigand
_____
Tory A. Weigand

# EXHIBIT 8

## PAGE 1 SHEET 1

```
                                    Volume I
                                   Pages 1-90

           UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF MASSACHUSETTS

                    C.A. 04-10643 MLW
_____

JUDITH THIBEAU
and GEORGE THIBEAU,
            Plaintiff
vs

UNITED STATES OF AMERICA
and EAST BOSTON NEIGHBORHOOD
HEALTH CENTER CORPORATION,
            Defendant
_____


        DEPOSITION of JAMES O. TAYLOR, M.D.,
    taken on behalf of the Plaintiff, pursuant
    to the Federal Rules of Civil Procedure,
    before Norma J. Black, CSR #106593, and
    Notary Public in and for the Commonwealth
    of Massachusetts, at the Law Offices of
    Frederick & Associates, 1330 Beacon Street,
    Brookline, Massachusetts 02446-3202,
    commencing at 10:30 a.m., on Monday, March
    21, 2005.

ALL-WRITE TRANSCRIPTION & REPORTING SERVICES
           955 WASHINGTON STREET
                 NORWOOD
           MASSACHUSETTS 02062
              (781)769-3172
```

## PAGE 2

```
                    APPEARANCES



        JAMES L. FREDERICK, ESQUIRE
        Frederick & Associates
        1330 Beacon Street
        Brookline, Massachusetts 02446-3202
        Appearing for the Plaintiffs



        CHRISTOPHER ALBERTO, ESQUIRE
        Assistant U.S. Attorney
        United States Attorney for the
        District of Massachusetts
        U.S. Courthouse, Suite 9200
        1 Courthouse Way
        Boston, Massachusetts 02210
        representing the Deponent,
        James O. Taylor, M.D.



        CHARLES M. URSO, ESQUIRE
        Morrison Mahoney LLP
        250 Summer Street
        Boston, Massachusetts 02210
        Appearing for the Defendant,
        East Boston Neighborhood Health
        Center Corporation
```

## PAGE 3

```
                    I N D E X

WITNESS -- JAMES O. TAYLOR, M.D.              PAGE

Direct Examination by Mr. Frederick             4
Cross Examination by Mr. Alberto               85






                    E X H I B I T S

NUMBER      DESCRIPTION                       PAGE

  1         Interrogatories                    35
  2         Notes                              56
  3         Progress Note                      56
  4         Accident Report                    59
  5         Notice of Deposition               64
```

## PAGE 4

```
                S T I P U L A T I O N S
                - - - - - - - - - - - -

        Counsel have stipulated that the
reading, signing and filing of the
deposition may be waived.
        Counsel have further stipulated that
all objections, except those as to form,
and all motions to strike may be reserved
until the time of trial.


        JAMES O. TAYLOR, M.D.,
being first duly sworn, was examined and
testified as follows:


            DIRECT EXAMINATION
Q    (BY MR. JAMES L. FREDERICK)  Dr. Taylor, my
     name is Jim Frederick and I represent
     Judith Thibeau and George Thibeau in this
     case.  I will be asking you some questions
     today.  If you do not understand any of my
     questions, please let me know and I will
     try to rephrase the question.
            Please give oral answers to
```

PAGE 5  SHEET 2

Page 5

```
 1        every question and not a nod of the head or
 2        a gesture.
 3   A    All right.
 4   Q    Also, please let me finish my question
 5        before you start to give your answer so we
 6        do not confuse the court reporter.
 7              If you need to take a break at
 8        any time, let me know and we can go off the
 9        record, as long as you have finished
10        answering the pending question.
11   A    All right.
12   Q    Please state your full name.
13   A    James O. Taylor, T-a-y-l-o-r.
14   Q    What does the O stand for?
15   A    Oliver.
16   Q    What is your date of birth?
17   A    October 11, 1937.
18   Q    And what is your Social Security number?
19   A    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.
20   Q    Are you employed?
21   A    Yes, I am.
22   Q    Where are you employed?
23   A    East Boston Neighborhood Health Center.
24   Q    How long have you worked there?
```

PAGE 6

Page 6

```
 1   A    For thirty-five years.
 2   Q    What is your position at East Boston
 3        Neighborhood Health Center?
 4   A    Chief Medical Officer.
 5   Q    How long have you been the Chief Medical
 6        Officer there?
 7   A    I guess my title was Medical Director
 8        starting in about 1971, and maybe ten years
 9        ago it was changed.
10   Q    Briefly, please tell me your educational
11        background?
12   A    I did my undergraduate training at
13        Occidental College in Los Angeles. I went
14        to UCLA Medical School and graduated in
15        1963. I then came to the Boston City
16        Hospital where I was an intern and first
17        year resident in 1963 through 1965.
18              I joined the United States
19        Public Health Service and was stationed in
20        Duki, East Pakistan, which is now
21        Bangladesh, for three years and returned to
22        Boston City Hospital and did a senior
23        residency and fellowship in infectious
24        diseases in 1968 and 1969.
```

