UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JUDITH THIBEAU, | ) | |
| And GEORGE THIBEAU, | ) | |
|     Plaintiffs | ) | |
| | ) | |
| VS. | ) | **CIVIL ACTION** |
| | ) | **NO. 04-10643 LTS** |
| UNITED STATES OF AMERICA | ) | |
| and EAST BOSTON NEIGHBORHOOD | ) | |
| HEALTH CENTER CORPORATION, | ) | |
|     Defendants | ) | |

**DEFENDANT EAST BOSTON NEIGHBORHOOD HEALTH CENTER'S
MOTION TO FILE REPLY BRIEF IN SUPPORT OF MOTION
TO AMEND ANSWER TO ADD AFFIRMATIVE DEFENSE**

NOW COMES the defendant, East Boston Neighborhood Health Center ("EBNHC") and hereby moves for leave to file a reply memorandum of law in support of its pending Motion to Amend Answer to add an Affirmative Defenses. As grounds for this motion, EBNHC states the reply memorandum attempts to assist the court in resolution of the motion and will be directed to addressing the specific contentions made by the plaintiff in their recently filed opposition,

WHEREFORE, the defendant, East Boston Neighborhood Health Center respectfully requests that its Motion to file a Reply Memorandum of Law be **ALLOWED**.

                                              The Defendant
                                              East Boston Neighborhood Health Center
                                              By its attorneys,

                                              /s/ Tory A. Weigand

                                              _____
                                               Tory A. Weigand, BBO #548553
                                              MORRISON MAHONEY LLP
                                              250 Summer Street
                                              Boston, MA  02210
                                              Tel:  617-439-7500
                                              Direct Fax:  617-342-4947

976292v1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 2, 2005, a true copy of the above document was served upon each counsel of record electronically through filing with the ECF system.

/s/ Tory A. Weigand
_____
Tory A. Weigand

2

976292v1