# EXHIBIT NO. 1

# ORIGINAL

VOLUME I
PAGES: 1-156
EXHIBITS: 7

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MASSACHUSETTS

JUDITH THIBEAU,                          )
and GEORGE THIBEAU,                      )
                                         )
         Plaintiffs                      )
                                         )
vs.                                      ) C.A. NO.
                                         ) 04-10643 LTS
                                         )
UNITED STATES OF AMERICA                 )
and EAST BOSTON NEIGHBORHOOD             )
HEALTH CENTER CORPORATION,               )
                                         )
         Defendants                      )

**DEPOSITION OF JUDITH THIBEAU,** a witness
called on behalf of the Defendant, East Boston
Neighborhood Health Center, pursuant to the
Massachusetts Rules of Civil Procedure, before
Karrie Smith, a Certified Shorthand Reporter and
Notary Public in and for the Commonwealth of
Massachusetts, at Koufman & Frederick, LLP,
1330 Beacon Street, Brookline, Massachusetts, on
Tuesday, June 28, 2005, commencing at 10:17 a.m.

EPPLEY COURT REPORTING, LLC
Post Office Box 382
Hopedale, Massachusetts 01747
(508) 478-9795   (508) 478-0595 (Fax)
leppley@msn.com

```
 1    visit, you were prescribed some eyeglasses?

 2            A.    Yes.

 3            Q.    And if I have it right, and correct me if

 4    I'm wrong, you would return to the eye clinic for

 5    routine eye care?

 6            A.    Yes.

 7            Q.    And have you ever had to have your

 8    prescription increased for reading -- or changed?

 9            A.    I think it was changed.

10            Q.    More than one time?

11            A.    No.

12            Q.    How many times has it been changed?

13            A.    I think once.

14            Q.    And do you know when that was?

15            A.    No, I don't remember.

16            Q.    The incident I believe took place on

17    September 26, 2002; is that correct?

18            A.    Yes.

19            Q.    How many times would you say you were at

20    the 79 Gove (sic) Street address prior to that time?

21            A.    Five or six times.

22            Q.    When you would go to the eye clinic,

23    would you go by yourself or with your husband?

24            A.    I would go by myself unless I had to have
```

1    my eyes dilated.

2         Q.    Now, on the September 26, 2002 visit, you

3    knew ahead of time that you were going to need your

4    eyes dilated?

5         A.    Yes.  Well, I was going to see the

6    surgeon.

7         Q.    Did you understand that your eyes were

8    going to be dilated at that time?

9         A.    Yes.

10        Q.    And is it fair to say that your husband

11   accompanied you at that time?

12        A.    Yes.

13        Q.    And did he accompany you because you

14   understood that your eyes were going to be dilated?

15        A.    Yes.

16        Q.    Prior to that time, prior to

17   September 26, 2002, do you have any memory of your

18   husband accompanying you to the clinic in any of the

19   prior visits?

20        A.    No.

21        Q.    Had you ever had your eyes dilated prior

22   to September 26, 2002?

23        A.    Yes.

24        Q.    And was that at the clinic?

EPPLEY COURT REPORTING, LLC

1      A.    Yes.

2      Q.    Did anyone accompany you at that time?

3      A.    Yes, my son.

4      Q.    The young one?

5      A.    Yes.  Well, he drove me and then came

6   back to pick me up.

7      Q.    What is his name?

8      A.    Jeffrey.

9      Q.    Do you have four sons?

10     A.    Three boys and a girl.

11     Q.    And he is presently in college.

12     A.    Yes, he is.

13     Q.    Where is he attending?

14     A.    Roger Williams in Rhode Island.

15     Q.    What year is he?

16     A.    He'll be a senior.

17           MR. WEIGAND:  Off the record.

18           (Recess taken, 10:41 a.m. - 10:42 a.m.)

19     Q.    So your memory is Jeffrey drove you and

20   dropped you off?

21     A.    Yes.

22     Q.    And then he picked you up?

23     A.    Yes.

24     Q.    Did he ever go inside the clinic for that

1   visit?

