UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

JUDITH THIBEAU
and GEORGE THIBEAU,
        Plaintiffs,

v.

UNITED STATES OF AMERICA
and EAST BOSTON NEIGHBORHOOD
HEALTH CENTER CORPORATION
        Defendants.

Docket No. 04-10643MLW



## SUPPLEMENT TO PLAINTIFFS' EXPERT DISCLOSURE

In supplement to previous expert disclosure, plaintiffs attach hereto supplement to report of Herbert Eisenberg.

        Plaintiffs,
        Judith and George Thibeau,
        by their attorney,

        James L. Frederick, Esq.
        BBO #543597
        Koufman & Frederick, LLP
        1330 Beacon Street, Suite 311
        Brookline, MA 02446-3202
        (617) 738-7880

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that a copy of the foregoing pleading was served upon the following attorney(s) VIA FIRST CLASS MAIL:

Christopher Alberto, Esq.
Assistant U.S. Attorney
United States Attorney for The District of Massachusetts
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Tory A. Weigand, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210

DATED: 12/14, 2005

James L. Frederick, Esq.
BBO #543597
Koufman & Frederick, LLP
1330 Beacon Street, Suite 311
Brookline, MA 02446
(617) 738-7880