# HERBERT W. EISENBERG, AIA
### 123 North Washington Street
### Boston, MA 02114

December 6, 2005

James L. Frederick, Esq.
Frederick & Associates
1330 Beacon Street
Brookline, MA 02146-3202

Re:   Judith Thibeau

Dear Attorney Frederick,

With regard to the above case and in response to your request I have reviewed the reports of defendant's experts and portions of Ms. Thibeau's deposition. Based on this review I would supplement my original report as follows:

1. Both handrails (on the wall side and the open side) for the inside stairs at the building located at 79 Paris Street could and should be extended so as to warn visually impaired persons that the stairway is ending and make the stairs reasonably safe for such persons.

2. It is feasible that the handrail on the open (non-wall) side of the stairs at this building could be extended at the bottom of the stairs at the first floor landing; and it is my opinion that the lack of a handrail extension on this side of the stairs also constitutes a dangerous condition for visually impaired persons such as Ms. Thibeau. Furthermore, it is my opinion that the handrail extension on the open side would not have to extend the width of one tread plus 12 inches, as it would have to extend on the wall side; but rather that an additional newel post could be added at the level of the first floor landing and the handrail extended four to six inches from the last riser into the landing area (which defendant's expert engineer Frederickson estimates to be 4 to 5 feet from the wall). Furthermore, for the same reasons as I recommended an extension for the wall side handrail, the open side extension would also serve as a warning that the stairway is ending and that persons walking down the stairs should adjust their gait and balance when they know that they have actually reached the first floor landing at the bottom of the stairs

3. My opinion still is that the lack of a handrail extension on the wall, as well as one on the inner side of the stairs, constitutes a dangerous condition for visually impaired persons such as Ms. Thibeau.

Sincerely

Herbert W. Eisenberg., AIA, CSI/CDT
Life Safety Specialist

tel 617.742.3154   fax 617.227.1086   herbeisenberg@alum.mit.edu