UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

JUDITH THIBEAU
and GEORGE THIBEAU,
                    Plaintiffs,

Docket No. 04-10643MLW *LTS*

v.

UNITED STATES OF AMERICA
and EAST BOSTON NEIGHBORHOOD
HEALTH CENTER CORPORATION
                    Defendants.

## PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF WITNESS STATEMENT AND RESPONSE TO DOCUMENT REQUESTS

Plaintiffs hereby move this court to compel defendant United States to immediately produce the written statement which was prepared by witness Dr. Richard Price and sent to defendant in 2003. In the alternative, plaintiffs ask that the court impose sanctions upon the defendant for its failure to produce such document. Plaintiffs further move this court for an order compelling defendant United States to immediately produce to plaintiffs formal responses to plaintiffs' first and second document requests.

Plaintiffs,
Judith and George Thibeau,
by their attorney,

James L. Frederick, Esq.
BBO #543597
Koufman & Frederick,LLP
1330 Beacon Street, Suite 311
Brookline, MA 02446-3202
(617) 738-7880

Certificate of Compliance with Local Rule 37.1


Pursuant to Rule 37.1 (B) of the Local Rules of the United States District Court for the

District of Massachusetts, defense counsel hereby states that he did confer in good faith with

counsel for defendant United States in an attempt to narrow the areas of disagreement to the

greatest extent possible.

Plaintiffs,
Judith and George Thibeau,
by their attorney,

James L. Frederick, Esq.
BBO #543597
Koufman & Frederick,LLP
1330 Beacon Street, Suite 311
Brookline, MA 02446-3202

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a copy of the foregoing pleading was served upon the following attorney(s):

BY HAND DELIVERY TO:

Christopher Alberto, Esq.
Assistant U.S. Attorney
United States Attorney for The District of Massachusetts
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

BY FIRST CLASS MAIL TO:

Tory A. Weigand, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210

DATED: /2/27/2005

James L. Frederick, Esq.
BBO #543597
Koufman & Frederick, LLP
1330 Beacon Street, Suite 311
Brookline, MA 02446
(617) 738-7880