# EXHIBIT D

```
                                           1

1                                    Volume I
                                     Pages 1-90
2
              UNITED STATES DISTRICT COURT
3      FOR THE EASTERN DISTRICT OF MASSACHUSETTS

4                                C.A. 04-10643 MLW

5      _____

       JUDITH THIBEAU
6      and GEORGE THIBEAU,
                 Plaintiff
7      vs

8      UNITED STATES OF AMERICA
       and EAST BOSTON NEIGHBORHOOD
9      HEALTH CENTER CORPORATION,
                 Defendant
10     _____

11

12            DEPOSITION of JAMES O. TAYLOR, M.D.,

13       taken on behalf of the Plaintiff, pursuant

14       to the Federal Rules of Civil Procedure,

15       before Norma J. Black, CSR #108593, and

16       Notary Public in and for the Commonwealth

17       of Massachusetts, at the Law Offices of

18       Frederick & Associates, 1330 Beacon Street,

19       Brookline, Massachusetts 02446-3202,

20       commencing at 10:30 a.m., on Monday, March

21       21, 2005.

22     ALL-WRITE TRANSCRIPTION & REPORTING SERVICES
                   955 WASHINGTON STREET
23                       NORWOOD
                  MASSACHUSETTS   02062
24                    (781)769-3172
```

ALL-WRITE TRANSCRIPTION & REPORTING SERVICES

32

| | | |
|---|---|---|
| 1 | Q | Where does he operate? |
| 2 | A | Mass. Eye & Ear and I'm not sure that is |
| 3 | | his only site of operation for doing |
| 4 | | surgery. He did operate at Boston Medical |
| 5 | | Center as well. He actually has offices in |
| 6 | | the North Shore. So there may be other |
| 7 | | places. I don't know. |
| 8 | Q | He has offices in Andover; is that right? |
| 9 | A | Yes. |
| 10 | Q | The eye clinic, is it referred to at the |
| 11 | | health center as the eye clinic? |
| 12 | A | Probably more often as the vision center. |
| 13 | | I think it's the vision center. But it's |
| 14 | | the standard nomenclature. It does not |
| 15 | | appear on any documents. |
| 16 | Q | Is the eye clinic or the vision center a |
| 17 | | separate legal entity as far as you know? |
| 18 | A | No. It's a department. |
| 19 | Q | A department of the East Boston |
| 20 | | Neighborhood Health Center? |
| 21 | A | That's right, a department. |
| 22 | Q | And the eye clinic, does the eye clinic |
| 23 | | have a separate budget or sub-budget within |
| 24 | | the budget for the East Boston Neighborhood |

33

| | | |
|---|---|---|
| 1 | | Health Center? |
| 2 | A | Yes and no.  I mean, basically there's a |
| 3 | | personnel budget for the eye clinic; but I |
| 4 | | think in terms of facilities budget, it's |
| 5 | | pretty much merged. |
| 6 | Q | When you say personnel budget, does that |
| 7 | | mean within the East Boston Neighborhood |
| 8 | | Health Center there's a certain amount set |
| 9 | | aside for personnel who work at the eye |
| 10 | | clinic? |
| 11 | A | Yes.  There would be a roster with all of |
| 12 | | their salaries and so forth. |
| 13 | Q | As far as the money that is earmarked for |
| 14 | | the people who work at the eye clinic, does |
| 15 | | that money come from any particular source |
| 16 | | or come from the overall budget of the East |
| 17 | | Boston Neighborhood Health Center? |
| 18 | A | It comes from the overall budget of the |
| 19 | | East Boston Neighborhood Health Center. |
| 20 | Q | The East Boston Neighborhood Health Center |
| 21 | | receives money to operate its budget from |
| 22 | | year to year from what sources? |
| 23 | A | From many different sources.  We are a |
| 24 | | federally qualified community health |

59

| | | |
|---|---|---|
| 1 | | on the day of the accident? |
| 2 | A | No. |
| 3 | | (Exhibit Number 4 marked for |
| 4 | | identification) |
| 5 | Q | Doctor, I show you Exhibit Number 4. |
| 6 | A | All right. |
| 7 | Q | Have you seen that document before? |
| 8 | A | Yes. I have, yes. |
| 9 | Q | Is that the accident report that you were |
| 10 | | referring to a minute ago? |
| 11 | A | Yes, I believe so. |
| 12 | Q | Do you as Medical Director typically |
| 13 | | received copies of accident reports for |
| 14 | | accidents as they happen on the premises? |
| 15 | A | Yes. If a patient is injured, usually a |
| 16 | | copy would come to me, a copy to facilities |
| 17 | | and a copy to our insurer, yes. |
| 18 | Q | What do you do with these accident reports |
| 19 | | once you get them? |
| 20 | A | Well, it's -- |
| 21 | | MR. URSO: I restate my |
| 22 | | objection insofar as anything that relates |
| 23 | | to this investigation. Note my Objection. |
| 24 | | I am talking about the actual |

```
                                                              68
1        preparation of that.  I suppose the person
2        most knowledgeable would be the CEO,
3        because much of it is financial as well as
4        regulatory but I'm not sure he could add
5        anything than --
6                    MR. ALBERTO:  That's how you
7        get your federal dollars?
8    A   Yes.
9                    MR. ALBERTO:  How much money is
10       that grant?
11   A   It's about two-and-a-half million, I
12       believe two-point-six, somewhere around
13       that.
14                   MR. ALBERTO:  And that money
15       goes to pay salaries?
16   A   Yes.
17                   Item Number 14, I believe you
18       have everything.
19   Q   Would Dennis be the person most
20       knowledgeable about the existence of those
21       documents?
22   A   Probably.
23                   MR. ALBERTO:  What is Number
24       14?
```

69

| | | |
|---|---|---|
| 1 | A | All notes, reports prepared as a result of |
| 2 | | an investigation of any person who |
| 3 | | investigated the plaintiff Judith Thibeau's |
| 4 | | accident.  He was actually physically there |
| 5 | | so. . . |
| 6 | | Any and all written policies |
| 7 | | regarding warnings given to patients -- |
| 8 | | that would be Dr. Pietrantonio. |
| 9 | | Item Number 16 would be Dennis |
| 10 | | Buchieri, inspections, that sort of thing. |
| 11 | | Any and all reports filed or |
| 12 | | completed on behalf of the defendant |
| 13 | | regarding occurrence and submitted to |
| 14 | | government agency.  Are you asking for the |
| 15 | | packet of what went to Elizabeth Gianturco? |
| 16 | Q | In part. |
| 17 | A | That is the packet of information |
| 18 | | (indicating). |
| 19 | Q | Who prepared that packet? |
| 20 | A | I did. |
| 21 | Q | What was in that packet? |
| 22 | A | It's all specified. |
| 23 | | MR. ALBERTO:  Let me just |
| 24 | | interrupt.  What are you asking? |