# EXHIBIT E

# ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

04-10643MLW

```
*************************************
JUDITH THIBEAU and GEORGE THIBEAU,    *
               Plaintiff,             *
                                      *
       V                              *
                                      *
UNITED STATES OF AMERICA and EAST     *
BOSTON NEIGHBORHOOD HEALTH CENTER     *
CORPORATION,                          *
               Defendants.            *
*************************************
```

Deposition of UNITED STATES OF AMERICA By JOHN J. PIETRANTONIO, OD, taken on behalf of the Plaintiffs, pursuant to Notice under the Federal Rules of Civil Procedure 30(b)(6), before Janice A. Maggioli, RPR, RMR, CRR, and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Koufman & Frederick, LLP, 1330 Beacon Street, Brookline, Massachusetts, on March 23, 2005, commencing at 10:00 a.m.

| | | |
|---|---|---|
| 1 | | Hospital, I think. |
| 2 | Q. | And did that case go to trial as far as you |
| 3 | | know? |
| 4 | A. | I never heard anything after that. |
| 5 | Q. | Have you ever testified in court before? |
| 6 | A. | No. |
| 7 | Q. | Have you, yourself, ever been sued? |
| 8 | A. | No. |
| 9 | Q. | Have you ever brought suit? |
| 10 | A. | No. |
| 11 | Q. | Have you ever been contacted by an insurance |
| 12 | | company relative to any claim or claims brought |
| 13 | | against the health center? |
| 14 | A. | No, I don't believe so. |
| 15 | Q. | Now, you said a moment ago that you're an |
| 16 | | optometrist? |
| 17 | A. | Uh-huh. |
| 18 | Q. | What is your position -- your formal position |
| 19 | | at the East Boston Neighborhood Health Center? |
| 20 | A. | I guess I'm called director of the eye clinic |
| 21 | | or the vision center. Some people call it the |
| 22 | | vision center. Some people call it the eye |
| 23 | | clinic. |
| 24 | Q. | How long have you been the director there? |

1  A.  Okay.
2  Q.  With regard to that telephone conversation --
3      was it a telephone conversation?
4  A.  Yes.
5  Q.  And approximately when was that again?
6  A.  It was sometime in that period of time that he
7      was there.  You all may have that information
8      better than I because if you got a statement
9      from him, it was probably around the time after
10     you probably requested that.
11 Q.  Let me ask you this:  What is your best memory
12     of say how long that conversation took?
13 A.  Just minutes, a couple of minutes.
14 Q.  And what do you recall you saying to him and
15     him saying to you during that conversation?
16 A.  I wanted to tell him that he was going to be
17     asked I believe by Dr. Taylor, who was doing
18     the asking, to -- he was going to get a form,
19     and he was going to ask about his -- what he
20     did during this examination, and --
21             MR. ALBERTO:  Just for the
22     record, the document that you actually did fill
23     out for the counselor at the time, Health
24     Education -- I mean the Health -- Human Health

1      and --

2                    MR. FREDERICK:  Health and Human

3      Services.

4                    MR. ALBERTO:  It's dated, and

5      maybe this will help you with the date, it

6      says, "Received August 21, 2003."

7  A.  Yes, after.

8                    MR. FREDERICK:  And, Chris, you

9      are referring to the document filled out by

10     John --

11                   MR. ALBERTO:  By Dr.

12     Pietrantonio.  I don't see a form filled out by

13     the student in here.

14 A.  Well, I think we were asked to do this all

15     about the same time, and so if you want my best

16     guess, that I probably talked to him in July or

17     August of 2003.

18 Q.  Well, let me ask you this:  During your

19     conversation with him, did he say anything

20     about what had gone on during his examination

21     of Mrs. Thibeau?

22 A.  I don't recall the exact conversation.  The

23     conversation was intended to explain what he

24     was being asked to do because he's a new grad.

1    MR. ALBERTO: You can certainly
2    inquire into what the conversation was and the
3    content of that conversation. That's no
4    problem.
5  A. You know, there is a lot of anxiety when we get
6    stuff like this.
7  Q. Sure.
8  A. And I wanted to explain what was going to
9    happen to him. If I had to make a comment, I
10   think he was pretty quiet on the other end of
11   the phone.
12 Q. Okay.
13 A. And I just asked him to fill out to the best of
14   what he typically says to a patient during the
15   course of an examination.
16 Q. To fill out in a form he was to get?
17 A. The form that he was to get, which was the
18   exact form that was just shown to me.
19   MR. ALBERTO: You don't know if
20   he -- I'm sorry, you don't know if he filled
21   out a form; is that correct?
22   THE WITNESS: I guess maybe I'm
23   assuming he filled out the forms because we had
24   the conversation that he was going to get it.

| | | |
|---|---|---|
| 1 | Q. | You never saw a form that he filled out, correct? |
| 3 | A. | I guess not. |
| 4 | Q. | What is your best memory? |
| 5 | A. | I guess probably not. |
| 6 | Q. | Is that your best memory? |
| 7 | A. | My best memory. |
| 8 | Q. | And do you know one way or the other whether Mr. Price or Dr. Price had a conversation with Dr. Taylor after you spoke with him? |
| 11 | A. | I don't know that. |
| 12 | Q. | Now, do you know where Dr. Price was originally from? |
| 14 | A. | No. |
| 15 | Q. | Do you know where he lives today? |
| 16 | A. | The last address I have is a New York address -- New York State address. |
| 18 | Q. | Mechanicville, New York? |
| 19 | A. | I think that's the one I gave Dr. Taylor. |
| 20 | Q. | Where did you get it from? |
| 21 | A. | Actually, I got it from one of the other optometrists at the health center. |
| 23 | Q. | Which optometrist was that? |
| 24 | A. | Dr. Capone. |