# EXHIBIT H



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

July 25, 2005

James O. Taylor, M.D.
Chief Medical Officer
East Boston Neighborhood Health Center
10 Gove Street
East Boston, MA  02128

      Re:    <u>Judith Thibeau, et al. v. U.S., et al., No. 04-10643-MLW</u>

Dear Dr. Taylor:

      Richard Price, a student intern, testified that he completed a report for your Clinic or HHS about a year after Judith Thibeau's accident. He stated it was very similar to the practitioner's narrative which was completed by Dr. Pietrantonio. Please see attached.

      Plaintiff's counsel, James Frederick, requests that the document be produced. A search of my files, as well as HHS Counsel, Richard Bergeron's search of HHS files, indicates that no document completed by Richard Price has been provided to the United States. Attorney Bergeron, however, located an August 28, 2003 letter from you noting that Mr. Price's narrative was "still pending." Therefore, I request that you search your files to locate the alleged document which Richard Price testified he completed and mailed.

      If you have any questions or comments, please do not hesitate to contact me at christopher.alberto@usdoj.gov or by telephone at (617) 748-3311.

                                          Very truly yours,

                                          Christopher Alberto
                                          Assistant U.S. Attorney

CA/ejs

cc:    James L. Frederick, Esq.
        Charles M. Urso, Esq.