# EXHIBIT K



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

November 15, 2005

James L. Frederick, Esq.
Koufman & Frederick, LLP
1330 Beacon Street, Suite 311
Brookline, MA 02446

    Re:  Judith Thibeau, et al. v. United States, et al.
         Civil Action No. 04-10643-MLW

Dear Jim:

    In response to your November 14, 2005 letter I contacted Dr. James O. Taylor, Chief Medical Officer at the East Boston Neighborhood Health Center. He oversees Dr. John Pietrantonio's supervision of the eye clinic. Your November 14, 2005 letter requests a document that Dr. Richard Price testified he created. In that alleged document, Dr. Price testified he wrote a narrative detailing the facts surrounding Judith Thibeau's visit to the eye clinic on September 26, 2005. Unfortunately, neither Dr. Taylor nor Dr. Pietrantonio can locate such a document. <u>See</u> attached November 15, 2005 letter from Dr. Talyor after a thorough search of the Health Center's files. Dr. Taylor sent me Dr. Pietrantonio's "Practitioner Narrative," which I previously provided you during discovery. A copy of that document is also attached.

    As we discussed today, I'll provide you a formal response to your request for production of documents. Regarding items 1 through 4 of that request, the documents Dr. Taylor and Dr. Pietrantonio have provided you at their respective depositions satisfies those requests. If, however, you have any other questions or seek any other documents relating to items 1 through 4, please let me know, and I will make every effort to obtain that which you seek.

    Thank you for providing additional time to respond to your request for production of documents. I keep telling Tory what a

James L. Frederick, Esq.
November 15, 2005
Page 2

great guy you are.

    Again, if you have any questions please contact me at christopher.alberto@usdoj.gov or 617-748-3311 or (cell) 978-369-1682 (email is the best way to contact me).

                          Sincerely,

                          Christopher Alberto
                          Assistant U.S. Attorney

CA/kbw

cc: Tory Weigand, Esq.

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing pleading was served upon the following attorney(s):

BY HAND DELIVERY TO:

Christopher Alberto, Esq.
Assistant U.S. Attorney
United States Attorney for The District of Massachusetts
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

BY FIRST CLASS MAIL TO:

Tory A. Weigand, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210

DATED: 12/27, 2005

James L. Frederick, Esq.
BBO #543597
Koufman & Frederick, LLP
1330 Beacon Street, Suite 311
Brookline, MA 02446
(617) 738-7880