UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

JUDITH THIBEAU
and GEORGE THIBEAU,                                Docket No. 04-10643MLW
          Plaintiffs,

v.

UNITED STATES OF AMERICA
and EAST BOSTON NEIGHBORHOOD
HEALTH CENTER CORPORATION
          Defendants.

### PLAINTIFF'S AMENDED MOTION TO COMPEL BY PARTIAL WITHDRAWAL OF MOTION TO COMPEL RESPONSE TO DOCUMENT REQUESTS

Plaintiffs hereby amend and continue to assert their previously filed Motion to Compel Production of Witness Statement and Response to Document Requests in the following manner: by withdrawing those portions of the previously filed motion to compel that allege defendant's failure to respond to plaintiffs' first and second document requests, on the basis that defendant has actually responded to such requests in writing.  **Otherwise plaintiffs intend that this court, and so move this court** to consider only that portion of their previously filed motion to compel that seeks production of the written statement of Richard Price or the issuance of sanctions for failure to produce such statement; and by the instant motion refer to and incorporate by reference into this motion all arguments set forth in and attachments to said previously filed motion

to compel in support of plaintiffs' arguments regarding production of the Price statement.

Plaintiffs,
Judith and George Thibeau,
by their attorney,

_____
James L. Frederick, Esq.
BBO #543597
Koufman & Frederick, LLP
1330 Beacon Street
Suite 311
Brookline, MA 02446-3202