# EXHIBIT 1

30

| 1 | Q | And after you filled out that form and mailed it in, |
| 2 | | was that the very last contact you had with anyone |
| 3 | | from the clinic up until you heard from Attorney |
| 4 | | Alberto? |
| 5 | A | Yes. I had sent -- there is two or three patients |
| 6 | | that came into the clinic I was at at that point |
| 7 | | that were also patients of their's, so I sent |
| 8 | | correspondence just in regards to those patients to |
| 9 | | them. But I didn't talk to them specifically about |
| 10 | | the accident or anything after that. |
| 11 | Q | I'm sorry? You sent correspondence about these |
| 12 | | other patients to whom? |
| 13 | A | To Dr. Pietrantonio or Dr. Maggio or Dr. Capone. |
| 14 | Q | When you say correspondence, do you mean a letter |
| 15 | | from you describing your treatment of those people? |
| 16 | A | Right, yes. |
| 17 | Q | And had they asked you to answer certain questions |
| 18 | | about that treatment? In other words, |
| 19 | | Dr. Pietrantonio, had he asked you to answer certain |
| 20 | | questions about your treatment of the other |
| 21 | | patients? |
| 22 | A | It was just a formality. The clinic that I was |
| 23 | | working at in Boston, after I graduated I was |
| 24 | | working for a doctor who did a lot of cataract |

31

| 1 | | surgery. So if someone were referred to our clinic |
| 2 | | to have their eyes looked at for possible cataract |
| 3 | | surgery, we would just send a note back saying the |
| 4 | | results of the exam. That was basically it. |
| 5 | Q | Okay. But what did that have to do with the people |
| 6 | | that you saw at East Boston Neighborhood Health |
| 7 | | Center? |
| 8 | A | I didn't see these people. They saw them -- you |
| 9 | | asked me if I had any contact with them after that. |
| 10 | | That's the only contact that I had. |
| 11 | Q | Okay. But that had nothing to do with the day of |
| 12 | | the accident? |
| 13 | A | Correct. Nothing to do with that. |
| 14 | Q | Okay. What do you recall or writing down -- strike |
| 15 | | that. |
| 16 | | The form that they sent you, what do you recall |
| 17 | | there being on that form, that blank form? |
| 18 | | MR. URSO: Objection. |
| 19 | A | I believe it was just a paragraph explaining the |
| 20 | | reason for the form, saying to fill it out to the |
| 21 | | best of my knowledge and send it back. |
| 22 | Q | Were there questions on the form? |
| 23 | A | I don't remember questions. I just remember that |
| 24 | | paragraph and then a lined form to fill out. |

32

| 1 | Q | Did you write down a paragraph there? |
| 2 | A | Yes, basically. |
| 3 | Q | And what was the subject of that paragraph? |
| 4 | | MR. ALBERTO: I think that-- |
| 5 | | MR. URSO: -- objection. |
| 6 | | MR. ALBERTO: I'm not sure if I turned |
| 7 | | that form over to you or put it on the |
| 8 | | privilege log, because it was created in |
| 9 | | anticipation of litigation. So maybe we can |
| 10 | | take a break here so I can determine whether |
| 11 | | that was turned over to you or I put it on the |
| 12 | | log, if that's okay? |
| 13 | | MR. FREDERICK: We'll take a break. I'm |
| 14 | | 99.9 percent sure that you didn't turn it over |
| 15 | | to me. |
| 16 | | (There was a short recess in the proceedings.) |
| 17 | BY MR. FREDERICK: |
| 18 | Q | Mr. Price, you talked about a form that you filled |
| 19 | | out. What's your best memory of what you wrote down |
| 20 | | in that form? |
| 21 | A | I believe I wrote that I performed the examination-- |
| 22 | | MR. URSO: -- objection to that question. |
| 23 | A | -- I performed the exam, which involved checking her |
| 24 | | vision and then doing a few other tests, checking |

