# EXHIBIT 2



**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

July 25, 2005

James O. Taylor, M.D.
Chief Medical Officer
East Boston Neighborhood Health Center
10 Gove Street
East Boston, MA  02128

    Re:    <u>Judith Thibeau, et al. v. U.S., et al., No. 04-10643-MLW</u>

Dear Dr. Taylor:

    Richard Price, a student intern, testified that he completed a report for your Clinic or HHS about a year after Judith Thibeau's accident. He stated it was very similar to the practitioner's narrative which was completed by Dr. Pietrantonio. Please see attached.

    Plaintiff's counsel, James Frederick, requests that the document be produced. A search of my files, as well as HHS Counsel, Richard Bergeron's search of HHS files, indicates that no document completed by Richard Price has been provided to the United States. Attorney Bergeron, however, located an August 28, 2003 letter from you noting that Mr. Price's narrative was "still pending." Therefore, I request that you search your files to locate the alleged document which Richard Price testified he completed and mailed.

    If you have any questions or comments, please do not hesitate to contact me at christopher.alberto@usdoj.gov or by telephone at (617) 748-3311.

                                    Very truly yours,

                                    Christopher Alberto
                                    Assistant U.S. Attorney

CA/ejs

cc:     James L. Frederick, Esq.
        Charles M. Urso, Esq.



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

November 15, 2005

James L. Frederick, Esq.
Koufman & Frederick, LLP
1330 Beacon Street, Suite 311
Brookline, MA 02446

    Re: Judith Thibeau, et al. v. United States, et al.
        Civil Action No. 04-10643-MLW

Dear Jim:

    In response to your November 14, 2005 letter I contacted Dr. James O. Taylor, Chief Medical Officer at the East Boston Neighborhood Health Center. He oversees Dr. John Pietrantonio's supervision of the eye clinic. Your November 14, 2005 letter requests a document that Dr. Richard Price testified he created. In that alleged document, Dr. Price testified he wrote a narrative detailing the facts surrounding Judith Thibeau's visit to the eye clinic on September 26, 2005. Unfortunately, neither Dr. Taylor nor Dr. Pietrantonio can locate such a document. <u>See</u> attached November 15, 2005 letter from Dr. Talyor after a thorough search of the Health Center's files. Dr. Taylor sent me Dr. Pietrantonio's "Practitioner Narrative," which I previously provided you during discovery. A copy of that document is also attached.

    As we discussed today, I'll provide you a formal response to your request for production of documents. Regarding items 1 through 4 of that request, the documents Dr. Taylor and Dr. Pietrantonio have provided you at their respective depositions satisfies those requests. If, however, you have any other questions or seek any other documents relating to items 1 through 4, please let me know, and I will make every effort to obtain that which you seek.

    Thank you for providing additional time to respond to your request for production of documents. I keep telling Tory what a

James L. Frederick, Esq.
November 15, 2005
Page 2

great guy you are.

    Again, if you have any questions please contact me at christopher.alberto@usdoj.gov or 617-748-3311 or (cell) 978-369-1682 (email is the best way to contact me).

Sincerely,

Christopher Alberto
Assistant U.S. Attorney

CA/kbw

cc: Tory Weigand, Esq.

11/15/2005 11:59 FAX                                                                                  ☒003
003 11:12   From-Claims Office            301-443-8514         T-553  P.004/012  F-027

# Practitioner Narrative

RECEIVED BY
AUG 21 2003
CLAIMS DEPT.

## Practitioner Information

| | | |
|---|---|---|
| Practitioner Name: | JOHN PIETRANTONIO, O.D. | |
| Gender: | M | Date of Birth: 3/5/55 |
| School: | NEW ENGLAND COLLEGE OF OPTOMETRY | Year of Graduation: |
| School: | | Year of Graduation: |
| School: | | Year of Graduation: |
| Home Address: | 6 BIRCH RD.  WENHAM, MA  01984 | |
| Organization Name: | EAST BOSTON NEIGHBORHOOD HEALTH CENTER | |
| Work Address: | 79 PARIS ST.   E. BOSTON, MA  02128 | |

## Practitioner Field of Practice

| | Physician | Dentist | Allied Health |
|---|---|---|---|
| Specialty: | | | OPTOMETRIST |
| Board Certification/s & Year Certified: | | | |
| Certification: | | | |
| State License & Number: | | | MA #2839 |

## Patient Information

| | | | | |
|---|---|---|---|---|
| Patient Name: | JUDITH THIBEAU | | | |
| Date of Birth: | 12/31/42 | Gender: | Male | Female |
| Marital Status: | Married | Divorced | Widowed | Single |
| Employed: | Yes  No | | | |

## Narrative:

This patient was examined in the EBNHC Vision Center on 9/26/02 by an ophthalmologist. This is a typical patient having a consultation for consideration of cataract surgery. The patient was prepped by one of our fourth year optometry students for examination by the ophthalmologist. A history, visual acuity, pupil testing, intraocular pressures were taken. Patients are routinely dilated with standard instructions of blurred vision, defer driving, sun sensitivity and care in returning home. Standard documentation of "dilation warning given" is written in the chart. The patient is examined by the ophthalmologist and if cataract surgery is agreed to by the M.D. and patient, I routinely enter the room at the conclusion of the examination and review the pre-operative preparation — instructing the patient that they will need a pre-op physical by their PCP, an ultrasound for axial length determination for IOL power, an approximate scheduling time & location of surgery and then post-operative follow-up appointments. I routinely tell the patient to call me or the ophthalmologist's office if they have any questions.

*J.Pietrantonio*

Confidential-Attorney Work Product



# East Boston Neighborhood Health Center
10 Gove Street, East Boston, MA 02128 – Phone: 617 569 5800

<u>Via Fax to 617-748-3972</u>

November 15, 2005

Christopher Alberto
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

    Re:   <u>Judith Thibeau, et al. v. U.S. et al, No. 04-10643-MLW</u>

Dear Mr. Alberto:

In response to your request, attached is a copy of Dr. John Pietrantonio's narrative statement.

Both Dr. Pietrantonio and I have thoroughly searched our files and cannot find a narrative statement by Richard Price. We are not sure that either of us ever saw such a document.

Please feel free to contact me with any further questions.

Sincerely,

James O. Taylor, M.D.
Chief Medical Officer
617-568-4570


cc: Tory Weigand, Esq.

A COMMUNITY OF CARING