UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JUDITH THIBEAU, | ) | |
| And GEORGE THIBEAU, | ) | |
| Plaintiffs | ) | |
| | ) | |
| VS. | ) | **CIVIL ACTION** |
| | ) | **NO. 04-10643 LTS** |
| UNITED STATES OF AMERICA | ) | |
| and EAST BOSTON NEIGHBORHOOD | ) | |
| HEALTH CENTER CORPORATION, | ) | |
| and DENNIS BUCHIERI, | ) | |
| Defendants | | |

**STIPULATION OF DISMISSAL OF CLAIMS AGAINST
DEFENDANTS DENNIS BUCHIERI AND THE
EAST BOSTON NEIGHBORHOOD HEALTH CENTER**

The parties to the above-entitled action, pursuant to the provisions of Fed.R.Civ.P.

41(a)(1)(ii), hereby stipulate and agree that all claims asserted by the plaintiffs' against

defendants the East Boston Neighborhood Health Center and Dennis Buchieri are to be

dismissed, with prejudice and without costs, and waiving all rights of appeal as to defendants, the

East Boston Neighborhood Health Center Corporation and Dennis Buchieri.


/s/ James Frederick                          /s/ Tory A. Weigand
_____              _____
James Frederick, BBO #543597           Tory A. Weigand, BBO #548553
Koufman & Frederick, LLP               Morrison Mahoney LLP
1330 Beacon Street, Suite 311          250 Summer Street
Brookline, MA  02446/(617) 738-7880    Boston, MA  02210/(617) 439-7500
*For the plaintiffs Judith Thibeau*      *for the Defendant East Boston Neighborhood*
*and George Thibeau*                     *Health Center*


/s/ Christopher Alberto
_____
Christopher Alberto, BBO #
United States Attorney's Office
John J. Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210/(617) 748-3311
*For the Defendant United States of*
*America*

991819v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2006, a true copy of the above document was served upon each counsel of record electronically through filing with the ECF system.  In addition, a copy of the above document was also served via first class mail upon counsel for the plaintiff, James Frederick.

/s/ Tory A. Weigand

_____

Tory A. Weigand

991819v1