UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH THIBEAU and GEORGE THIBEAU,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and EAST BOSTON NEIGHBORHOOD HEALTH CENTER CORPORATION,<br><br>Defendants. | **Civil Action No. 04-10643-LTW** |

### NOTICE OF APPEARANCE

Pursuant to Local Rules 83.5.2(a) and 83.5.3(a), please enter the appearance of Anton P. Giedt, Assistant United States Attorney, as co-counsel for the United States in the above captioned action.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Anton P. Giedt   6/28/2006
        Anton P. Giedt
        Assistant U.S. Attorney
        1 Courthouse Way
        Boston, MA 02210
        617-748-3309 (Voice)
        617-748-3967 (Fax)
        anton.giedt@usdoj.gov

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                 Boston, Massachusetts
                                                                             DATE: June 28, 2006

   I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff's counsel of record through electronic filing.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney
