```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

_____)
JUDITH THIBEAU                      )
and GEORGE THIBEAU,                 )
                                    )
Plaintiffs,                         )   C.A. No. 1:04-cv-10643-LTS
                                    )
v.                                  )
                                    )
UNITED STATES OF AMERICA and EAST   )
BOSTON NEIGHBORHOOD HEALTH CENTER   )
CORPORATION,                        )
                                    )
Defendants.                         )
_____)

## UNITED STATES' MOTION FOR THE COURT TO VIEW THE EAST BOSTON NEIGHBORHOOD CENTER EYE CLINIC

The United States, for the reasons that are more fully set forth in the accompanying memorandum, hereby respectfully requests the Court visit the East Boston Neighborhood Health Center Eye Clinic ("Eye Clinic") located at 79 Paris St. East Boston, MA to view the stairs, elevator, offices, and surrounding area to assist the Court to efficiently render an accurate decision at trial.

    WHEREFORE, the United States respectfully requests that the Court enter an order to view the Eye Clinic at a date and time convenient for the Court.

```
                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                              By:  /s/Christopher Alberto
                                   CHRISTOPHER ALBERTO
                                   ANTON P. GIEDT
                                   Assistant U.S. Attorneys
                                   U. S. Attorney's Office
                                   John Joseph Moakley
                                   United States Courthouse
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA  02210
Date: June 28, 2006                617-748-3100
```

CERTIFICATE OF SERVICE

    This is to certify that the foregoing, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

```
                                    /s/Christopher Alberto
                                   Christopher Alberto
                                   Assistant United States Attorney
```