```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

_____)
JUDITH THIBEAU                      )
and GEORGE THIBEAU,                 )
                                    )
Plaintiffs,                         )   C.A. No. 1:04-cv-10643-LTS
                                    )
v.                                  )
                                    )
UNITED STATES OF AMERICA and EAST   )
BOSTON NEIGHBORHOOD HEALTH CENTER   )
CORPORATION,                        )
                                    )
Defendants.                         )
_____)

MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION FOR THE COURT
  TO VIEW THE EAST BOSTON NEIGHBORHOOD HEATH CENTER EYE CLINIC

The United States requests the Court to view the site where, on September 26, 2002, Richard Price, a fourth year optometry student intern, and John Pietrantonio, M.D., provided Judith Thibeau eye care and where she fell after that appointment. Whether a view is appropriate is left to the trial court's discretion. United States v. Gray, 199 F.3d 547, 550 (1st Cir. 1999) ("Determining if a view is appropriate in a particular situation remains a matter committed to the trial court's informed discretion.").

The site visit will efficiently provide the court the most accurate information on whether the East Boston Neighborhood Health Center ("Eye Clinic") provides its patients a safe egress from that building - one of the issues raised by the Thibeaus. The condition of the site to be viewed is the same as it was on

1

the date that Judith Thibeau fell.  The quality of information obtained from the proposed site visit can not be obtained by an oral description and/or photographs of the Eye Clinic's stairs, elevator, examination rooms, reception area, and its other relevant features.  In short, a site visit to the Eye Clinic furthers the values of judicial accuracy, economy and fairness.

For the foregoing reasons, the United States requests that the Court view the Eye Clinic.

>                           Respectfully submitted,
>
>                           MICHAEL J. SULLIVAN
>                           United States Attorney
>
>                     By:   /s/Christopher Alberto
>                           CHRISTOPHER ALBERTO
>                           ANTON P. GIEDT
>                           Assistant U.S. Attorneys
>                           U. S. Attorney's Office
>                           John Joseph Moakley
>                           United States Courthouse
>                           1 Courthouse Way, Suite 9200
>                           Boston, MA  02210
>                           617-748-3100

CERTIFICATE OF SERVICE

This is to certify that the foregoing, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

>                            /s/Christopher Alberto
>                            Christopher Alberto
>                            Assistant United States Attorney