AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| | | | | | |
|---|---|---|---|---|---|
| JUDITH THIBEAU, ET AL <br> V. <br> UNITED STATES OF AMERICA | | | | **EXHIBIT AND WITNESS LIST** <br><br> Case Number: 1:04-10643LTS | |

| PRESIDING JUDGE <br> LTS | PLAINTIFF'S ATTORNEY <br> J. FREDERICK | DEFENDANT'S ATTORNEY <br> C. ALBERTO / T. GEIDT |
|---|---|---|
| TRIAL DATE (S) <br> 6/28/06 | COURT REPORTER | COURTROOM DEPUTY <br> MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 6/28/06 | | X | MRS. JUDITH THIBEAU |
| 1A-G | | 6/28/06 | | X | PHOTOGRAPHS OF THE STAIRCASE AND LANDING |
| #2 | | 6/28/06 | | X | PHOTOGRAPH OF MRS. THIBEAU ON THE COUCH AND OF ANKLE FIXATER |
| 3A-D | | 6/28/06 | | X | PHOTOGRAPHS OF THE FOOT AND FIXATER |
| | 1-12 | 6/28/06 | | X | DEFT BOUND BOOK OF EXHIBITS 1-9,10,11,12 |
| X | | 6/29/06 | | X | MR. GEORGE THIBEAU |
| | X | 6/29/06 | | X | OPTOMETRIST, DR. PETRIENTONIO |
| 4 | | 6/29/06 | | X | DVD |
| 5 | | 6/29/06 | | X | TRANSCRIPT |
| 6 | | 6/29/06 | | X | CURRICULM |
| 7 | | 6/29/06 | | X | LETTER FROM N. SHORE CONTACT LENS |
| 8 | | 6/30/06 | | X | TESTIMONY OF RICHARD PRICE |
| 9 | | 6/30/06 | | X | PHOTO OF LANDING |
| 10 | | 6/30/06 | | X | PHOTO OF HALLWAY W/ ELEVATOR |
| 11 | | 6/30/06 | | X | EMERGENCY FLOW SHEET |
| 12 | | 6/30/06 | | X | MEDICAL BILLS |
| | 13 | 6/30/06 | | X | SAFETY MANAGEMENT PLAN |
| | 14 | 6/30/06 | | X | INCIDENT REPORT - securtiy dept |
| | 15 | 6/30/06 | | X | ANNUAL SAFETY EVAL-2001 |
| | 16 | 6/30/06 | | X | 2002- ANNUAL SAFETY EVAL |
| | 17 | 6/30/06 | | X | 2003- ANNUAL SAFETY EVAL |
| | X | 6/30/06 | | X | DENNIS BRUCHERI |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages