Department of Justice
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210
Main Reception: (617) 748-3100

Michael J. Sullivan
United States Attorney
District of Massachusetts



# Facsimile Transmission Cover Page

**TO:**   James Frederick, Esquire

### SENSITIVE U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

**FROM:**   Christopher Alberto

Sender's Phone No.:   (617) 748-3364

Sender's Receiving Fax No.:   (617) 748-3967

Recipient's Fax No.: 617-738-9497

Date: July 20, 2006          Pages: 9 including cover sheet

Re: Thibeau v. USA

Here is the document Chris called you about. We are having difficulty formatting it and will correct these issues tomorrow and electronically file the document.

## INSTRUCTIONS

IMMEDIATELY NOTIFY SENDER OF ANY DIFFICULTIES IN TRANSMISSION.

["X" for a receipt notification]          PLEASE NOTIFY SENDER OF RECEIPT BY TELEPHONE.