UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

JUDITH THIBEAU                                            Docket No. 04-10643MLW
and GEORGE THIBEAU,
                    Plaintiffs,

v.

UNITED STATES OF AMERICA
and EAST BOSTON NEIGHBORHOOD
HEALTH CENTER CORPORATION
                    Defendants.

**JOINT PROPOSED FINDINGS OF FACT AND RULINGS OF LAW
REGARDING JURISDICTION**

1.      The eye clinic where plaintiff Judith Thibeau received treatment on September 26,

        2002 was a subdivision of the East Boston Neighborhood Health Center on that

        date.

2.      The United States Department of Health and Human Services had deemed the

        East Boston Neighborhood Health Center to be an employee of the Federal

        Government prior to September 26, 2002; and such deeming was in effect on

        September 26, 2002.  Therefore, on September 26, 2002 the Health Center (and

        its subdivisions, including the eye clinic) was an employee of the Federal

        Government for purpose of the Federal Tort Claims Act.

3.      Defendant United States funds and operates the East Boston Neighborhood Health

        Center and did so on September 26, 2002.

4.      Pursuant to the Federal Tort Claims Act and the Public Health Services Act the

United States is therefore the proper party defendant as employer of the Health

Center and in its capacity of funding and operating the Health Center.


5.      This Court has jurisdiction over the instant case pursuant to the Federal Tort

Claims Act because plaintiffs have alleged the East Boston Neighborhood Health

Center was negligent and that such negligence caused injury to plaintiffs.


6.      Plaintiffs properly presented their administrative claims to the United States

Department of Health and Human Services and such administrative claims were

either denied or not acted upon so as to allow this Court proper jurisdiction over

plaintiffs' claims against the United States.


Defendant                                           Plaintiffs,
United States of America                            Judith and George Thibeau,
by its attorney,                                    by their attorney,


/s/ Christopher Alberto                             /s/ James L. Frederick
Christopher Alberto, Esq.                           James L. Frederick, Esq.
Assistant United States Attorney                    BBO #543597
John Joseph Moakley                                 Koufman & Frederick, LLP
United States Courthouse, Suite 9200                1330 Beacon Street, Suite 311
1 Courthouse Way                                    Brookline, MA 02446-3202
Boston, MA  02210