UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH THIBEAU<br>and GEORGE THIBEAU,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and EAST<br>BOSTON NEIGHBORHOOD HEALTH CENTER<br>CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 1:04-cv-10643-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION FOR JUDGMENT

The parties hereby respectfully request that the Court enter the attached proposed

Judgment in the above captioned civil action.

                                                                        Respectfully submitted,

| | | |
|---|---|---|
| THIBEAU, ET AL. | | MICHAEL J. SULLIVAN<br>United States Attorney |
| | | |
| */s/James L. Frederick (with permission)*<br>James L. Frederick, Esq.<br>Koufman & Frederick, LLP<br>1330 Beacon Street, Suite 311<br>Brookline, MA 02445-3202 | By: | */s/Christoper Alberto*<br>CHRISTOPHER ALBERTO<br>Assistant U.S. Attorney<br>Federal Courthouse, Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210 |
| Dated: October 25, 2006 | | |

## CERTIFICATE OF SERVICE

    I, Christopher Alberto, Assistant U.S. Attorney, hereby certify that the foregoing Assented to Motion for Judgment was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

| | |
|---|---|
| | */s/ Christopher Alberto*<br>CHRISTOPHER ALBERTO |
| Dated: October 25, 2006 | Assistant United States Attorney |