UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH THIBEAU<br>and GEORGE THIBEAU,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and EAST<br>BOSTON NEIGHBORHOOD HEALTH CENTER<br>CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)  C.A. No. 1:04-cv-10643-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

The above captioned civil action came on for trial before the Court, the Honorable Leo T. Sorokin, United States District Court Magistrate Judge, presiding, and the issues having been duly tried and a decision having been duly rendered, it is Ordered and Adjudged that the plaintiffs take nothing and that the action be dismissed on the merits.

Dated at Boston, Massachusetts, this ___ day of _____, 2006.

LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE

1