PAGE 7

Page 7

```
 1              In 1970, while still a research
 2        fellow, I went to East Boston to begin
 3        hypertension research and was recruited to
 4        help start a health center.
 5   Q    So did you, in fact, help start the East
 6        Boston Neighborhood Health Center?
 7   A    Yes.
 8   Q    You were there at the beginning then?
 9   A    Yes.
10   Q    Do you have a specialty, Doctor?
11   A    Internal medicine.
12   Q    Are you board certified?
13   A    I'm board eligible, not board certified.
14   Q    With regards to being the Chief Medical
15        Officer, can you tell me what the duties of
16        that job are?
17   A    I am really responsible for the medical
18        care provided. I recruit and supervise the
19        medical staff. We now have over a 140
20        different physicians employed by the health
21        center. The total health center staff is
22        about 750 people.
23   Q    The total staff?
24   A    Yes. We see about 230,000 patient visits a
```

PAGE 8

Page 8

```
 1        year. So I supervise the departmental
 2        medical directors; recruit physicians,
 3        responsible for quality assurance,
 4        performance improvement, and meet all of
 5        the legal and regulatory requirements of
 6        providing healthcare as a neighborhood
 7        health center and group medical practice.
 8   Q    Where is the East Boston Neighborhood
 9        Health Center located?
10   A    10 Gove Street, it's above the exit to the
11        Callahan Tunnel on the East Boston side.
12   Q    Is that the main office at 10 Gove Street?
13   A    Yes.
14   Q    Are there other offices, say, within East
15        Boston?
16   A    There are actually four buildings on the
17        four corners of Gove and Paris Street. We
18        also have three assisted living
19        facilities and two adult day healthcare
20        centers which are part of a community based
21        long-term care program for frail elderly.
22   Q    Is that it?
23   A    Yes.
24   Q    So an assisted living facility of three
```

PAGE 9   SHEET 3

9

```
 1        buildings and two buildings for the
 2        adult day healthcare?
 3   A    One building actually has both adult day
 4        healthcare and assisted living in the same
 5        building. One -- actually two buildings
 6        have a combination of housing and
 7        healthcare. One is just housing.
 8   Q    Where are those assisted living facilities
 9        and the adult day healthcare located?
10   A    One is immediately next door to the main
11        building on Gove Street; that's the Lyman
12        School. Another one is in Maverick Square;
13        that's the Lewis Mall. That also has about
14        forty units of assisted living.
15                 There is another assisted
16        living unit without an adult day health
17        center at the Shevritz School, and then
18        there is an adult day health center with
19        single-room occupancy units for cognitively
20        impaired elders in Winthrop called Winthrop
21        Place.
22   Q    Who pays you your salary?
23   A    The East Boston Neighborhood Health Center
24        is a 501C3 independent corporation. We
```

PAGE 10

10

```
 1        have a Board of Directors made up of
 2        community residents and users of the health
 3        center, predominantly.
 4   Q    So your paychecks come from East Boston
 5        Neighborhood Health Center?
 6   A    Yes.
 7   Q    Is it the East Boston Neighborhood Health
 8        Center Corporation?
 9   A    I think it's Inc.
10   Q    How long have you been paid like that?
11   A    Perhaps since 1978. It used to be through
12        an organization called Trustees of Health &
13        Hospitals, Incorporated, and I actually got
14        my paycheck through the Trustees of Health
15        & Hospitals, Incorporated.
16                 Then in 1978 the state
17        basically decided that a more appropriate
18        arrangement would be that the health center
19        should either become part of what was then
20        Boston City Hospital or an independent
21        free-standing health center.
22                 The health center chose to
23        become, from a licensure point of view,
24        part of Boston City Hospital and also
```

PAGE 11

11

```
 1        maintained status as a 501C3 corporation.
 2        I think at that time that's when the
 3        paycheck switched.
 4   Q    Does the East Boston Neighborhood Health
 5        Center still have a connection with Boston
 6        City Hospital?
 7   A    Yes, we are still on the license of its
 8        successor organization, which is Boston
 9        Medical Center, formed by the merger of
10        Boston City Hospital.
11   Q    When you say on the license of, what does
12        that mean?
13   A    That means in terms of external regulators
14        and certain payers, we are considered to be
15        a clinic of the Boston Medical Center. So
16        JCAHO, the Joint Commission on
17        Accreditation of Healthcare Organizations,
18        views us as if we were part of Boston
19        Medical Center.
20                 There are three other health
21        centers that have that status -- actually
22        four. But for purposes of payroll and
23        personnel and legal entity, we are
24        separate.
```