2           A.    My visit?

3           Q.    Yes.

4           A.    No.

5           Q.    We're talking about the prior visit to

6   September 26, 2002 where you had your eyes dilated,

7   right?

8           A.    Right.

9           Q.    Do you know what year you had that prior

10  eye dilation?

11          A.    It was in 2002.  It was a few months

12  before.

13          Q.    The second eye dilation was a few months

14  before?

15          A.    Before September 26.

16          Q.    Let me back up a little bit.  I just want

17  the record to be clear.

18                On September 26, 2002, you went to the

19  clinic with your husband to have some eye care; is

20  that correct?

21          A.    Right.

22          Q.    That was the day that we had the fall

23  that we're going to talk about, right?

24          A.    Correct.

1        Q.    You knew ahead of time, prior to going to

2    that visit, that you were going to have your eyes

3    dilated; is that correct?

4        A.    Yes.

5        Q.    And I think you told me that you had your

6    husband accompany you to help give you a ride back;

7    is that right?

8        A.    Yes.

9        Q.    Now, I believe you told me that prior to

10   September 26, 2002 there was another occasion that

11   you were at the eye clinic that you had your eyes

12   dilated; is that correct?

13       A.    Right.

14       Q.    Okay. And if I have it right, and

15   correct me if I'm wrong, Mrs. Thibeau, that you say

16   that was a few months before?

17       A.    Yes.

18       Q.    If the incident was on September 26,

19   2002, when do you understand that prior dilation

20   occurred?

21       A.    To the best of my memory, it was June.

22       Q.    Around June?

23       A.    June.

24       Q.    Prior to June, did you ever have your

EPPLEY COURT REPORTING, LLC

1   eyes dilated at any other occasion?

2       A.   Yes.

3       Q.   When was that?

4       A.   That, I don't remember.

5       Q.   Was that also at the eye clinic?

6       A.   Yes.

7       Q.   On that occasion, do you have a memory of

8   someone giving you a ride?

9       A.   Yes.  I never -- when I knew that I was

10  going and they were going to dilate my eyes, I didn't

11  drive.

12      Q.   Do you have a memory of who went with you

13  on that first occasion?

14      A.   No.

15      Q.   So if I have it right, prior to the

16  incident where you had the fall on September 26,

17  2002, you recall two prior occasions where you had

18  your eyes dilated at the clinic; is that correct?

19      A.   Yes.

20      Q.   Were there any other occasions besides

21  the two prior to this September 26, 2002 visit?

22      A.   I don't remember exactly how many times.

23      Q.   But as you sit here today, your best

24  memory is that at least twice before the incident on

EPPLEY COURT REPORTING, LLC

1    September 26, 2002 --

2         A.    Yes.

3         Q.    You have to let me finish.

4              MR. FREDERICK:   Let him finish.

5         A.    Sorry.

6         Q.    It's easy to do.

7              Of those two prior visits where you had

8    your eyes dilated, do you recall any of the

9    physicians that provided care for you at that time?

10        A.    I don't remember their names.

11        Q.    How about on September 26, 2002, do you

12   recall any of the physicians that provided you with

13   eye care at that time?

14        A.    There was a student and then the surgeon.

15        Q.    Do you recall their names?

16        A.    No, I don't.

17        Q.    Do you know Doctor Pietrantonio?   Does

18   that sound right?

19        A.    Yes.

20        Q.    Had you ever seen or treated with him

21   prior at the eye clinic?

22        A.    Yes.

23        Q.    And how many times did you treat or see

24   Doctor Pietrantonio prior to September 26, 2002?

1      A.    Before September?

2      Q.    Yes.

3      A.    Maybe two or three times.

4      Q.    Was he ever involved in any of the prior

5  eye dilations?

6      A.    I don't remember.

7      Q.    As far as the prior eye dilations that

8  you had and that you can recall, what, if anything,

9  were you told about the dilation procedure?

10     A.    They didn't say anything.

11     Q.    Now, prior to coming to those visits, did

12  you understand that you were going to have your eyes

13  dilated?

14     A.    Yes.

15     Q.    What do you recall being told prior to

16  coming to the visit about the eye dilation?