33

| 1 | | her pupils, her eye muscle movement, and what we |
| 2 | | call finger counting fields, which is a rough |
| 3 | | peripheral test, and then I would have put the drops |
| 4 | | in -- I would have done the dilation warning. They |
| 5 | | want to know specifically what that meant, so I |
| 6 | | explained that. |
| 7 | Q | Is there a question on the form about that? |
| 8 | A | Actually, Dr. Pietrantonio mentioned that I should |
| 9 | | include that on the form because he was asked what |
| 10 | | exactly that meant when I wrote dilation warning on |
| 11 | | the thing. So I included that. And I put the drops |
| 12 | | in and then the patient would have waited for about |
| 13 | | 15 or 20 minutes, I would've brought her back, |
| 14 | | would've taken a look at her in the middle and |
| 15 | | posterior part of her eyes and then I would've |
| 16 | | brought in Dr. Abelson who would then have looked at |
| 17 | | her. |
| 18 | Q | When you filled out that form had you been sent a |
| 19 | | copy of the treatment notes of Ms. Thibeau? |
| 20 | A | No, I don't think so. |
| 21 | Q | Have you -- did you fill out some notes that day as |
| 22 | | to your treatment of Ms. Thibeau? |
| 23 | A | On the form that I filled out? |
| 24 | Q | No, NOT on the form you filled out that |

1  Dr. Pietrantonio sent you. But on the day of the
2  examination did you fill out -- did you write any
3  note or fill out any forms on that particular day,
4  number one?
5  A  Just her exam form.
6  Q  And number two, did you see that exam form at any
7  time after the day of her exam?
8  A  No, I didn't.
9  Q  And had you, in fact, seen it at all since the day
10  of her exam up until today?
11  A  I just saw it earlier today when they were asking me
12  questions before.
13  Q  So Mr. Alberto?
14  A  Yes, showed me the form.
15  Q  Okay. And what questions did he ask you about that?
16  A  Just wanted me to explain the procedure as I went
17  through the form, what each thing meant.
18  Q  You didn't take any other notes of the examination,
19  did you, other than what's on that form?
20  A  No.
21  Q  And with regard to the form that you filled out for
22  Dr. Pietrantonio and sent back to him, did you keep
23  a copy of that?
24  A  I don't think so. Not that I recall.

1  Q  Is there any reason why you didn't?
2  A  I just didn't think to.
3      MR. ALBERTO:  I'm sorry. Can you just
4  tell me what you're referring to?
5      MR. FREDERICK:  This form that we were
6  talking about, I just wondered if he kept a
7  copy and he said no, and I asked him why he
8  didn't.
9  BY MR. FREDERICK:
10  Q  Okay. Now, getting back to your conversation with
11  Dr. Pietrantonio when he called you and said he
12  would be sending you a form, he specifically asked
13  you at that time whether you had given a dilation
14  warning?
15  A  He told me I had written that in the form because I
16  believe he had seen the form afterwards. He said
17  that I had written that in the form, and he just
18  wanted to me write down what that meant because he
19  was asked what that meant.
20  Q  Okay. And what do you recall writing down as far as
21  what that meant?
22      MR. URSO:  Objection to form.
23  A  I believe I just wrote that we tell each patient
24  that we'll put the drops in that can make their

36

1  vision blurry and sensitive to light for a few
2  hours.
3  Q  And is that your memory as to the total, all of the
4  warning that you give with regard to dilation?
5      MR. URSO:  Objection.
6  A  Yes.
7  Q  Do you say anything about it causing problems with
8  coordination or anything like that?
9      MR. ALBERTO:  Objection.
10  A  Not typically, no.
11      MR. ALBERTO:  All objections are reserved;
12  right?
13      MR. FREDERICK:  Yeah, they are actually.
14  We didn't state it, but I will agree that all
15  objections in this deposition, except as to the
16  form, and motion to suspend.
17  BY MR. FREDERICK:
18  Q  I'm going to show you a copy of the progress notes
19  from 9/26/02, and let's mark this as Exhibit number
20  2.
21      (Plaintiff's Exhibit 2, Progress Notes, was
22      marked for identification.)
23  BY MR. FREDERICK
24  Q  Mr. Price, I'm showing you Exhibit number 2, which

37

1  is entitled Eye Clinic Progress Note and it's dated
2  9/26/02 with the name Judith Thibeau on it.
3  A  Yes.
4  Q  Have you seen this document before?
5  A  Yes, I filled out this document.
6  Q  And did you see it today prior to starting the
7  deposition?
8  A  Yes.
9  Q  And before today when was the last time you had seen
10  it?
11  A  When I filled it out.
12  Q  On the date of the exam?
13  A  Yes.
14  Q  Okay. So when Dr. Pietrantonio asked you questions
15  about this form and when he asked you to fill out a
16  form to send in, he did not send you a copy of that
17  nor did he show you a copy of that; correct?
18  A  No.
19  Q  Is your handwriting on that form?
20  A  Yes, it is.
21  Q  And is most of the handwriting on that form yours?
22  A  Yes. Everything but this section.
23  Q  If you can just tell me what is not in your
24  handwriting on the form.