PAGE 12

12

```
 1   Q    You say the accreditation, people come to
 2        visit you as a clinic of the Boston Medical
 3        Center?
 4   A    That's correct.
 5   Q    The accreditation, what is that?
 6   A    JCAHO, Joint Commission on Accreditation of
 7        Healthcare Organizations.
 8   Q    Where are they from, if you know?
 9   A    Chicago, I think.
10   Q    How often do they come?
11   A    Every three years on a regular basis. They
12        may come at other times unannounced.
13   Q    When was the last such visit?
14   A    Just about a year ago.
15   Q    Does this commission visit all of the
16        facilities of the East Boston Neighborhood
17        Health Center?
18   A    Yes.
19   Q    And what do they do when they come here to
20        visit?
21            MR. URSO: Objection. That is
22        peer review.
23            (Discussion off the record)
24            MR. FREDERICK: Defense counsel
```

PAGE 13   SHEET 4

13

1   and I have had a discussion about peer
2   review as regards the records of JCAHO, the
3   Joint Commission on Accreditation of
4   Healthcare Organizations, and there may be
5   a statutory privilege against my inquiring
6   about that information.
7              What I would like to do is
8   suspend such portion of the deposition as
9   regards any information that might be asked
10  for gleaned from any inspections of JCAHO,
11  until such time as I have had a chance to
12  review the law on that. If I feel it's
13  necessary to bring a motion and seek a
14  court order to get those records and to
15  bring the Doctor back in, we can reconvene
16  on that subject at that time.
17             MR. URSO: All right
18             MR. ALBERTO: That's fine.
19 Q  Doctor, one of the addresses of the
20  buildings which the health center operates
21  out of is on Paris Street?
22 A  79 Paris Street, it's the George Robert
23  White Fund Building or health unit
24  building, which was the site of the

PAGE 14

14

1   original health center before the 10 Gove
2   Street site was built.
3              It's a building that was
4   constructed I think in 1926, according to
5   the plaque, and is still owned by the
6   George Robert White Fund Trust.
7  Q  Is there another building on Paris Street
8      that the center operates out of?
9  A  Not with an address on Paris Street, no.
10 Q  How many buildings on Gove Street does it
11     operate under?
12 A  The Lyman School facility is next door to
13     the 10 Gove Street main facility. They
14     both have addresses on Gove Street.
15 Q  Going back to the 79 Paris Street building,
16     was the neighborhood health center formed
17     at that original office?
18 A  Yes, that building functioned as a public
19     health clinic operated by the city of
20     Boston since originally owned in 1926.
21 Q  1926?
22 A  1926, yes.
23 Q  And you said it's owned by the George
24     Robert White Fund Trust?

PAGE 15

15

1  A  Yes.
2  Q  Do you have information or knowledge as to
3     what that is?
4  A  That actually is a trust that was set up by
5     this philanthropist which consists of the
6     Mayor of the city of Boston, corporation
7     counsel of the city of Boston, president of
8     the city counsel, president of the Bar
9     Association, and one other distinguished
10    person whom I can't remember.
11             Basically, there's an office in
12    city hall that there were originally thirty
13    such health units started around the city.
14    The White Building at Mass. General is also
15    I believe under that fund.
16             The fund has resources which
17    they actually reinvest into their
18    properties from time to time. We basically
19    lease it from the fund for a dollar a year.
20 Q  You said a moment ago the fund has
21    resources which it reinvests in buildings
22    from time to time; is that right?
23 A  Yes, on application or into other projects
24    for the betterment of the city as specified

PAGE 16

16

1     in the will.
2  Q  And has the fund from time to time devoted
3     some resources to the building at 79 Paris
4     Street?
5  A  Yes, it has.
6  Q  And what sorts of things has the fund
7     applied its resources to at 79 Paris
8     Street?
9  A  Windows, roofing -- it's never touched the
10    stairway.
11 Q  What other sorts of things besides windows
12    and roofing?
13 A  There's an ejector pit in the basement that
14    has to do with water and sewerage. It's
15    basically facilities, maybe possibly the
16    heating. I'm not sure. There is no
17    air-conditioning.
18 Q  You said that money is applied or used upon
19    application?
20 A  Yes.
21 Q  Is it upon application of the East Boston
22    Neighborhood Health Center?
23 A  Yes.
24 Q  When the health center sees a need to fix

PAGE 17  SHEET 5

17

```
 1        part of the facility, it applies to the
 2        fund?
 3   A    That would be one way to do it. Another
 4        way of doing it is just to do it out of
 5        operating funds, if that were not
 6        available.
 7   Q    So it's either or?
 8   A    Yes.
 9   Q    In other words, if the health center needs
10        some money to fix a certain part of its
11        facility at 79 Paris Street, it either
12        applies to the fund or goes to its own
13        budget?
14   A    Usually goes to its own budget. It would
15        go to the fund for a larger project.
16   Q    In your capacity as Chief Medical Officer,
17        are you familiar with the budget for the
18        East Boston Neighborhood Health Center?
19   A    In general terms, yes.
20   Q    How are you familiar with the budget? Do
21        you have any input in the budget?
22   A    Yes. I am basically the Chief Executive
23        Officer and I sort of coexist in something
24        known as office of the president. We work
```