17     A.    See, I always make sure somebody drives

18  me when I'm going to have them dilated because when I

19  first started to go there and they were going to

20  dilate my eyes, they asked me if I drove, and I said

21  yes, I did.  And they said they couldn't do it

22  because I couldn't drive home.  So that's how I knew

23  from then on.

24     Q.    Were you told anything as to why they

1    wanted to dilate the eyes or why that procedure is

2    done for patients?

3             MR. FREDERICK:   On which occasion?

4             Q.   On either of the prior two occasions

5    previous to the September 26, 2002, incident.

6             A.   Well, the time before September, I went

7    there because I was having problems -- I had a

8    cataract.  That's when they determined that I had the

9    cataract.

10            Q.   Were you having some problems prior to

11   June?

12            A.   Yes.

13            Q.   What kind of problems were you having?

14            A.   I had blurry vision, lights bothered me.

15   I couldn't drive at night.

16            Q.   When would you have blurred vision?

17            A.   Well, it was kind of like a film over my

18   eye.

19            Q.   Did you have more difficulty at night?

20            A.   With the lights, yes.

21            Q.   When you would drive during the day prior

22   to June 2002, did you use your glasses?  Do you use

23   your glasses to drive?

24            A.   No.

1      Q.   Did you have any problems driving during

2  the day?

3      A.   I always wore sunglasses.

4      Q.   So due to some problems you were having,

5  they diagnosed you with cataracts?

6      A.   Yes.

7      Q.   And then they asked you to come in for

8  the June dilation or did the --

9      A.   In September.

10     Q.   September.  What happened in the June

11 visit at the eye center in 2002?

12     A.   I had a regular eye exam and that's when

13 they determined I had the cataract.

14     Q.   Do you know if Doctor Pietrantonio was

15 the physician at that time?

16     A.   I think so.  There's always a student

17 there that sees you first and then the doctor comes

18 in.  And I believe it was him.

19     Q.   And the student and/or the physician

20 conducted an eye exam?

21     A.   Yes.

22     Q.   In June, was your husband -- oh, that was

23 the time that Jeffrey was with you; is that correct?

24     A.   Yes.

1      Q.    And he was not inside the clinic during

2  any of the care; is that right?

3      A.    No.

4      Q.    What, if anything, do you recall being

5  told during your visit at the eye clinic in June of

6  2002?

7      A.    About --

8          MR. FREDERICK:   In general or --

9      Q.    Anything you can recall being told about

10 your eyes, treatment.

11     A.    They told me I had a cataract and I

12 should have it seen by -- or taken care of.  And they

13 said they would make an appointment for

14 September 26th so I could see the surgeon that went

15 to the clinic, I believe, once a month to see

16 patients.

17     Q.    At the June 2002 appointment, did they

18 dilate your eyes?

19     A.    Yes.

20     Q.    Do you recall being told anything about

21 why they were doing the dilation or anything about

22 the dilation at all?

23     A.    No.

24     Q.    Were you given any instructions or

1    warnings with regard to the dilation in June of 2002?

2         A.   No.

3         Q.   In June 2002, the eye clinic was on the

4    second floor?

5         A.   Yes.

6         Q.   And how did you get up to the second

7    floor?

8         A.   The stairs.

9         Q.   In any of your visits at Gove (sic)

10   Street, did you notice that there was an

11   elevator?

12        A.   It was on --

13        Q.   I'm sorry, my mistake.  Paris Street.

14        A.   No.

15        Q.   So is it fair to say in all the visits

16   you used the stairs?

17        A.   Yes.

18        Q.   And that is to go up to the second floor

19   clinic and when you were done to come down the

20   stairs?

21        A.   Yes.

22        Q.   At any of those prior visits, did you

23   have any difficulty with the stairs?

24        A.   No.

1    anything, you were told at that visit; is that

2    correct?

3        A.    Yes.

4        Q.    And you don't have a memory of who the

5    doctor or student was at that visit; is that correct?

6        A.    Yes.

7        Q.    But consistent with your practice, would

8    you have used the stairs to get to the second floor

9    of 79 Gove (sic) Street at that time?