PAGE 18

18

```
 1        jointly with the Chief Financial Officer
 2        and other leaders within the health center
 3        in developing the budget and present that
 4        budget to the Board of Directors for their
 5        approval on an annual basis.
 6             So I have input into it. My
 7        background is not a financial background.
 8   Q    But on a yearly basis you help put together
 9        a proposed budget which is proposed to the
10        Board of Directors?
11   A    That's correct.
12   Q    And as part of that budget, there are items
13        for capital improvements?
14   A    Yes.
15   Q    And in this budget you present to the Board
16        of Directors, is that separate from any
17        applications you make to the fund --
18   A    Yes.
19   Q    -- for monies?
20   A    Yes. I would say that we have gone to the
21        fund maybe three or four times in the
22        thirty years I have been there for very
23        specific projects. That's unusual. It's
24        not always accepted when we make a
```

PAGE 19

19

```
 1        proposal.
 2   Q    What are some of the capital improvements
 3        that the East Boston Neighborhood Health
 4        Center has made part of its budget for 79
 5        Paris Street, say in the last ten years?
 6   A    I'm not sure. Within the past twenty
 7        years, we have moved walls. I mean, we
 8        have redesigned exam rooms. Over the
 9        history of the building, different rooms
10        have been used for a wide variety of
11        different functions: some office space,
12        some patient care space, that sort of
13        thing.
14   Q    From time to time say in your tenure there?
15   A    At one point the roof needed serious work
16        in terms of preventing water leakage, that
17        sort of thing.
18   Q    I take it that was done?
19   A    Yes.
20   Q    And that was an item in the budget which
21        was approved?
22   A    Yes.
23   Q    Then there have been some physical changes
24        to offices inside of the building?
```

PAGE 20

20

```
 1   A    Right.
 2   Q    And walls have been put up and taken down?
 3   A    Some, yes. It's a pretty substantial
 4        building. It's not easy to move walls in
 5        the building. It's sort of subpartitions,
 6        that the basic walls in the building are
 7        not moveable.
 8   Q    When was the last major renovation in the
 9        building?
10   A    I would guess fifteen years. But honestly,
11        my chronologics clock is not reliable going
12        backward.
13   Q    Do you have any idea when the elevator was
14        installed in the building?
15   A    I think it was installed initially with the
16        building. It's an Otis elevator.
17             At some point maybe twenty
18        years ago the cab was enclosed.
19        Originally, it was sort of like many of the
20        older building elevators; the cab was sort
21        of one of those folding sliding metal doors
22        and you could sort of see around you as you
23        went up and down. Again, I would guess
24        twenty years ago or so it was enclosed with
```

PAGE 21 SHEET 6

21

```
 1      electric doors.
 2  Q   When that work was done, were you the Chief
 3      Medical Officer or the Medical Director?
 4  A   One of the two.
 5  Q   You are now Chief Medical Officer and
 6      before you were Medical Director?
 7  A   It really didn't change.
 8  Q   Say the elevator work had been done twenty
 9      years ago, was that a budgeted item, to
10      your best memory?
11  A   I suspect it was done at the same time that
12      a heavy concrete access ramp was put up
13      outside of the building. So my guess is
14      that was a paid for renovation. That is my
15      guess, but I'm just guessing. It could be
16      twenty, could be twenty-five. Time blurs
17      going backwards.
18  Q   The building at 79 Paris Street, what is
19      housed there today?
20  A   The first floor has what we call enrollment
21      offices there. It's basically a staff of
22      probably twelve or fifteen bilingual
23      enrollment representatives for patients who
24      do not have insurance. And they basically
```

PAGE 22

22

```
 1      sit with them to help them fill out
 2      applications and apply for things that
 3      might give them healthcare coverage, such
 4      as Mass. Health and the Free Healthcare
 5      Pool and Healthy Start and the Chip Program
 6      for children. So that is the front half of
 7      that building.
 8              The back half is a program
 9      known as Project CHIME, which is a
10      Multi-Disciplinary Program for patients
11      with HIV and AIDS. That's the first
12      floor.
13              The second floor is half or
14      maybe half a dental clinic and the other
15      half is the vision center or eye clinic.
16              The third floor houses the
17      medical staff office that handles all of
18      the credentialing and has the Grants
19      Administrator. There's a small office for
20      a program called the Catch Program, which
21      is a multi-disciplinary program for
22      disabled infants and children. It's a home
23      base for a home care team of physicians and
24      practitioners and a social service person.
```