10       A.    Yes.

11       Q.    Do you have a memory of anyone being with

12   you when you left the eye clinic at that time, that

13   first time that you recall having your eyes dilated?

14       A.    No.

15       Q.    Do you recall any difficulties with the

16   stairs when you went down the stairs at the time of

17   that eye visit?

18       A.    No.

19       Q.    Did you have any contact with the --

20   strike that.

21            Prior to September 26, 2002, do you recall

22   any other contact that you had with the eye center --

23   or eye clinic?

24       A.    I don't know what you mean.

1        Q.    Okay.  You've talked about the visits

2   that you can recall where you had your eyes dilated,

3   and I believe you told me it was sometime -- one

4   visit, but you don't recall the date?

5        A.    Right.

6        Q.    The second one was in June of 2002?

7        A.    Right.

8        Q.    If I have it right, you would go to the

9   eye clinic approximately every two years; is that

10  correct?

11       A.    Yes.

12       Q.    Other than the eye dilation that was in

13  June 2002 and on one prior occasion, what other type

14  of eye care did you receive prior to September 2002?

15       A.    Just routine eye exams.

16       Q.    And again, you would access the clinic on

17  the second floor by using the stairs; is that

18  correct?

19       A.    Yes.

20       Q.    At any of those visits that you had,

21  those routine eye visits, do you recall who was

22  providing you any care or treatment at that time,

23  their names?

24       A.    No.

1        A.    No.

2        Q.    At the September 26, 2002 visit, were you

3   given any instructions or warnings with regard to the

4   dilation?

5        A.    No.

6        Q.    Is it your testimony, Mrs. Thibeau, that

7   you were never provided any warnings or instructions

8   with regard to the dilation at the eye clinic for any

9   of the occasions when you had your eyes dilated?

10       A.    Yes.

11       MR. FREDERICK:  Well, I think earlier she

12   had said she thought at the first visit someone told

13   her not to drive.

14       A.    Right.  And they couldn't dilate them at

15   that time.

16       Q.    So other than being told not to drive,

17   you have no memory of whether -- a memory of any

18   instructions or warnings regarding dilation; is that

19   right?

20       A.    No, they just said not to drive and the

21   light would bother you when you go outside.

22       Q.    All right.  I may have asked you this, I

23   apologize.  Prior to September 26, 2002, on any of

24   the prior occasions where you had your eyes dilated,

1    did you believe it was unsafe to walk alone down the

2    stairs?

3          A.    No.

4          Q.    On September 26, 2002, after your meeting

5    with the eye doctor and the student, you left the

6    clinic; is that correct?

7          A.    Yes.

8          Q.    And were you walking with your husband

9    when you left the eye clinic?

10         A.    Yes.

11         Q.    And you used the stairwell?

12         A.    Yes.

13         Q.    When you were using the stairwell

14   initially at the top of the stairs on the second

15   floor, did you walk down the stairs?

16         A.    Yes.

17         Q.    Was your husband with you when you walked

18   down the stairs?

19         A.    Yes.

20         Q.    Was your husband with you all the way to

21   the end of the stairwell?

22         A.    Almost to the end.

23         Q.    When you say "almost," how far were you

24   down the stairwell -- Well, strike that.

1          Q.    Why don't you tell me what happened as

2     you went down the stairwell?

3          A.    I thought I was at the bottom of the

4     stairs and I missed the last step.

5          Q.    When you say you missed the last step,

6     what do you mean?

7          A.    Well, I stepped over it.  I believe I

8     missed that step and that's when I fell.  I went

9     forward.

10         Q.    When you missed the step, which foot do

11    you recall stepping with, your left or your right?

12         A.    I don't recall.

13         Q.    Now, you broke the left ankle; is that

14    correct?

15         A.    Yes.

16         Q.    Do you know what your left ankle hit to

17    cause the break?

18         A.    What I think?

19         Q.    Yes, your best memory.

20         A.    The step, the end of the step.

21         Q.    When you say the end of the step, the

22    last step?