PAGE 23

23

```
 1              And in the basement there's
 2      some storage. I think there may be some
 3      facilities, workshop. I think that's it.
 4  Q   So it's three floors above ground?
 5  A   Three above ground, yes.
 6  Q   And the third floor, do any patients go up
 7      to the third floor?
 8  A   Not as part of routine medical care, no.
 9  Q   So in that building, the routine medical
10      care is only given on the second floor?
11  A   Second and first, yes.
12  Q   And with the dental clinic on the second
13      floor, how do you enter the dental clinic?
14  A   By the stairs or elevator -- share a common
15      door on the second floor after the landing.
16  Q   Was this the setup in 2002?
17  A   Yes.
18  Q   How long has the eye clinic been on the
19      second floor there?
20  A   Guessing again, I would say twenty years or
21      more. I'm not sure.
22  Q   Is the money to operate the eye clinic
23      separately budgeted?
24  A   No.
```

PAGE 24

24

```
 1  Q   How many staff work at the eye clinic?
 2  A   I may be off, but I think there are
 3      probably three or four sort of secretarial
 4      level people. There are four
 5      optometrists. At any point in time there
 6      may be five students from the New England
 7      College of Optometry. And then we have
 8      ophthalmologists who come in usually on a
 9      once a week basis for medical and surgical
10      eye disease.
11  Q   The optometrists are not MDs; is that
12      correct?
13  A   That's correct.
14  Q   But the ophthalmologists are?
15  A   The ophthalmologists are MDs. The
16      optometrists are DOs, doctor of optometry.
17  Q   Such as people who graduated from the New
18      England College of Optometry?
19  A   Yes.
20  Q   How long have you been using students from
21      the New England College of Optometry?
22  A   I would say since the late seventies, might
23      be as late as 1980, between 1978 and 1980.
24              We moved into the 10 Gove
```

PAGE 29  SHEET 8

29

```
 1         And there's a retina
 2     specialist, Dr. Lu. I can't remember his
 3     first name.
 4  Q  He is a retina specialist?
 5  A  Yes. He maybe comes in once a month but
 6     not as often as Dr. Abelson.
 7  Q  Any other ophthalmologists that come in?
 8  A  No.
 9  Q  Were these same ophthalmologists coming in
10     -- do you want to change something?
11  A  Yes. Actually, I think there certainly
12     were not at the time we are talking about,
13     but I think there is now another
14     ophthalmologist who comes in from Boston
15     Medical Center. Her name is Susan Rowe, I
16     believe.
17             MR. ALBERTO: Dr. Taylor is not
18     certain that this is accurate information.
19     He is trying to the best of his ability.
20  Q  I understand you're giving your best memory
21     of what you know.
22  A  In the old days, I knew all the employees'
23     names. But we now have 750 employees, and
24     my memory is not as good.
```

PAGE 30

30

```
 1  Q  So Dr. Abelson and Dr. Lu?
 2  A  Yes.
 3  Q  Were they the only ophthalmologists who
 4     came in say in September of 2002?
 5  A  Yes.
 6  Q  For how long have they been doing this
 7     would you say?
 8  A  Quite a long time, well over ten years,
 9     maybe fifteen years. It might be all the
10     way back to the beginning for Dr. Abelson.
11     That would be my guess. But we have to go
12     back to the personnel files to check.
13  Q  In 2002, Dr. Abelson was coming in once a
14     week?
15  A  Yes.
16  Q  And was there one particular day he would
17     come in?
18  A  I believe on Fridays, but don't hold me to
19     that.
20  Q  Would he usually spend the entire day there
21     when he came?
22  A  I believe a half day.
23             When you depose Dr.
24     Pietrantonio, he can give you much more
```

PAGE 31

31

```
 1     accurate testimony about the eye clinic.
 2  Q  Dr. Pietrantonio, what is his position?
 3  A  He is the Chief Optometrist. He is the
 4     director of that program. He's been there
 5     from the beginning as well.
 6  Q  Director of the eye clinic?
 7  A  Yes.
 8  Q  Was Dr. Pietrantonio present at the eye
 9     clinic on September 26, 2002?
10             MR. ALBERTO: September 26,
11     2002, was a Thursday.
12  A  All right, so it might have been his normal
13     day. I don't know.
14  Q  What about Dr. Abelson, when would he come
15     in?
16  A  He would examine patients with potential
17     eye disease, surgical eye disease. He
18     would do preoperative examinations for
19     those that need cataract surgery and
20     follow-up for patients who had surgery. He
21     works closely with Dr. Pietrantonio. So
22     they jointly manage these patients.
23  Q  He is an eye surgeon?
24  A  Yes.
```