23         A.    I believe it was the second step.

24         Q.    The second step?

1   was at the bottom.

2          Q.   So you let go of the railing?

3          A.   Right.

4          Q.   And then you have a memory of missing the

5   step?

6          A.   Yes.

7          Q.   Were you looking where you were walking?

8          A.   Yes.

9          Q.   When you were coming down the steps prior

10  to the fall, did you have any difficulty seeing the

11  steps?

12         MR. FREDERICK:  I'm sorry.  Could you

13  repeat that?

14         MR. WEIGAND:  Yes.

15         Q.   As you came down the steps, each of the

16  steps from the clinic to just prior to where you had

17  fallen, were you looking where you were placing your

18  feet?

19         A.   I -- I don't remember exactly where I

20  was -- if I was looking down at every step.

21         Q.   You don't know if -- Do you recall at any

22  time while you were walking, looking down at where

23  you were placing your feet?

24         A.   I don't remember, but I don't think so.

EPPLEY COURT REPORTING, LLC

```
1          A.    No.

2          Q.    In the building where you see your

3     primary healthcare provider, does that have an

4     elevator?

5          A.    Yes.

6          Q.    And do you use that elevator when you see

7     your doctor?

8          A.    Yes.

9          Q.    And did you use the elevator prior to

10    September 26, 2002?

11         A.    At the Gove Street?

12         Q.    Yes.

13         A.    Yes.

14         Q.    While you were at the eye clinic, did you

15    ever ask if there was an elevator?

16         A.    No.

17         Q.    When you had your eyes dilated, I take it

18    it's same answer, you never asked if there was an

19    elevator?

20         A.    No.

21         Q.    Do you know, on September 26, 2002, while

22    you were with your husband, whether your husband

23    asked whether there was a elevator?

24         A.    No.
```

EPPLEY COURT REPORTING, LLC

1      Q.    Do you recall either you or your husband

2   expressing any concerns about using the stairwell

3   after having your eyes dilated on September 26, 2002?

4           MR. FREDERICK:  Expressing to whom?

5           MR. WEIGAND:  Anyone at the clinic.

6      A.    No.

7      Q.    Are you aware of any patients or any

8   person at all that had any problems with negotiating

9   the stairwell at 79 Paris Street?

10     A.    I have no idea.

11     Q.    Are you aware of any prior falls on that

12  stairwell at 79 Paris Street?

13     A.    No.

14     Q.    Have you ever seen any photographs that

15  were taken in this -- or connected with this

16  litigation with regard to the stairwell?

17     A.    Yes.

18     Q.    When did you see those?

19     A.    I don't know when the first time was.

20  Jim had taken some after the fall.

21     Q.    You have a memory of your lawyer having

22  taken pictures?

23     A.    Yes.

24     Q.    Do you know when he did that?

1      Q.    How about the mat that's at the bottom,

2  do you recall that?

3      A.    I don't recall that either.

4            MR. WEIGAND:   Why don't we have this

5  marked as the first exhibit.

6            (Exhibit No. 1, Photograph, so marked.)

7      Q.    I'll show you a second photograph and

8  just ask you to take a look at that.  Does that look

9  like the bottom portion or a portion of the last four

10  steps of the stairwell at 79 Paris Street?

11     A.    Yes.

12     Q.    And the railing that's pictured there, is

13  that the railing where you had your left hand on at

14  the time?

15     A.    Yes.

16     Q.    And where is your best memory that you

17  took your hand off the railing?

18     A.    Right here (indicating).

19     Q.    So when you point, you're pointing to the

20  second iron rail from the end is about where you took

21  your hand off?

22     A.    Yes.

23     Q.    Could you take a pen and just put an X

24  where you believe you took your hand off the rail.

EPPLEY COURT REPORTING, LLC

1    Q.    And do you have a memory at all of ever

2    stepping on the last step with either foot?

3    A.    No.

4    Q.    I'll show you Exhibit 1.  When you fell

5    and were on the ground, do you remember how you were

6    laying on the ground, which way your head was?  If

7    you can, just point your finger.

8    A.    I almost hit the wall.  My head was here

9    (indicating).