PAGE 32

32

```
 1  Q  Where does he operate?
 2  A  Mass. Eye & Ear and I'm not sure that is
 3     his only site of operation for doing
 4     surgery. He did operate at Boston Medical
 5     Center as well. He actually has offices in
 6     the North Shore. So there may be other
 7     places. I don't know.
 8  Q  He has offices in Andover; is that right?
 9  A  Yes.
10  Q  The eye clinic, is it referred to at the
11     health center as the eye clinic?
12  A  Probably more often as the vision center.
13     I think it's the vision center. But it's
14     the standard nomenclature. It does not
15     appear on any documents.
16  Q  Is the eye clinic or the vision center a
17     separate legal entity as far as you know?
18  A  No. It's a department.
19  Q  A department of the East Boston
20     Neighborhood Health Center?
21  A  That's right, a department.
22  Q  And the eye clinic, does the eye clinic
23     have a separate budget or sub-budget within
24     the budget for the East Boston Neighborhood
```

## PAGE 33 SHEET 9

```
                                              33
 1       Health Center?
 2  A    Yes and no. I mean, basically there's a
 3       personnel budget for the eye clinic; but I
 4       think in terms of facilities budget, it's
 5       pretty much merged.
 6  Q    When you say personnel budget, does that
 7       mean within the East Boston Neighborhood
 8       Health Center there's a certain amount set
 9       aside for personnel who work at the eye
10       clinic?
11  A    Yes. There would be a roster with all of
12       their salaries and so forth.
13  Q    As far as the money that is earmarked for
14       the people who work at the eye clinic, does
15       that money come from any particular source
16       or come from the overall budget of the East
17       Boston Neighborhood Health Center?
18  A    It comes from the overall budget of the
19       East Boston Neighborhood Health Center.
20  Q    The East Boston Neighborhood Health Center
21       receives money to operate its budget from
22       year to year from what sources?
23  A    From many different sources. We are a
24       federally qualified community health
```

## PAGE 34

```
                                              34
 1       center; what is called a 330 health center,
 2       which applies to public law. That accounts
 3       for maybe -- that's about
 4       two-and-a-half-million dollars a year.
 5              MR. ALBERTO: I think it's in
 6       the answers to interrogatories as to the
 7       funding.
 8  A    We also basically do get some money
 9       directly from the city of Boston. We get
10       money from public and private payers,
11       Medicaid, Medicare, Blue Cross, other
12       insurers, various HMOs, Harvard, Tufts. We
13       get money through the Boston Medical
14       Center, from the state in what is called
15       the Free Healthcare Pool. So there are
16       many different sources of funding.
17  Q    Do you know for the last fiscal year what
18       the total amount of money that the
19       healthcare center had to spend on its
20       budget was, in rough terms?
21  A    I think it was about sixty-two-million
22       dollars, I believe.
23  Q    The largest chunk of the sixty-two-million
24       dollars, where does that come from?
```

## PAGE 35

```
                                              35
 1  A    Public payers, Medicare and Medicaid and
 2       the Free Healthcare Pool.
 3  Q    Roughly, how much would that be?
 4  A    I would say probably 35 percent from
 5       Medicaid. I would guess a similar amount
 6       from the Free Healthcare Pool. Medicare
 7       would be smaller than that, and the rest
 8       from private payers.
 9              (Exhibit Number 1 marked for
10       identification)
11  Q    I show you what has been marked as Exhibit
12       Number 1 to your deposition. Please take a
13       minute and look through that.
14  A    All right.
15  Q    Would you agree this document is entitled
16       United States of America Interrogatories In
17       Response To Request For Production Of
18       Documents?
19  A    Yes.
20  Q    Have you seen this document before?
21  A    Yes.
22  Q    And did you, in fact, sign this document?
23  A    Yes, I did.
24  Q    And on page 5, is that a copy of your
```

## PAGE 36

```
                                              36
 1       signature?
 2  A    Yes, it is.
 3  Q    Before you signed it, did you read the
 4       answers that were in the answers to
 5       interrogatories?
 6  A    Yes, I did.
 7  Q    At the time you signed it, were those
 8       answers true and accurate?
 9  A    I believe they were, yes.
10  Q    Doctor, have you ever been deposed before?
11  A    Yes.
12  Q    How many times?
13  A    Two.
14  Q    When were those times, approximately?
15  A    Five years ago, maybe three years ago.
16  Q    On two separate occasions?
17  A    Yes.
18  Q    And what types of cases were those, if you
19       know?
20  A    I'm trying to remember. I believe one was
21       when we were a third party in what I think
22       was a malpractice suit against another
23       provider. And I think the other was around
24       a personnel issue with disciplinary action
```

PAGE 41  SHEET 11

41

1  Q   Did he have that position in 2002?
2  A   Yes.
3  Q   How long has he had that position as far as
4      you know?
5  A   A very long time, probably twenty years,
6      maybe more.
7  Q   Who is his boss, if you know?
8  A   He would report more directly to John
9      Cradock, who is the Chief Executive
10     Officer, C-r-a-d-o-c-k.
11 Q   John Cradock is the Chief Executive
12     Officer?
13 A   Yes. So he would be much more involved in
14     issues of facilities and budgets and things
15     like that. Where mine would be more in the
16     area of medical care and standards and
17     things like that.
18 Q   Do you report to Mr. Cradock?
19 A   It depends which organizational chart you
20     look at. We both occupy the office of the
21     president. It's sort of a shared
22     position.
23             But I think if you were to look
24     on the federal organizational chart under