10    Q.    And were your feet toward the stairway or

11    were they angled in any way that you can remember?

12    A.    Towards the steps, but I don't know if

13    they were angled.

14    Q.    Were you on your stomach or on your side

15    or on your back?

16    A.    I believe my side.

17    Q.    When you fell, do you recall what part of

18    your body hit the ground?

19    A.    My whole body.

20    Q.    Was it on the side, the stomach or --

21    A.    I believe it was my side.

22    Q.    The right side?

23    A.    Yes.

24    Q.    And as best you remember, your head would

1      A.    Yes.

2      Q.    And it shows an iron or metal handrail or

3 railing on the left?

4      A.    Yes.

5      Q.    And is that -- again, that's the --

6 strike that.

7          MR. WEIGAND:  If you want to take a break

8 now, that's fine with me.  It's a good place to do

9 it.

10         MR. FREDERICK:  Sure.

11         (Recess taken, 11:53 a.m. - 11:55 a.m.)

12     Q.    I'm going to show you one of these

13 photos.  This was marked as Exhibit 2.  We spoke a

14 few minutes ago, it's the one where you marked the

15 railing.

16     A.    Right.

17     Q.    And just so I have it correct, the X and

18 the circle around it is where you took your hand off;

19 is that correct?

20     A.    Yes, I believe so.

21     Q.    And what would you estimate, four to six

22 inches from the end of the railing is where you took

23 your hand off, approximately?

24     A.    Yes.

1    dilated in the past, that you needed to watch for

2    your own safety while your eyes were dilated?

3        A.    What do you mean?  I knew enough not to

4    drive.

5        Q.    But did you know also that because your

6    vision was somewhat affected by the dilation, that

7    you would need to watch for your own safety?

8        A.    I never really thought about it.

9        Q.    Do you believe, Mrs. Thibeau, that you

10   should have been given a warning or instruction by

11   the clinic when your eyes were dilated?

12       A.    Yes.

13       Q.    What do you believe they should have told

14   you?

15       A.    Especially with the cataract and the

16   dilation, that it would be -- my vision would be that

17   much more impaired.

18       Q.    When you had your eyes dilated and while

19   you were in the office, did you feel that your eyes

20   were impaired more than they were in the past?

21       A.    The left eye.

22       Q.    Did you say anything to the medical

23   student or the eye doctor?

24       A.    No.

1          Q.    What is it now that you believe you

2    should have been told?

3               MR. FREDERICK:   Objection.

4          Q.    Well, is your position in this lawsuit

5    that you should have been given some kind of

6    instruction or warning when your eyes were dilated?

7          A.    (Witness nods.)

8          Q.    Is that a yes?

9          A.    Yes.  I'm sorry.  Yes.

10         Q.    What is it that you think you should have

11   been told?

12         A.    That there was an elevator there, that I

13   could have taken the elevator.

14         Q.    What else do you believe you should have

15   been told, if anything?

16         A.    No.

17         Q.    Just that the elevator was there?

18         A.    That the elevator was there.

19         Q.    And you knew, did you not, that you

20   needed to be -- otherwise take care in where you were

21   walking and look where you were going?

22         A.    Yes.

23         Q.    You didn't need to be told that by

24   anybody from the clinic, right?

```
1              A.    What?

2              Q.    That you needed to take some care to

3       watch where you were going?

4              A.    No.

5              Q.    And when did you say you last saw

6       Doctor Cassidy?  Was it last year?

7              A.    Yes.

8              Q.    Do you know what month that was?

9              A.    No.

10             Q.    Was it just a clinic follow-up visit?

11             A.    Yes.

12             Q.    And did he tell you anything about your

13      condition that you can recall?

14             A.    No.  He said this will be as good as it

15      gets, and if I had any problems to call him.

16                   MR. WEIGAND:  I have nothing further.

17                   MR. ALBERTO:  Nothing.

18                   MR. FREDERICK:  No.

19                   (Whereupon the deposition was concluded at

20      2:23 p.m.)

21

22

23

24
```

EPPLEY COURT REPORTING, LLC