PAGE 42

42

1      the 330 application, I would report to him,
2      yes.
3              Under the structure of 330,
4      there is a single CEO and that is a federal
5      requirement.
6  Q   You referred to an organizational chart
7      under 330. What is 330?
8  A   330 is the federal law that provides for
9      federally funded community health centers.
10 Q   There's an organizational chart submitted
11     with the federal government?
12 A   Yes.
13 Q   And is that submitted every year, or when
14     is that submitted?
15 A   It is submitted whenever the granting cycle
16     is. So it's either every three or five
17     years, depending if it's a three or five
18     year grant. And then there are annual
19     reports. I don't know if they update the
20     chart on an annual basis or not.
21 Q   Is there another organizational chart
22     you're aware of?
23 A   I think there's a de facto organizational
24     chart that would -- I don't know the answer

PAGE 43

43

1      to that.
2  Q   Is that de facto organizational chart in
3      writing, or is that just something
4      everybody knows about?
5  A   It just may be something everybody knows
6      about. It's the standard way we've
7      operated over the years we have been
8      partners.
9  Q   Starting with the de facto organizational
10     chart, tell me how that reads from the top
11     down?
12 A   There is the office of the president which
13     has the CEO and CMO. We report to the
14     Board of Directors, and then there's a
15     series of directors who report to us and
16     there's a Chief Operating Officer.
17             There is a Chief Informational
18     Officer who runs the computer side of
19     things. There's a Chief Financial Officer
20     and Director of Human Resources. There's a
21     Facilities Director.
22             And then sort of under me
23     there's a series of medical directors for
24     each of the departmental areas. So there's

PAGE 44

44

1      a Medical Director for internal medicine,
2      pediatrics, obstetrics and gynecology,
3      mental health. There are administrative
4      directors. There are probably maybe
5      twenty-something departments and each of
6      which has an administrative director.
7  Q   Is the vision center eye clinic at that
8      level?
9  A   Our clinic falls under the specialties
10     department. There is an Administrative
11     Director for Specialties, Donna Crown,
12     C-r-o-w-n, who reports to me.
13         (Discussion off the record)
14             MR. URSO: I want to make an
15     objection on behalf of the East Boston
16     Neighborhood Health Center, I was not
17     advised that the depositions were switched
18     around and that Dr. Taylor would be
19     appearing today.
20             Therefore, we would like to
21     include a running objection as to anything
22     Dr. Taylor testifies to regarding the
23     premises of the building, 79 Paris Street.
24     The objection will not apply to anything

**PAGE 45 SHEET 12**

```
                                                        45
 1         regarding the medical treatment received by
 2         the plaintiff.
 3   Q     Doctor, we were talking about the
 4         organizational chart?
 5   A     Yes.
 6   Q     And you were talking about the "de facto"
 7         organizational chart, and then there was a
 8         written organizational chart?
 9   A     I think both are written.  One I think is
10         the one that gets submitted to the federal
11         government to comply with.
12              MR. ALBERTO:  We will get a
13         copy of that?
14   A     Yes.
15   Q     Could you supply a copy of both charts?
16   A     Yes.
17              MR. ALBERTO:  Is there a de
18         facto chart?
19   A     I will try to find one.
20   Q     The official one is in the block over you?
21   A     Yes.
22   Q     Would you say that is the only difference?
23   A     Yes.
24   Q     And that person is who again?
```

**PAGE 46**

```
                                                        46
 1   A     John Cradock.
 2   Q     And his position?
 3   A     Chief Executive Officer.
 4   Q     Did they have that position in 2002?
 5   A     Yes.
 6   Q     How long has he held that position?
 7   A     I think twenty-five years, a little over
 8         twenty-five years, maybe twenty-six years.
 9   Q     You were also testifying or you testified
10         that the eye clinic in the organizational
11         chart was under specialty care?
12   A     Specialties, yes.  We have a variety of
13         specialty services.  We provide on-site
14         eye, dental, and then other specialists who
15         come in, oncology, rheumatology, surgery.
16   Q     And you gave me the name of Donna Crown?
17   A     She is the Administrative Director of the
18         Specialties Department of which the eye
19         clinic is a subdivision.
20   Q     And under the eye clinic in the
21         organizational chart, who is named?
22   A     John Pietrantonio would be the head of the
23         eye clinic.
24   Q     And who would be under him, or is there any
```

**PAGE 47**

```
                                                        47
 1         person on that chart?
 2   A     Then the optometrists.  He actually
 3         coordinates all the clinical care in the
 4         department and he is the one that basically
 5         deals primarily with the visiting
 6         specialists.
 7   Q     Where is your office?
 8   A     My office is at 59 Meridian Street, which
 9         actually opens to Paris Street immediately
10         across.
11   Q     So it's in East Boston?
12   A     Yes.
13   Q     How long have you been at that location,
14         your own office?
15   A     Fifteen years, I'm guessing.  My office has
16         been in every building actually, on the
17         four corners, over the years.
18   Q     Did your office used to be at 79 Paris
19         Street?
20   A     Yes, at one time.
21   Q     How long ago was that?
22   A     It was for the first seven years.
23              79 Paris Street was our only
24         facility.  So my office was in the
```

**PAGE 48**

```
                                                        48
 1         basement, went to the third floor, and then
 2         moved across the street to today's space.
 3         It's moved around a lot over the years.
 4   Q     To your knowledge, does the eye clinic have
 5         any written policies and procedures which
 6         it operates under?
 7   A     Yes.
 8   Q     And --
 9   A     The specialties department have operating
10         policies and procedures, yes.
11   Q     The specialties department in general has
12         policies and procedures, or do each one of
13         the specialties have policies and
14         procedures?
15   A     I believe that the policies and procedures
16         are written for the specialties department
17         specifically.
18   Q     Does the eye clinic have written policies
19         and procedures?
20   A     Distinct from those?  I'm not sure.  I
21         don't know whether they are distinctly
22         separate from them or not.  John could tell
23         you that.
24   Q     The policies and procedures you have in
```

PAGE 85 SHEET 22

85

1        CROSS EXAMINATION
2  Q     (BY MR. CHRISTOPHER ALBERTO) Doctor,
3        you said you started the clinic; you were
4        one of the creators or founders?
5  A     I was actually working in the community on
6        a hypertension project and was approached
7        by the Board of Directors and asked if I
8        would help start this.
9                So for the first year, I worked
10       in the evenings seeing patients in the
11       evening while I still had my day job as a
12       researcher. And then at some point, a year
13       and a half later, I actually became the
14       Medical Director with a paycheck.
15 Q     The paycheck you were receiving, was it
16       considerably less than what you would get
17       if you were in a so-called private
18       practice?
19 A     Yes, I think that's fair to say.
20 Q     So your motivation to go into medicine was
21       not one of enriching yourself?
22 A     That's correct.
23 Q     And you decided to work in the community in
24       East Boston?

PAGE 86

86

1  A     Yes.
2  Q     Is there a particular reason you chose East
3        Boston as a community you wanted to help
4        people in?
5  A     It certainly has always been an
6        under-served community. It's basically one
7        of the poorer communities. It has
8        additional problems of geographic
9        separation from the rest of the city. It
10       has always been an immigrant community.
11               When I went there, it was an
12       Italian community, over 60 percent, most
13       did not speak English and viewed hospitals
14       as terrifying places that you go to die.
15       So they often did not get healthcare. So
16       by actually coming into the community with
17       translators for staff, people did get help
18       there.
19 Q     And East Boston is a lower income
20       neighborhood or population?
21 A     Yes, it's always been an immigrant
22       community. It's always been on the lower
23       economic scale. As far as the educational
24       level, it's often been about the lowest in

PAGE 87

87

1        the city, and it's geographically
2        isolated.
3                So it's fewer people with
4        health insurance, fewer people with high
5        paying jobs, more people who are sort of
6        struggling to get by.
7  Q     Was there a time you provided medical
8        services for people in the East Boston
9        community for free?
10 A     Actually, for the first three years there
11       was a federal law that prohibited billing
12       patients. We actually got our funding
13       before we were federally qualified. We got
14       funding through Title 5, which literally
15       prohibited any kind of patient billing.
16               And then I think it was in
17       1973, in the early Nixon administration, we
18       were asked to become self-sufficient based
19       on billing. So there was a sudden change
20       in the mechanism. And that's been true
21       through the years. The basis of funding
22       has evolved and changed continuously.
23 Q     You personally, Doctor, did you volunteer
24       your time to work for free?

PAGE 88

88

1  A     In the first year, yes.
2  Q     You were not paid for the patients you were
3        serving?
4  A     No, no. I mean, but that was the
5        sixties. . .
6                The thing we did in terms of
7        getting equipment from the City Hospital or
8        actually putting lab results into their
9        lab, doing all sorts of things which today
10       would not be allowed -- absolutely a
11       violation of all sorts of regulations
12       but. . .
13 Q     If somebody comes to your clinic today and
14       they don't have the money to pay, do you
15       see them?
16 A     Absolutely. It's basically the mission,
17       the statement of the health clinic is to
18       attain easily accessible high quality
19       healthcare whether people have the ability
20       to pay or language obstacles.
21               MR. ALBERTO: I just wanted to
22       bring out on the record what an outstanding
23       deponent we have here.
24               MR. URSO: I have no questions.